CO-386-online
10/03

# United States District Court
# For the District of Columbia

David B. Stevens, et al.,            )
                                     )
                                     )
                                     )
              Plaintiff              )   Civil Action No._____
         vs                          )
                                     )
National Railroad Passenger Corp.    )
                                     )
                                     )
              Defendant              )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __National Railroad Passenger Corp.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Railroad Passenger Corp.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__377601__
BAR IDENTIFICATION NO.

__Keith Fischler__
Print Name

__Kruchko & Fries, 1750 Tysons Blvd.__
Address

__McLEAN, VA 22102__
City           State           Zip Code

__703-734-0554__
Phone Number