IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING

Defendant National Railroad Passenger Corporation ("Amtrak") files this Motion seeking an Order extending its time to file an Answer or other responsive pleading to Plaintiffs' Second Amended Complaint until October 21, 2005. The basis for this Motion is stated in Amtrak's Memorandum of Points and Authorities.

Amtrak further states that its counsel has conferred with Plaintiffs' counsel, who consents to this Motion.

Respectfully submitted,

_____/s/_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)

Desmond McIlwain
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: October 4, 2005