IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING

Defendant National Railroad Passenger Corporation ("Amtrak") files this Memorandum in Support of its Motion seeking leave to file an Answer or other responsive pleading to Plaintiffs' Second Amended Complaint by October 21, 2005. In support of this Motion, Amtrak states as follows:

1. Plaintiffs have repeatedly amended their complaint and recently added a new plaintiff to this Action and new claims. Amtrak was served with the Second Amended Complaint on September 19, 2005, approximately two weeks ago.

2. Counsel for Amtrak needs additional time to investigate both plaintiffs' claims fully and to prepare a proper response.

3. Counsel requests until October 21, 2005 to conduct this investigation, to meet with potential witnesses and to prepare the necessary pleadings.

For these reasons, Amtrak requests that the Court grant an extension of time through October 21, 2005 to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Respectfully submitted,

_____/s/_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)


Desmond McIlwain
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: October 4, 2005