IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>    Defendant. | Civil Action No. 1:05CV01924-RCL |

### ORDER

Upon review of Defendant National Railroad Passenger Corporation's Motion for Defendant's Motion for Enlargement of Time To File An Answer Or Responsive Pleading and all papers submitted in support of this Motion, and the Court being fully advised in the Premises,

    IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and

    IT IS FURTHER ORDERED that Defendant shall file an Answer or other responsive pleading to Plaintiffs' Second Amended Complaint on or before October 21, 2005.

                                                            Judge Royce C. Lamberth

Dated: _____