## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, I caused a copy of the foregoing

Defendant National Railroad Passenger Corporation's Motion for Defendant's Motion for

Enlargement of Time to File an Answer or Responsive Pleading, Memorandum of Points

and Authorities and proposed Order to be served electronically and  by first-class mail,

postage prepaid on

> Leizer Z. Goldsmith
> 1900 L Street, N.W., Suite 614
> Washington, D.C. 20036

_____ /s/ _____