UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1924 (RCL) |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the defendant's Motion [4] for Enlargement of Time to file an answer or response and the entire record in this case, it is hereby

ORDERED that the defendant's Motion [4] for Enlargement of Time to file an answer or response is GRANTED, it is further

ORDERED that defendant shall file an answer or otherwise respond on or before October 21, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 4, 2005.