IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS<br>3801 V. Street, S.E.<br>Washington, D.C. 20020<br><br>and<br><br>MAE WHITLEY<br>823 Glen Allen Drive<br>Baltimore, MD 21229,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION ("Amtrak")<br>60 Massachusetts Avenue, N.E.<br>Washington, D.C. 20002,<br><br>      Defendant. | Civil Action No. 1:05CV01924-RCL |

DEFENDANT NATIONAL RAILROAD PASSENGER
CORPORATION'S MOTION TO DISMISS PLAINTIFF MAE
WHITLEY'S CLAIMS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant National Railroad Passenger Corporation ("Amtrak") moves the Court for an order dismissing plaintiff Mae Whitley's claims. Ms. Whitley alleges that she was not selected for promotions to several foreman II positions because of unlawful discrimination. The undisputed facts establish, however, that Ms. Whitley was not qualified for any of these positions. Moreover, to the extent Ms. Whitley challenges the fact that she was unable to enroll in the foreman II training course, such claims are barred by *res judicata*.

For these reasons, as set forth in full in the attached memorandum of points and authorities, plaintiff Mae Whitley's claims should be dismissed with prejudice. In the alternative, Amtrak seeks summary judgment dismissing plaintiff Mae Whitley's claims as there are no material facts in dispute. As a matter of law, Amtrak is entitled to judgment on these claims.

Respectfully submitted,

*Keith Fischler*

Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)

Desmond McIlwain
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: October 21, 2005