IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF SARAH RAY

I, Sarah Ray, do declare and state as follows:

1.  I am employed by National Railroad Passenger Corporation ("Amtrak") as a Human Resources manager. I have been employed in this capacity for four years.

2.  I make these statements based on personal knowledge or on review of records maintained in the regular course of my duties.

3.  Plaintiff Mae Whitley was initially hired by Amtrak as a coach cleaner. In 1987 Amtrak promoted Ms. Whitley to a Foreman I position.

4.  As a Foreman I, Ms. Whitley supervises coach cleaners and utility workers.

5.  Ms. Whitley served a temporary detail providing training, covering FDA, EPA and FRA requirements. This position was classified within the Foreman I title.

6.  Ms. Whitley continues to hold a Foreman I title at the present time.

7.  She is not qualified for a Foreman II position.

8. The Foreman II job title supervises Amtrak's skilled craft employees, such as carmen, electricians machinists, and pipefitters.

9. Amtrak requires all Foreman II to have direct mechanical experience working in a mechanical skilled craft position. (A copy of two of the relevant Job References for Foreman II positions is attached as Exhibit A.)

10. Ms. Whitley has no such experience. She has never worked in a mechanical skilled craft position.

11. For a period of time, Amtrak allowed employees to satisfy this requirement by completing an extensive Foreman II training course, which gave participants skilled craft experience.

12. Amtrak discontinued this program in 2001.

13. Ms. Whitley was not selected to participate in this training program.

14. Amtrak filled eleven Foreman II positions in 2004 and January 2005.

15. Amtrak promoted seven internal candidates and hired four external candidates to fill the remaining slots.

16. Two of the people promoted to Foreman II in 2004 were female, Leslie White and Jane Ladson.

17. All of the successful candidates had significant experience working in skilled craft positions. (A chart summarizing the qualifications of the successful candidates is attached as Exhibit B.)

18. In April 2004, Ms. Whitley was disciplined for incompetence.

19. Under Amtrak policy, she was disqualified from applying for a promotion for one year as a result of this discipline.

OCT-20-2005 13:10 FROM:HUMAN RESOURCES 2029063349       TO:97037340876PP1401909 P:1/1
10/19/2005 WED 08:08 FAX 7037340876 KRUCHKO & FRIES                    ☒011/014

20. None of the seven internal candidates had received disqualifying discipline within the year prior to their application for promotion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of October, 2005.

_____
Sarah Ray

Dated: October 19, 2005

Job Reference # 50006103

**Amtrak - Washington-DC - Foreman II (1) (Eff. 05/11/04)**

```
POSITIONS: Foreman II (1) (Eff. 05/11/04)
DEPARTMENT: Mechanical
LOCATION: Washington, DC
RATE OF PAY: $22.10 Per Hour
POSITION NO.: 50006103



(INTERNAL AND EXTERNAL APPLICANTS)


DUTIES: Supervisor will be responsible for assuring that their
employees are performing service and inspection activities in
accordance with FRA, FDA & EPA standards.

(1) Position will supervise daily turns and displacements from
Union Station to the locomotive shop for both diesel and electric
locomotives. Supervises crews dispatching and working and
dispatching locomotives. Must have CFR 238-206 certifications.
Will work 12am-8am shift.
(2) Position will work in Motor Pit supervising turns and
displacements from the annex to the station for both electric and
diesel locomotives. Supervises crews dispatching and working and
dispatching locomotives. Must have CFR 238-206 certifications.

EDUCATION: Must have a High School Diploma

WORK EXPERIENCE: Must have some mechanical experience.

WORK EXPERINECE PREFERRED: Must have demonstrated locomotive
experience. Must be technically sound with all Amtrak's rolling
stock, MDOT-VRE commuters and private cars.

OTHER REQUIREMENTS: Must hold air brake certification.

COMMUNICATION AND INTERPERSONAL SKILLS: Good communication and
interpersonal skills.

SUPERVISORY RESPONISBILITIES: Directly 30 or more union employees.
```

Job Notes

**Last Day to Apply:** 05/18/2004
**Job Category:** Mechanical
**Years of Experience:** 1- 5
**Travel Requirements:** None
**Relocation Benefits may Apply:** No



EXHIBIT
A

http://www.teamrewards.net/task/job_posting.jsp?ts_am3q25ml2k13=1556

5/11/2004

AMTRAK is an equal opportunity employer committed to employing a diverse workforce. Internal AMTRAK employees must complete a job opportunities application to apply for positions.
© Copyright 2001 TeamRewards.com. All Rights Reserved.

Sep 29 05 01:59p                                                        P-2

MAR-25-2005 10:20 FROM:HUMAN RESOURCES 2029063349    TO:87283624    P:1/1

Amtrak- Job Posting

Page 1 of 1

**Amtrak - Washington-DC - Foreman II (1) (Eff. 07/27/04)**

POSITIONS:    Foreman II (2) (Eff. 07/27/04)
DEPARTMENT: Mechanical
LOCATION:    Washington, DC
RATE OF PAY: $22.20 Per Hour
POSITION NO.: 50172387

(INTERNAL AND EXTERNAL APPLICANTS)

DUTIES: Supervisor will be responsible for assuring that their employees are performing service and inspection activities in accordance with FRA, FDA & EPA standards.

(1)    Position will supervise daily turns and displacements from Union Station to the locomotive shop for both diesel and electric locomotives. Supervises crews dispatching and working and dispatching locomotives. Must have CFR 238-206 certifications. Will work 12am-8am shift.
(2)    Position will work in Motor Pit supervising turns and displacements from the annex to the station for both electric and diesel locomotives. Supervises crews dispatching and working and dispatching locomotives. Must have CFR 238-206 certifications.

EDUCATION: Must have a High School Diploma

WORK EXPERIENCE: Must have some mechanical experience.

WORK EXPERINECE PREFERRED: Must have demonstrated locomotive experience. Must be technically sound with all Amtrak's rolling stock, MDOT-VRE commuters and private cars.

OTHER REQUIREMENTS: Must hold air brake certification.

COMMUNICATION AND INTERPERSONAL SKILLS: Good communication and interpersonal skills.

SUPERVISORY RESPONSIBILITIES: Directly 50 or more union employees.

| | |
|---|---|
| Salary: | Annually |
| Years of Experience: | 1 - 5 |
| Date: | 07/26/04 |
| Specialty: | Mechanical |
| Employment Type: | Direct Hire, Full Time |
| Travel Requirements: | None |
| Referral Amount: | 0 pts |

Close Window

http://www.teamrewards.net/sales/qual_jpd.jsp?jobId=71610&candidateId=150126&jobA...    3/24/2005

OCT-11-2005 16:26   FROM:HUMAN RESOURCES 2029063349                TO:97037340876              P:2/4

Selections 2004 - Foreman II

| Position | Date | Name | Race/Gender | Internal/External | Notes |
|---|---|---|---|---|---|
| Foreman II | 5/25/2004 | Leslie White | Black Female | Internal | Worked as a carman mechanic inspecting trains for Norfolk Southern railroad for 9 yrs. Worked as a Carman inspecting wheels and air brake systems for Amtrak for approximately 3 1/2 years). On Safety Committee |
| Foreman II | 5/25/2004 | Thomas Carter | Black Male | Internal | (U. S. Navy 11 Yrs. as a test cell/fuel engine mechanic. Carman inspecting wheels, airbrake systems and was a (QMP) able to perform Class 1 brake test on trains (QMP) with Amtrak for 3 1/2 yrs |
| Foreman II | 9/8/2004 | Michael Aikens | Black Male | External | Worked for Alstrom as Group leader of (5) employees on Amtrak's Acela High Speed Rail train sets performing mechanical modifications. Worked for Northrop Grumman as a mechanical technician modifying post office sorters. Worked for CAF USA as a Quality Inspector handling the final inspection of DC Metro rail cars. (2) years college Pursuing Electronics degree Essex Community College - Military Exp |
| Foreman II | 10/13/2004 | Rodney Wilson | Black Male | External | He worked as a Asst. Chief Engineer with PM Realty Group and as a Director of Maintenance with Harrison House of Georgetown. He has 10 yrs military exp with the US Navy as a mechanical engineer working with generators, pumps, compressed air etc. |
| Foreman II | 1/19/2005 | Robert Grimes | White Male | External | Worked for US Airways as a aircraft lead GSE mechanic for 16 years and New York Continental Airlines for 2 1/2 years as an Asst Supv in the operation of line maintenance. He has an associate degree in Applied Science Aviation Maintenance. |

EXHIBIT B

Selections 2004 - Foreman II

| Position | Date Filled | Filled By | Race/Sex | Internal/External | Experience |
|---|---|---|---|---|---|
| Foreman II | 1/12/2004 | Andrew Horne | Black Male | Internal | He has worked as a Electrician with Guyana Electric Corp for 4 yrs. trouble shooting electrical problems and as mechanic with General Auto Repair. He worked as an Electrician with Amtrak for 4 years. B.S. Degree Electrical Engineering - Guyana |
| Foreman II | 1/12/2004 | Glenn Shiffiel | White Male | Internal | He has worked as a Electrician with Amtrak since 1998. He previously worked as a service technician for Washington Gas Company trouble shooting mechanical and electrical problems. Military service US Army |
| Foreman II | 1/12/2004 | Dean Swain | White Male | Internal | He has worked as a Machinist with Amtrak since 1994 working as a mechanic repairing diesel engines. |
| Foreman II | 1/12/2004 | Derrick Lindsey | Black Male | External | He worked for Chart Technologies, Inc as a Chief Operating Officer for 2 yrs. He worked as a Maintenance Supervisor for Ina Bearing Company for 1 1/2 yrs supervising maintenance in the electrical and mechanical aspects. He worked for Dyncorp Aerospace Operations, Inc. as a aircraft worker. U.S. Military exp Navy 10 yrs. Attended Annapolis Navy Academy 1990 - 1992 |
| Foreman II | 3/19/2004 | Jane Ladson | Black Female | Internal | Ms. Ladson has worked for Amtrak as a carman inspecting wheels and airbrake systems and making repairs. She has filled in as a Foreman II in emergencies handling time cards, paychecks, supervising skilled craft and making sure repairs, air brake test and locomotive inspections are done timely for safe departures |
| Foreman II | 5/4/2004 | Harold Burrows | White Male | Internal | He has worked as a carman mechanic with Amtrak inspecting wheels, airbrake systems etc since 1991 |