## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, I caused a copy of the foregoing Defendant National Railroad Passenger Corporation's Motion to Dismiss Plaintiff Mae Whitley's Claims, Memorandum in Support, Declaration of Sarah Ray, Statement of Material Facts Not in Dispute, and proposed Order to be served electronically and by first-class mail, postage prepaid on

    Leizer Z. Goldsmith
    1900 L Street, N.W., Suite 614
    Washington, D.C. 20036

_/s/ [signature]_