IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS<br>3801 V. Street, S.E.<br>Washington, D.C. 20020<br><br>and<br><br>MAE WHITLEY<br>823 Glen Allen Drive<br>Baltimore, MD 21229,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION ("Amtrak")<br>60 Massachusetts Avenue, N.E.<br>Washington, D.C. 20002,<br><br>      Defendant. | Civil Action No. 1:05CV01924-RCL |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO DISMISS PLAINTIFF DAVID STEVENS' CLAIMS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant National Railroad Passenger Corporation ("Amtrak") moves the Court for an order dismissing plaintiff David Stevens' claims with prejudice. As Mr. Stevens admits in his Second Amended Complaint, he committed misconduct in leaving a drug screening site without permission and was terminated as a result. Therefore, under Stevens' own characterization of the events leading to his termination, the decision was justified and non-discriminatory.

The Second Amended Complaint fails to state a cause of action upon which relief could be granted. For these reasons, as set forth in full in the attached memorandum of points and authorities, plaintiff David Stevens' claims should be dismissed with prejudice. In the alternative, the Court should grant summary judgment in favor of Amtrak.

Respectfully submitted,

_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)

Desmond McIlwain
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: October 21, 2005