IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS,          )<br>                            )<br>     Plaintiffs,           )<br>                            )<br>v.                          )<br>                            )<br>                            )<br>NATIONAL RAILROAD PASSENGER )<br>     CORPORATION            )<br>                            )<br>     Defendant.             )<br>_____) | Civil Action No.<br>1:05CV01924-RCL |

STATEMENT OF MATERIAL FACTS NOT
IN DISPUTE IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS PLAINTIFF DAVID B. STEVENS' CLAIMS

1.   On or about September 2004, plaintiff David B. Stevens sought to return to active duty from a medical leave of absence. Second Amended Complaint at ¶ 31.

2.   Mr. Stevens was instructed to take a medical exam as a condition of employment. Second Amended Complaint at ¶ 31.

3.   As part of this medical examination, he produced a urine sample. The temperature of this urine sample was outside the acceptable range. Second Amended Complaint at ¶ 32.

4.   Mr. Stevens then left the medical facility. Second Amended Complaint at ¶ 33.

5.   Under Amtrak's drug and alcohol policy, Mr. Stevens failure to remain at the facility and finish his drug test was considered a refusal to cooperate in a required drug testing event. Declaration of Bernard Campbell at ¶ 7.

6. Under Amtrak's drug and alcohol policy, an employee who refuses to cooperate in a required drug testing event shall be terminated. Declaration of Bernard Campbell at ¶ 7; *see* Exhibit A to Declaration of Bernard Campbell at ¶¶ 4.2.1.7, 4.2.2 .

7. Amtrak terminated Mr. Stevens' employment in compliance with the terms of the drug and alcohol policy. Declaration of Bernard Campbell at ¶ 8; Second Amended Complaint at ¶ 35 ("Amtrak has asserted that Stevens' termination was motivated at least in part by his having left Concentra's facility on or about December 13, 2004, without having his urine re-tested").

8. There was no other reason for the decision to terminate Mr. Stevens' employment. Declaration of Bernard Campbell at ¶ 8.

Respectfully submitted,

*[signature: Keith Fischler]*

Keith Fischler (Bar No. 377601)
Kruchko & Frics
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)


Desmond McIlwain
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: October 21, 2005