FROM : AMTRAK                              PHONE NO. : 2029062826              Oct. 20 2005 04:03PM P1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| NATIONAL RAILROAD PASSENGER ) CORPORATION ) | |
| Defendant. ) | |

## DECLARATION OF BERNARD CAMPBELL

I, Bernard Campbell, do declare and state as follows:

1. I am employed by National Railroad Passenger Corporation ("Amtrak") as Assistant Terminal Superintendent. In this position, I supervised one of the plaintiffs in this action, David Stevens.

2. I make these statements based on personal knowledge or on review of records maintained in the regular course of my duties.

3. Mr. Stevens was terminated because he refused to complete a drug test.

4. In compliance with Amtrak policy, Mr. Stevens was sent for a mandatory drug test on his return to duty from a leave of absence.

5. During the drug test, his urine sample was out of the appropriate temperature range and was considered to be adulterated.

6. Rather than retake the test or cooperate with the medical personnel administering the test, Mr. Stevens left the facility.

7. Under Amtrak's policy, if an employee leaves a testing facility before completing his drug test, he is considered to have refused the drug test. Such a refusal is grounds for termination from all Amtrak employment. (A copy of Amtrak's drug and alcohol policy is attached as Exhibit A.)

8. For this reason, Amtrak's Health Services and Human Resources departments authorized the termination of Mr. Stevens. The termination was not based on any other factors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __ day of October, 2005.

_____
Bernard Campbell

Dated: October __, 2005

| SUBJECT | CLASSIFICATION | DATE APPROVED | P/I NUMBER |
|---|---|---|---|
| Drug and Alcohol | Human Resources | November 30, 2004 | 7.3.0 |

1.0 **RESPONSIBILITY**

    Vice President of Human Resources

2.0 **PURPOSE**

    It is the policy of Amtrak to create a safe work environment by establishing and maintaining an alcohol- and drug-free workplace.

3.0 **ELIGIBILITY**

    This policy applies to all Amtrak employees. By accepting employment with Amtrak, an employee will be deemed to have consented to drug and/or alcohol testing under applicable Federal regulations and Amtrak's Drug and Alcohol Policy (Contractors see 4.3.11).

4.0 **DEFINITIONS**

    4.1   Policy

        Employees are an extremely valuable resource for Amtrak and their health and safety is of prime concern. Since drug misuse and alcohol abuse may pose a serious threat to the employee's health and safety, Amtrak is committed to establishing and maintaining a drug- and alcohol-free workplace. Employees who come to the workplace (on or off-duty) with drugs and/or alcohol on their persons or in their bodies constitute an unacceptable hazard to themselves, their fellow workers and the traveling public. Therefore, Amtrak requires that all employees report for and remain on duty, alcohol- and drug-free.

    4.2   Instruction

        4.2.1   This policy prohibits employees from:

            4.2.1.1  Prohibition 1. The unlawful manufacture, distribution, dispensing, sale, possession, use or presence in the body of illegal drugs or controlled substances while on or off-duty, while on company premises or vehicles; except as noted in P8 of this section;

            4.2.1.2  Prohibition 2. The unlawful manufacture, distribution, dispensing, sale or unauthorized use, possession or presence in the body of alcohol or beverage containing alcohol whether on company premises or vehicles, while on or off duty.

            4.2.1.3  Prohibition 3. Reporting for duty or remaining on duty with a blood alcohol concentration of .020% BAC or greater;

            4.2.1.4  Prohibition 4. Using/consuming alcohol (including beverages or medications that contain alcohol) for whichever is the lesser of the following periods:

| APPROVED | REVISION NO. | SUPERSEDES | PAGE |
|---|---|---|---|
| David L. Gunn<br>President and Chief Executive Officer | New | PERS-19 | 1 of 4 |


EXHIBIT A

| SUBJECT | CLASSIFICATION | DATE APPROVED | P/I NUMBER |
|---|---|---|---|
| Drug and Alcohol | Human Resources | November 30, 2004 | 7.3.0 |

- within eight (8) hours of reporting for work, or
- after receiving notice to report for work.

4.2.1.5 **Prohibition 5**. Violating any applicable Federal regulation or prohibition on controlled substance and alcohol use.

4.2.1.6 **Prohibition 6**. The manufacture, distribution, dispensing, sale, use, possession or presence on or in the body, at any time, of any objects, items, substances or liquids that may be used to alter or substitute a natural body fluid or part (e.g. urine, breath, blood, saliva, hair etc.) that are collected in conjunction with this policy.

4.2.1.7 **Prohibition 7**. Refusing a drug and/or alcohol-testing event.

4.2.1.8 **Prohibition 8**. Reporting for or remaining on duty when the employee's alertness, judgment, coordination, physical behavior or mental responsiveness or ability to perform his/her job safely is affected by any prescribed or Over-the-counter (OTC) medication, including products containing alcohol.

    4.2.1.8.1 It is the responsibility of the employee to submit the Authorization to Work with Medications Form (NRPC 3133) to Health Services for review and concurrence prior to working with medications that may interfere with safe job performance.

    4.2.1.8.2 It is the employee's responsibility to consult with a licensed physician or pharmacist, if uncertain whether a medication will adversely affect job performance. When consulting a physician, the employee must describe the specific tasks performed while on duty, not simply state a position title.

4.2.1.9 **Prohibition 9**. Refusing to adhere to the Employee Assistance Program (EAP) counselor or Substance Abuse Professional's (SAP) recommended treatment or follow up testing program.

4.2.2 An employee found to have violated any provisions of this policy, except for actually testing positive on a drug and/or alcohol test event or Prohibition 8, shall result in the employee's termination from Amtrak in all capacities.

An employee found to have actually tested positive on a drug and/or alcohol test event (and it is the employee's first positive test with Amtrak) will have an opportunity for substance abuse rehabilitation, consistent with PERS-39 (Employee Assistance Program) and any applicable legal requirement.

Any subsequent actual positive drug and/or alcohol test result shall result in the employee's termination from Amtrak in all capacities.

| APPROVED | REVISION NO. | SUPERSEDES | PAGE |
|---|---|---|---|
| David L. Gunn<br>President and Chief Executive Officer | New | PERS -19 | 2 of 4 |

| SUBJECT | CLASSIFICATION | DATE APPROVED | P/I NUMBER |
|---|---|---|---|
| Drug and Alcohol | Human Resources | November 30, 2004 | 7.3.0 |

An employee found to be in violation of Prohibition #8 of this policy will be temporarily medically disqualified for the time period necessary for the Amtrak Medical Director to review the employee's medications history with the employee's treating physician and make a determination of the employee's readiness to work.

4.2.3 Nothing in this policy prohibits Amtrak from taking administrative or disciplinary action, up to and including termination, with or without conducting drug and/or alcohol testing, when there is a violation of or reasonable belief of a violation of this Policy. Amtrak also expressly states that this policy does not create a contract, promise or contractual right, express or implied. Amtrak reserves the right to change this policy in whole or in part at anytime.

4.2.4 It is the responsibility of each manager and supervisor to become familiar with the contents of this policy, the Amtrak Drug and Alcohol Policy Instructions for Supervisors booklet and any applicable Federal regulations to objectively and consistently apply this policy.

4.2.5 It is the responsibility of each employee to become familiar with the contents of this policy and all applicable Federal regulations. This policy is available to each employee and labor organization for review at each Amtrak Human Resources office and on Amtrak's Intranet.

It is also the employee's responsibility to be thoroughly familiar with any substances they are taking since taking any substance without knowing its contents is not an acceptable explanation for violating this policy.

4.2.6 This policy does not supersede the applicability and enforceability of other agreements, rules, policies and regulations. Employees must comply with all agreements, rules, policies and regulations applicable to their employment and must at all times satisfy the performance standards applicable to their employment. This policy does not supersede Amtrak's rights and obligations set forth in 49 C.F.R. §240, et seq., concerning the certification and procedures regarding revocation of certification of locomotive engineers. Notwithstanding this policy, Amtrak will comply in all respects with the provisions of 49 C.F.R. §240, et seq.

4.2.7 To assist in the implementation of this policy, Amtrak has developed a program of drug and/or alcohol testing as described in the "Amtrak Alcohol and Drug Policy Instructions for Supervisors" booklet. In certain situations, Amtrak is mandated by the Federal Railroad Administration (FRA) 49 CFR Part 219 & 240 and the Federal Motor Carries Safety Administration (FMCSA) 49 CFR Part 382 to conduct drug and/or alcohol testing on employees who perform Hours of Service (HOS) functions or hold a Commercial Drivers License (CDL) respectively. Amtrak also conducts drug and/or alcohol testing on all employees in situations not mandated by Federal regulation.

Tests required by Federal regulation are referred to as "Federal (DOT)" tests. Tests required by Amtrak policy, and not Federal Regulations, are referred to as "Company (Non-DOT)" tests.

| APPROVED | REVISION NO. | SUPERSEDES | PAGE |
|---|---|---|---|
| David L. Gunn<br>President and Chief Executive Officer | New | PERS -19 | 3 of 4 |

| SUBJECT | CLASSIFICATION | DATE APPROVED | P/I NUMBER |
|---|---|---|---|
| Drug and Alcohol | Human Resources | November 30, 2004 | 7.3.0 |

4.2.8   A drug and alcohol test record is confidential information. Generally, unless an employee provides written consent, no record of testing will be released to any third party, except to the employee tested, or management employees who have a need to know or a required by law or policy.

4.2.9   Amtrak encourages employees with alcohol or drug dependencies to voluntarily obtain the earliest possible diagnosis and treatment of their problem. The company supports such efforts through its Employee Assistance Program (EAP), which provides assessment, counseling and referral services for employees with substance abuse problems.

**If a supervisor approaches an employee with the intent to undergo testing or if a supervisor informs an employee to undergo a Federal or Amtrak drug and/or alcohol test, the employee cannot mark off pursuant to Operation RedBlock in order to avoid testing or disciplinary action.**

4.2.10  As required by the Federal Drug Free Workplace Act, employees are to notify Amtrak in writing if they are convicted of violating a criminal drug statute while on company premises no later than five calendar days after such a conviction.

4.2.11  Any contractor who performs an hours-of-service function or operates a qualifying commercial motor vehicle on behalf of Amtrak is responsible for maintaining an employee drug and alcohol-testing program which complies with applicable Federal regulatory requirements. Any Amtrak required Request For Proposal (RFP) should contain the necessary language to ensure the contractor is compliant with the requirement. The RFP will also contain language to require the contractor to provide semi-annual reports to the contracting department to demonstrate their compliance with this requirement; as well as language to require the contractor to pay any liquidated damages as a result of the contractor's non-compliance. No contract will be awarded to a vendor who does not satisfy this requirement.

At a minimum, the contractor's policy will include alcohol and drug prohibitions, as well as pre-employment, random, for cause, reasonable suspicion, return to duty, post-accident and follow-up testing, in accordance with FRA, FMCSA and/or their company policy testing procedures.

Amtrak reserves the right to audit the contractor's compliance with its policy and suspend the contractor's services for the period necessary for the contractor to remedy any identified deficiencies.

5.0   RELATED POLICIES AND REGULATIONS

- Amtrak Drug and Alcohol Policy Instructions for Supervisors
- Employee Assistance Program (PERS-39)
- 49 CFR Part 219 – Control or Alcohol and Drug Use
- 49 CFR Part 382 – Controlled Substance and Alcohol Use and Testing

| APPROVED | REVISION NO. | SUPERSEDES | PAGE |
|---|---|---|---|
| David L. Gunn<br>President and Chief Executive Officer | New | PERS-19 | 4 of 4 |