IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of Defendant National Railroad Passenger Corporation's Motion to Dismiss Plaintiff David B. Stevens' claims or, In the Alternative, for Summary Judgment, and all papers submitted in support of this Motion, and Plaintiff David Stevens' Opposition thereto and all papers submitted in support of this Opposition, and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and

IT IS FURTHER ORDERED that Plaintiff David B. Stevens' claims are dismissed with prejudice.

_____
Judge Royce C. Lamberth

Dated: _____