## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, I caused a copy of the foregoing Defendant National Railroad Passenger Corporation's Motion to Dismiss Plaintiff David B. Stevens' Claims, Memorandum in Support, Declaration of Bernard Campbell, Statement of Material Facts Not in Dispute, and proposed Order to be served electronically and by first-class mail, postage prepaid on

    Leizer Z. Goldsmith, Esq.
    1900 L Street, N.W., Suite 614
    Washington, D.C. 20036

_/s/ Keith Fischler_