IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens<br>3801 V Street, SE Apartment 102<br>Washington, DC 20020<br><br>　　　　Plaintiff,<br><br>and<br><br>Mae Whitley<br>823 Glen Allen Drive<br>Baltimore, MD 21229<br><br><br>　　　　v.<br><br>National Railroad Passenger Corporation<br>("Amtrak")<br>60 Massachusetts Avenue, NW<br>Washington, D.C. 20002,<br><br>　　　　Defendant. | Civil Action No. 1:05CV01924-RCL |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT ON DAVID B. STEVENS' CLAIMS AND DEFENDANT'S MOTION TO DISMISS MAE WHITLEY'S CLAIMS**

COME NOW the parties, moving the Court to enlarge time for Plaintiffs to respond to Defendant's Motions to Dismiss and/or Motions for Summary Judgment on Plaintiffs David Stevens and Mae Whitley's claims.

Defendant has filed a motion to dismiss David Stevens' claims or, in the alternative for summary judgment. Defendant has concurrently filed a motion to dismiss Mae Whitley's claims. Plaintiffs' counsel has been extremely busy with an appellate brief to be filed before the Maryland Court of Special Appeals , the conclusion

of the discovery period and depositions in a case before the United States District Court for the District of Maryland, and two ongoing settlement negotiations. On account of Plaintiffs' counsel's schedule, Plaintiffs respectfully request leave to file their Opposition to Defendant's Motions by November 30, 2005. Defendant consents to this relief.

WHEREFORE, for the reasons set forth above, the parties respectfully request that Plaintiffs' time be enlarged such that their Oppositions to both motions be due on November 30, 2005.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 318-0798

Attorney for Plaintiffs Stevens and Whitley


_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
Telephone: (703) 906-3296
Facsimile: (703) 734-0876

Attorney for Defendant National Railroad Passenger Corporation