THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **David B. Stevens**<br>3801 V Street, SE Apartment 102<br>Washington, DC 20020<br><br>　　　　**Plaintiff,**<br><br>and<br><br>**Mae Whitley**<br>823 Glen Allen Drive<br>Baltimore, MD 21229<br><br><br>　　　　**v.**<br><br>**National Railroad Passenger Corporation**<br>**("Amtrak")**<br>**60 Massachusetts Avenue, NW**<br>**Washington, D.C. 20002,**<br><br><br>　　　　**Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV01924-RCL<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Parties' Consent Motion To Enlarge Time For Plaintiffs To File Their Oppositions To Defendant's Motion To Dismiss And/Or Motion For Summary Judgment on David Stevens' Claims and Motion to Dismiss Mae Whitley's Claims, is before the Court. This _____ day of _____, 2005, the Motion is hereby GRANTED.

Plaintiffs shall file their Oppositions not later than November 30, 2005.

_____
Judge, United States District Court

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
Telephone: (703) 906-3296
Facsimile: (703) 734-0876


Leizer Z. Goldsmith, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040