UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS, et al.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**NATIONAL RAILROAD PASSENGER** )<br>**CORPORATION,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1924 (RCL) |

## ORDER

Upon consideration of the Parties' Consent Motion [11] for Enlargement of Time for plaintiffs to file their opposition to defendant's motion to dismiss and/or Motion for Summary Judgment on David Stevens' and Motion to Dismiss on Mae Whitley's Claims, it is hereby

ORDERED that Parties' Consent Motion [11] for Enlargement of Time to for plaintiffs to file an answer or response is GRANTED,  it is further

ORDERED that plaintiffs shall file an answer or otherwise respond on or before November 30, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 14, 2005.