IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens<br>3801 V Street, SE Apartment 102<br>Washington, DC 20020<br><br>　　　　Plaintiff,<br><br>and<br><br>Mae Whitley<br>823 Glen Allen Drive<br>Baltimore, MD 21229<br><br><br>　　　　v.<br><br>National Railroad Passenger Corporation<br>("Amtrak")<br>60 Massachusetts Avenue, NW<br>Washington, D.C. 20002,<br><br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01924-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITIONS TO DEFENDANT'S MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, MOTIONS FOR SUMMARY JUDGMENT ON DAVID B. STEVENS' AND MAE WHITLEY'S CLAIMS**

COME NOW the parties, moving the Court to enlarge time for Plaintiffs to respond to Defendant's Motions to Dismiss and/or Motions for Summary Judgment on Plaintiffs David Stevens and Mae Whitley's claims.

Defendant has filed a motion to dismiss or, in the alternative for summary judgment on both David Stevens and Mae Whitley's claims. In the consent motion filed earlier today, November 14, 2005, Plaintiffs mistakenly referred to the motion regarding Mae Whitley solely as a motion to dismiss. Defendant has, in fact, filed a motion to

dismiss or in the alternative a motion for summary judgment as to both Plaintiffs. Plaintiffs respectfully request leave to file their Oppositions to all of Defendant's Motions, including any motion for summary judgment on Whitley's claims, by November 30, 2005. Defendant has consented to this relief.

WHEREFORE, for the reasons set forth above, the parties respectfully request that Plaintiffs' time be enlarged such that their Oppositions to Defendant' motions be due on November 30, 2005.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC


_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 318-0798

Attorney for Plaintiffs Stevens and Whitley


_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
Telephone: (703) 906-3296
Facsimile: (703) 734-0876

Attorney for Defendant National Railroad Passenger Corporation

Case 1:05-cv-01924-RCL    Document 13    Filed 11/14/2005    Page 3 of 3