THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens<br>3801 V Street, SE Apartment 102<br>Washington, DC 20020<br><br>      Plaintiff,<br><br>and<br><br>Mae Whitley<br>823 Glen Allen Drive<br>Baltimore, MD 21229<br><br><br>      v.<br><br>National Railroad Passenger Corporation<br>("Amtrak")<br>60 Massachusetts Avenue, NW<br>Washington, D.C. 20002,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01924-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Parties' <u>Amended</u> Consent Motion To Enlarge Time For Plaintiffs To File Their Oppositions To Defendant's Motions To Dismiss Or, In The Alternative, Motions For Summary Judgment on David Stevens' and Mae Whitley's Claims, is before the Court. This _____ day of _____, 2005, the Amended Motion is hereby GRANTED.

Plaintiffs shall file their Oppositions not later than November 30, 2005.

_____
Judge, United States District Court

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
Telephone: (703) 906-3296
Facsimile: (703) 734-0876


Leizer Z. Goldsmith, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040