UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1924 (RCL) |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the Parties' Amended Consent Motion [13] for Enlargement of Time for plaintiffs to file their oppositions to defendant's motions to dismiss or, in the alternative, Motions for Summary Judgment on David Stevens' and Mae Whitley's Claims, it is hereby

ORDERED that Parties' Amended Consent Motion [13] for Enlargement of Time to for plaintiffs to file an answer or response is GRANTED, it is further

ORDERED that plaintiffs shall file an answer or otherwise respond on or before November 30, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 15, 2005.