3-10-04

Dear David

I am so sorry that I talked to Rose about your problem. You are right it is your life. I thought that she could help you with some benifits and things.

I keep forgetting that every body that say that they are about God are not about God and you can tell by the things they do to pepole around them.

I love you like my sister or brother I would never do anything to hurt you. You told me on Valentines day you had no real friends no one to give you candy or flowers I thought that it was so sad. A beautiful person like you with no real love in your life. A Rose is supose to be sweet and beautiful something that you want around but I forgot about the thorns. I would have pulled them out before I

sent them to you. I miss you here are the candy and flower I got for you right after Valintimes day so know you can't say that no body ever loved you enough to give you candy and flowers on d day.

David also you dont have to be ashame and hide your ilness from every body some of us will love you still. David you did not ask to be sick from this shit I pray that tha come up with a cure. Sayonna did not ask for this sickness and neither did little Chuckie. We just have to dill with it and go on.

Love you until the very end

Shirly

P.S.
I miss my twisted sister too ♡
I just want to hug you!