

# CENTER FOR CONTEMPORARY PSYCHOTHERAPY

April 9, 2004

Amtrak Medical Department

RE: David Stevens   SS# 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

To Whom It May Concern:

Mr. David Stevens is currently under my care and I recommend that he remain out of work temporarily due to a hostile work environment. My decision is based on my clinical interview with him today and overwhelming documentation provided to me by the patient and his employer. If you have any questions or concerns, please do not hesitate to contact me at 202-544-1030 or 202-246-5455.

Thank you for your time and consideration.

Sincerely,

Eric LeHot, LICSW, BCD, DAPA

RECEIVED
APR 12 2004

* 650 PENNSYLVANIA AVENUE, S.E., SUITE 330 * WASHINGTON, DC 20003 * 202-544-1030 * FAX 202-544-2229 *