**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue NE, #2E-127, Washington, DC 20002
tel 202 906-3235  fax 202 906-2281
ATS 777-3235

# Facsimile



| | | | |
|---|---|---|---|
| Date | April 14, 2004 | From | Glenda Atkinson |
| To | Malva Reid | Department | Business Diversity, DRO |
| Company | Health Services | Subject | employee David Stevens |
| Fax Number | ATS 777-3253 | Number of Pages | 2 |

(202) 906 3253

Message: Attached is the letter forwarded to the DRO by B.L. Campbell, Assistant Superintendent. The letter is addressed to the Medical Department, so your office may already have a copy of it. Mr. Stevens filed a complaint with the DRO last month.

906-3258

Confidentiality Notice: This communication is intended only for the person named above and may contain information that is proprietary or confidential. Any disclosure, copying, distribution or use of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately by collect telephone. Thank you.



# CENTER FOR CONTEMPORARY PSYCHOTHERAPY

April 9, 2004

Amtrak Medical Department

RE: David Stevens SS# 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

To Whom It May Concern:

Mr. David Stevens is currently under my care and I recommend that he remain out of work temporarily due to a hostile work environment. My decision is based on my clinical interview with him today and overwhelming documentation provided to me by the patient and his employer. If you have any questions or concerns, please do not hesitate to contact me at 202-544-1030 or 202-246-5455.

Thank you for your time and consideration.

Sincerely,

Eric LeHot, LICSW, BCD, DAPA

RECEIVED
APR 1 2 2004

* 650 PENNSYLVANIA AVENUE, S.E., SUITE 330 * WASHINGTON, DC 20003 * 202-544-1030 * FAX 202-544-2229 *