| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2004-00629 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| David Stevens | (202) 544-1983 | 03-30-1964 |

Street Address: 1114 F Street, N.E., Apt. 3, , DC
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMTRAK | 500 or More | (000) 383-2876 |

Street Address: 60 Massachusetts Ave., N. E., Washington, DC 20002

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2004   Latest: 04-12-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above-named Respondent on February 28, 1990.

In January 2004, Shirley Snider began to spread rumors about my disability to co-workers which resulted in my being subjected to a hostile working environment. In March 2004, I filed an internal complaint regarding the hostile working environment. Shortly thereafter, my work assignments changed, and Joseph Savor began to constantly monitor and scrutinize my work. Subsequently, on April 9, 2004, my doctor placed on medical leave because of the continual harassment and hostile work environment.

On April 12, 2004, I hand delivered a copy of my doctor's request for medical leave to Mike Cappello, Superintendent. Shortly thereafter, I discovered that the Respondent faxed and passed around my confidential medical information to employees who should not have been involved with my request for medical leave.

II. RESPONDENT'S REASON FOR ADVERSE ACTIONS: No specific reason has been given.

III. I believe that the Respondent has violated my rights under Title I of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>6/23/04  Jun 23, 2004<br>Date   X David B. Stevens<br>Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |