NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street, NE, Washington, DC 20018

**Certified Mail: 70020860000692347958**
**Return Receipt Requested**

AMTRAK

July 1, 2004

Mr. David Stevens
1114 F Street NE.
Washington, DC. 20002

Dear Mr. Stevens

Our records indicate that you have been absent from work since. April 10 2004. The medical documentation submitted on your behalf to the Amtrak Medical department is not sufficient to support your absence. Dr. Pinsky, in the Amtrak Medical department states, You Medical information fail to provide current objective medical information to support your Leave of Absent.

Based on the above, the Company has no recourse but to issue you a direct order to forward any supporting documentation to substantiate your absence no later than July 16, 2004. The documentation must be received no later than the specified date, and should be sent to the following address or fax number:

Amtrak Medical Department
30th Street Station, (Box 67)
Philadelphia, P.A. 19104
(215) 349-4401

Should you fail to provide such verification of your inability to work, by July 16, 2004, you will be considered as having been AWOL, absent without notification, and will subject yourself to the self invoking Rule of the JCC Union Agreement.

"Employees who absent themselves from work for 5 days without notifying the Company shall be considered as having resigned from the service and will be removed from the seniority roster unless they furnish the Company evidence of physical incapacity as demonstrated by a release signed by a medical doctor or that circumstances beyond their control prevented such notification."

Respectfully, *Bernard Campbell*
Bernard Campbell
Assistant Superintendent

CC: Richard Childs
Union Representative70033110000647754789
Marilyn McCouch (Medical)