**AMTRAK**

**Treating Physician Medical Status Report**
**Statement of Disability**
Page 1 of 2

**Instructions:**
- Print Clearly in Ink **or** complete on a PC
- Complete form and obtain signatures
- Fax to appropriate Amtrak Health Services Office
- Mail original copy to appropriate Amtrak Health Services Office.
- *Note: Form **must** be both faxed and mailed.*

| Amtrak Health Services | OR | Amtrak Health Services |
|---|---|---|
| 525 West Van Buren Street | | 30th Street Station, Box 67 |
| Chicago, IL 60607 | | Philadelphia, PA 19104 |
| Tel: 312-880-5277  Fax: 312-880-5421 | | Tel: 215-349-2389  Fax: 215-349-4401 |

**SECTION ONE: To Be Completed By Employee**

| Employee Last Name: Stevens | First Name: David | M.I. | Soc. Security No. OR Employee Number: 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 |
|---|---|---|---|

| Street Address: | 1114 F St., NE #3 | | |
|---|---|---|---|
| City: | Washington | State: DC | Zip: 20002 |
| Job Title: | Cleaner | Department: | Mechanical |
| Supervisor's Name: | Joseph Savoy | Supervisor's Tel. No.: | 202-906-2428 |
| Supervisor's Address: | Union Station | | |

I authorize you to release to Amtrak's Health Services Office any information pertaining to my disability including the date my disability began, my history, diagnosis and records of any treatment or examination rendered to me during the period from 04/07/04 to present/ and my prognosis and anticipated return-to-work date.

Is this Statement of Disability related to an On-Duty Injury?  [X] Yes  [ ] No

▶▶ *This information must be updated every 30 days or my leave will expire* ◀◀.

Employee's Signature: David Stevens    Date: 7/8/04

**SECTION TWO: To Be Completed By Treating Physician** (Complete all applicable sections.)

Dates of Disability: Onset: 04/09/2004    Anticipated Return to Work Date: 09/01/2004

Diagnosis/conditions that led to disability:
Pt has long Hx of Bipolar disorder (296.89) exacerbated by full blown AIDS + pending hostile work environment, cocaine habit

| Dates of Office Visits: | Description of Office Visits |
|---|---|
| 04/07 → last visit 07/08/04 | outpt psychotherapy + med mgmt |

| Dates of Hospitalization(s): | Descriptions of Hospitalizations |
|---|---|
| May 2003 | Isabela Ctr (P/W) |
| April 2003 | Father Martin's Rehab |

| Dates of Surgery: | Descriptions of Surgery |
|---|---|
| N/A | |

| Dates of Tests/Consults/Procedures: | Description of Tests/Consults Procedures |
|---|---|
| N/A | |

NRPC 2717 (04/04)
Amtrak is a registered service mark of the National Railroad Passenger Corporation

# Treating Physician Medical Status Report
## Statement of Disability
Page 2 of 2

| Employee Last Name: | First Name: | M.I. | Soc. Security No. OR Employee Number |
|---|---|---|---|
| Stevens | Daniel | B | 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 |

**Medications**

List all medications and doses that the patient is currently taking. Include both over the counter and prescription.

Seroquel, Neurontin, Wellbutrin + HIV meds

List any medication side effects that may interfere with the safe performance of the patient's job.

extreme drowsiness, mood swings, diarrhea, rash, antigens (HIV) [illegible]

**Current Status**

Is the above-named patient still under your care for the listed diagnosis?
- [x] Yes  Explain why patient is still under your care: Only [illegible]
- [ ] No   Explain why patient is not still under your care: improved at this time

Does the above individual currently have any physical or mental limitations that interfere with the patient's ability to travel to and from work, be at work, or perform assigned duties at work? *Please explain the **objective medical basis** for your answer. For example, provide the actual blood pressure reading if uncontrolled hypertension was the diagnosis leading to disability. Include a copy of relevant reports.*

- [ ] No  Please Explain
- [x] Yes  Please Explain

pending litigation, hostile work environment, suicidality, high risk for cocaine relapse

**Returning to Work Status:**

I have reviewed the patient's Amtrak Job Description or the patient has provided a detailed description of his/her job including all physical requirements and I have concluded that:

- [ ] The patient is capable of performing the full duty requirements of the position without significant risk to the health and safety or him/herself or others. Effective date of return to work:  /  /
- [ ] The patient is capable of performing his/her job with the following restrictions:

   Effective date of restricted return to work:  /  /
   These restrictions are expected to be necessary until the following date:  /  /
- [x] The patient is totally, but temporarily disabled.   Anticipated date of recovery: 9/01/04
- [ ] The patient is totally and permanently disabled.

Comments (if any):

**Signature:**

| Physician's Name: | Signature | Date |
|---|---|---|
| ERIC LEAH LIDWBG | E Le Hotz LSW BCD | 07 08 04 |

Address: CCP, PLLC
City: SUITE 330  State  Zip:  Telephone: (202) 544-1030  Fax: (202) 544-2229
650 PENNSYLVANIA AVE., SE
WASHINGTON, DC 20003

NRPC 2717 (04/04)