# Metropolitan Police Department
## Incident-Based Event Report
Washington, D.C.

**PART I - CLASSIFICATION OF EVENT**

| # | Field | Value |
|---|---|---|
| 1 | TYPE OF REPORT | ● Offense  ○ Incident |
| 2 | DATE AND TIME OF EVENT | Start: 07/04 20:00  End: 08/04 08:45 |
| 3 | DATE OF REPORT | 08/04 |
| 4 | TIME OF REPORT | 09:13 |
| 5 | DISTRICT | 5 |
| 6 | SECTOR | 2 |
| 7 | BEAT | 102 |
| 8 | COMPLAINT NUMBER | 159955 |

- 9 EVENT LOCATION ADDRESS: **1114 F ST NE** — ● In front of
- 10 REPORT RECEIVED BY: ● Radio run
- 11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME? ● Yes
- 12 PROPERTY TYPE: ● Private
- 13 EVENT NO. 1: **DESTRUCTION OF PROPERTY**
- 16 FORCED ENTRY: ○ No
- 17 POINT OF ENTRY: N/A
- 18a. Method Used: N/A
- 18b. Tools Used: N/A
- 19 WEATHER CONDITIONS: ● Clear
- 20 SUSPECTED HATE CRIME? ● None
- 21 SECURITY SYSTEM: ● Other
- 22 LOCATION TYPE: (none clearly marked)
- 23 DESIGNATED AREAS: ● Other

**PART II - VICTIM INFORMATION**

- 24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1: **STEVENS, DAVID**
- 25 RELATED TO EVENT NO(S): ● 1
- 26 VICTIM TYPE: ● Individual
- 27 DATE OF BIRTH: Mar 30, 64
- 28 AGE RANGE: ● 18-65 yrs.
- 29 SEX: ● Male
- 30 HOME PHONE: (202) 544-1983
- 31 BUSINESS PHONE: (202) 906-1538
- 32 RACE/ETHNICITY: ● Black
- 33 HOME ADDRESS: ● DC Resident — **1114 F ST NE**
- 34 BUSINESS ADDRESS/SCHOOL: **1401 W ST NE**
- 35 OCCUPATION: **AMTRAK / MECHANIC**
- 36 IS EVENT RELATED TO OCCUPATION? ● No
- 52 STATUS: ● Open

PD-251  4/99    PAGE 1

## PART I (continued)

**55. IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.** ☒ Yes  ☐ No

Name: _____  Address: _____  Phone-Area Code: _____

**56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?** ☐ Yes  ☒ No

**56A. WAS PD FORM 378A ISSUED?** ☐ Yes  ☒ No

**57. IS CPO/TPO OUTSTANDING?** ☐ Yes  ☒ No  ☐ Unknown   IF YES, ENTER CPO/TPO #: _____

**58. INJURIES** — Use the following codes to describe injuries. (Mark all that apply)

N = None Visible   M = Apparent Minor Injury   B = Apparent Broken Bones   O = Other Major Injury   I = Possible Internal Injury   G = Gunshot   L = Severe Laceration   T = Loss of Teeth   U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim / Suspect | 1-9 | N M B O I G L T U | N/A |  |  | Yes/No |  | Admitted/Released |

## PART III - PROPERTY

**59. Codes:** S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No.: _____   b. Location of Property Book: _____

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| O | FRONT DOOR |  |  | BIKE |  | 1 | $400.00 | 10y | $200.00 |

## 60. VEHICLE INFORMATION

Vehicle operated/used by: ☐ Victim  ☐ Suspect  ☐ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61. #1** ☒ Suspect  ☐ Missing

a. Race: ☐ Asian ☐ White ☐ Black ☐ Latino/Hispanic   b. Sex: ☒ Unknown ☐ Male ☐ Unknown ☐ Other ☐ Female   c. Exact Age or Range: _____   d. Height: _____   e. Weight: _____   f. Eyes: _____   g. Hair: _____

h. Complexion: U   i. Scars: n   j. Mustache: K   k. Facial Hair: n   l. Hat: O   m. Coat/Jacket: w   n. Pants: ?   o. Blouse/Shirt: _____

p. Perpetrator Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ☐ Handgun ☐ Shotgun ☐ Revolver ☐ Semi-automatic ☐ Rifle ☐ Automatic ☐ Other firearm
Other: ☐ Cutting instrument ☐ Blunt object ☐ Motor vehicle ☐ Hands/Feet/Teeth ☐ None ☐ Unknown ☐ Other (specify)

Color: _____  Make: _____  Model: _____  Caliber: _____

**62. #2** ☐ Suspect  ☐ Missing

a. Race: ☐ Asian ☐ White ☐ Black ☐ Latino/Hispanic   b. Sex: ☐ Unknown ☐ Male ☐ Unknown ☐ Other ☐ Female   c. Exact Age or Range: _____   d. Height: _____   e. Weight: _____   f. Eyes: _____   g. Hair: _____

h. Complexion: _____  i. Scars: _____  j. Mustache: _____  k. Facial Hair: _____  l. Hat: _____  m. Coat/Jacket: _____  n. Pants: _____  o. Blouse/Shirt: _____

p. Perpetrator Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ☐ Handgun ☐ Shotgun ☐ Revolver ☐ Semi-automatic ☐ Rifle ☐ Automatic ☐ Other firearm
Other: ☐ Cutting instrument ☐ Blunt object ☐ Motor vehicle ☐ Hands/Feet/Teeth ☐ None ☐ Unknown ☐ Other (specify)

Color: _____  Make: _____  Model: _____  Caliber: _____

**63. #3** ☐ Suspect  ☐ Missing

a. Race: ☐ Asian ☐ White ☐ Black ☐ Latino/Hispanic   b. Sex: ☐ Unknown ☐ Male ☐ Unknown ☐ Other ☐ Female   c. Exact Age or Range: _____   d. Height: _____   e. Weight: _____   f. Eyes: _____   g. Hair: _____

h. Complexion: _____  i. Scars: _____  j. Mustache: _____  k. Facial Hair: _____  l. Hat: _____  m. Coat/Jacket: _____  n. Pants: _____  o. Blouse/Shirt: _____

p. Perpetrator Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ☐ Handgun ☐ Shotgun ☐ Revolver ☐ Semi-automatic ☐ Rifle ☐ Automatic ☐ Other firearm
Other: ☐ Cutting instrument ☐ Blunt object ☐ Motor vehicle ☐ Hands/Feet/Teeth ☐ None ☐ Unknown ☐ Other (specify)

Color: _____  Make: _____  Model: _____  Caliber: _____

*Value of vehicles to be entered by Information Processing section

CCN 153-955

# PART V - MISSING PERSONS

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | 65 COMPLAINT NUMBER 153955 |
|---|---|---|---|
| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION ○ Critical ○ Non-critical | 68 CLASSIFIED BY: | |
| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN | |
| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) | |

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

C-1 REPORTS THAT DURING THE LISTED HOURS UNKNOWN PERSONS WROTE "YOU WILL LOSE YOU GOT AIDS" ON HIS FRONT DOOR OF HIS RESIDENCE.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| 80 REPORTING OFFICER'S SIGNATURE  ELEMENT 1D | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) ○ USCP ○ USSS ○ METRO TRANSIT ○ OTHER | 82 SECOND OFFICER'S NAME  ELEMENT | 83 SIGNATURE OF SUPERVISOR  ELEMENT | |
| BADGE NUMBER | | BADGE NUMBER | BADGE NUMBER | |

PAGE 3