

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
FAX (202) 419-0739

### AMENDMENT TO CHARGE OF DISCRIMINATION

David Stevens
Charge No. 100-2004-00629

I hereby amend my charge of discrimination to say the following:

I.  After I filed an EEOC complaint, the Respondent participated in retaliatory actions against me. Specifically, Bernard Campbell harassed me about providing additional information regarding my disability, and he threatened to terminate my employment if I did not provide sufficient information. Further, the Respondent continuously denied my request for a reasonable accommodation to be transferred to another department.

II. I believe that the Respondent denied me a transfer, harassed, and threatened to terminated my employment in reprisal for my EEOC complaint of employment discrimination. As such, I believe that the Respondent has violated my rights of under Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

I declare under penalty of perjury that the foregoing is true and correct

_____    11/10/04
David Stevens                                      Date
Charging Party's Signature