THE GEORGE WASHINGTON UNIVERSITY HOSPITAL

UHS Universal Health

# Emergency Departmen Medical Record III

75-368C

109556274
STEVENS , DAVID B 40 SX: M EMR
DOB: 03/30/1964 ADM/REG DT:12/13/04
MRN:3279862
G W UNIVERSITY HOSPITAL

(PATIENT IDENTIFICATION)

## DIAGNOSTIC TESTS

| CBC | ELECTROLYTES | | | CT/SONO |
|---|---|---|---|---|
| WBC 6.9 | 143 / 106 / 9 / 97 | BREATHALYSER | CPK | |
| Hgb 17.2 | 3.9 / 25 / 1.0 / 83 | FINGERSTICK | CK-MB | |
| Hct 48.2 | | UCG ___ βHCG TITER | Troponin | |
| Plt 283 | | UA | Myoglobin | |
| 54'37" sm | | ABG | Amylase | |
| | | LFT'S | Lipase | |
| | | PT/PTT | D-dimer | |

## EKG/IMAGING

| EKG | CXR – unchanged from 9/1/04 | SKELETAL#1 | SKELETAL#2 |
|---|---|---|---|
| RATE | VIEW PA/LAT | LOCATION | LOCATION |
| RHYTHM | CAR SHADOW wnl | BONES | BONES |
| AXIS | LUNG FLDS wnl | SOFT TISSUE | SOFT TISSUE |
| INTERVALS | VESSELS/MED wnl | FINDINGS | FINDINGS |
| OTHER | PLEURAL/BASES WNL | | |
| DX | SOFT TISSUE/RIBS WNL | | |
| OLD TRACING FOR COMPARISON YES NO | OLD FILM FOR COMPARISON (YES) NO | OLD FILM FOR COMPARISON YES NO | OLD FILM FOR COMPARISON YES NO |

## DISPOSITION

DIAGNOSIS
– Bronchitis
– COPD exacerbation

MECHANISM ▸

PROCEDURES/SPLINT

CO-MORBIDITY ▸ HIV, COPD

1. FOLLOW-UP: Dr. Tuozon
   - ☐ YOU SHOULD BE RE-EXAMINED IN 7 DAYS. CALL AS SOON AS POSSIBLE FOR APPOINTMENT
   - ☒ IF NOT IMPROVING AFTER ______ DAYS, CALL FOR THE NEXT AVAILABLE APPOINTMENT
   - ☐ ROUTINE CARE
2. RETURN TO ED IF symptoms worsen, you develop a fever, shortness of breath worsens
3. ADDITIONAL INSTRUCTIONS
   Please take medications as prescribed and follow up with Dr. Tuozon.

YOU WERE SEEN BY (PRINT CLEARLY)
DR. Assek
DR.
WORKERS COMPENSATION FORM COMPLETED ☐

PRESCRIPTIONS ▸

1. Albuterol ~ 1 puff/day x 4d #RX ▸ 4 #TO GO ▸
2. #RX ▸ #TO GO ▸
3. Prednisone 40mg/day x 4d taper #RX ▸ Q #TO GO ▸

PRINTED INSTRUCTIONS ▸ | DISCUSSED WITH

I HAVE READ, UNDERSTOOD AND RECEIVED A COPY OF MY DISPOSITION RECORD [signature]

DISCHARGE TIME 0140

PA/RN [signature] | RESIDENT | ATTENDING

75-368C (05/04)

EMERGENCY UNIT

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
UHS Universal Health

# Emergency Department Medical Record III

75-368C

202 939-7651

109558973
STEVENS , DAVID B
DOB: 03/30/1964 40 SX: M EMR
MRN: 3279862 ADM/REG DT:12/14/04
G W UNIVERSITY HOSPITAL

## DIAGNOSTIC TESTS

| CBC | ELECTROLYTES | | | CT/SONO |
|---|---|---|---|---|
| WBC 5.7 | 143 / 108 / 10 | BREATHALYSER | CPK | Chest CT: |
| Hgb 15.2 | 3.8 / 25.7 / 0.9 | FINGERSTICK | CK-MB | ∅ PE |
| Hct 43.4 | | UCG βHCG TITER | Troponin | pretracheal LN upper end of normal in size |
| Plt 305 | | UA | Myoglobin | |
| | | ABG | Amylase | |
| | | LFT'S AST 78, Bili T 0.5 | Lipase 71 | |
| | | PT/PTT 12.9/31.7/0.96 | D-dimer | |

## EKG/IMAGING

| EKG | CXR | SKELETAL#1 | SKELETAL#2 |
|---|---|---|---|
| RATE | VIEW | LOCATION | LOCATION |
| RHYTHM | CAR SHADOW | BONES | BONES |
| AXIS | LUNG FLDS | SOFT TISSUE | SOFT TISSUE |
| INTERVALS | VESSELS/MED | FINDINGS | FINDINGS |
| OTHER | PLEURAL/BASES | | |
| DX | SOFT TISSUE/RIBS | | |
| OLD TRACING FOR COMPARISON YES NO | OLD FILM FOR COMPARISON YES NO | OLD FILM FOR COMPARISON YES NO | OLD FILM FOR COMPARISON YES NO |

## DISPOSITION

| DIAGNOSIS | | |
|---|---|---|
| | Bronchitis | MECHANISM ▸ |
| | Abd pain | PROCEDURES/SPLINT |

CO-MORBIDITY ▸

1. FOLLOW-UP: With Dr. Taleb
   ☒ YOU SHOULD BE RE-EXAMINED IN 3-5 DAYS. CALL AS SOON AS POSSIBLE FOR APPOINTMENT
   ☐ IF NOT IMPROVING AFTER ____ DAYS, CALL FOR THE NEXT AVAILABLE APPOINTMENT
   ☐ ROUTINE CARE

YOU WERE SEEN BY (PRINT CLEARLY) DR. [illegible] DR. Matthews
WORKERS COMPENSATION FORM COMPLETED ☐

2. RETURN TO ED IF you develop a rash, if you have recurrent fevers, worsening pain, worsening shortness of breath, or for any other concerns.
3. ADDITIONAL INSTRUCTIONS

| PRESCRIPTIONS ▸ | | | |
|---|---|---|---|
| 1. | Motrin 600mg - Take 1 tab every 8 hours for pain | #RX ▸ | #TO GO ▸ |
| 2. | | #RX ▸ | #TO GO ▸ |
| 3. | | #RX ▸ | #TO GO ▸ |

PRINTED INSTRUCTIONS ▸ Abd pain, Bronchitis
DISCUSSED WITH

I HAVE READ, UNDERSTOOD AND RECEIVED A COPY OF MY DISPOSITION RECORD [signature]
DISCHARGE TIME

PA/RN RESIDENT [signature] ATTENDING [signature]

75-368C (05/04) EMERGENCY UNIT