UNITED STATES OF AMERICA
BEFORE THE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

David Stevens,
     Charging Party,

v.                                 Charge No. 100-2004-00629

National Railroad Passenger Corporation (Amtrak),
     Respondent.

**STATEMENT OF TERRELL WILLIAMS IN SUPPORT OF COMPLAINANT'S
SECOND CHARGE OF RETALIATION AGAINST RESPONDENT AMTRAK**

I, Terrell Williams, state the following, under penalty of perjury, in support of the Mr. David

Stevens' complaint against Amtrak for retaliation against him based on his complaint of

discrimination against Amtrak before the Equal Employment Opportunity Commission:

1.     On Saturday, May 29, 2004, David, an old friend of mine, asked me to drive him to the

Amtrak Brentwood complex, which David referred to as "Ivy City." We arrived there at about 3

pm, when David was supposed to meet a co-worker, Darryl Hollis, outside of the building.

2.     We waited outside for about five minutes, and Darryl never showed up. David decided to

go inside to see if Darryl was available. After about three minutes, David came back out,

walking briskly. When he arrived at the car, he said, "I saw him and I hope he didn't see me." I

asked him who he was talking about, and he said he had just seen the supervisor that he had been

having difficulties with. The man who David identified as this supervisor was coming toward

the car.

3.     David said, in a low tone, "please, don't come over here," over and over. I asked him if

we should leave, and David said we needed to stay so he could get his medicine. The supervisor

came up to my truck and told David, in a low tone, that he is not allowed on the premises. David

said that he knew he was not supposed to be there, but he had to get something from Darryl. The supervisor's voice rose to a yell, and he said, "You know you're wrong. You are going to put my name in that shit, but you are better off fucking with those goddamn white people than fucking with me. I will fucking destroy your ass!"

4.      David looked upset and scared, but I remained silent, because I did not want to make things any worse. David squeezed my arm, and I tried to calm him down and told him not to say anything. The supervisor said that he would let him go this time, and walked away. He then stepped away and walked back toward the building, but turned back a couple of times on his way back with an intense look on his face.

5.      About five minutes later, Darryl came out and gave David his medicine.

_____
Terrell Williams

Nov. 17, 2004
Date