## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____

David B. Stevens )
  )
and )
  )
Mae Whitley )
           Plaintiffs )
  )
         v. )       **Civil Action No. 1:05CV01924-RCL**
  )
National Railroad Passenger Corporation )
("Amtrak") )
         Defendant. )
_____)

### <u>Order</u>

Having reviewed Defendant's Motion to Dismiss the claims of David B. Stevens,

or in the Alternative for Summary Judgment, and Plaintiff's Opposition thereto, and it

appearing that there are material facts in dispute, it is this _____ day of

_____, by the United States District Court for the District of Maryland,

ORDERED, that the motion to Dismiss or in the Alternative for Summary

Judgment be DENIED.


                                         _____

                                         Judge, United States District Court