**Amtrak Certification**

Name: WHITLEY, ML

Employee Number: 00061243

Is qualified to inspect and test equipment or trains as indicated on the back of this card. In accordance with Federal regulation 49CFR parts 229 and 238.

Approved by: 5057

Classification:
Certifying Instructor  Date:
Train Brake Test      Date: 03/17/04
Locomotive Departure Tests
Date: 06/09/04
Passenger Car Daily Inspection
Date: 05/24/04
Single Car Test - Passenger System
Date:
Single Car Test - Freight System
Date:
Passenger Car Periodic Inspection & Maintenance
Date: 05/26/04