Wednesday, September 01, 2004

Dear Mr. Campbell:

This is in reference to the discussion we had concerning new evidence about the case the shampoo machines. It was brought to my attention that Ms. Mae Whitley was innocent of the charges and after our discussion you agreed that Ms. Whitley should not have been included with the others involved in this incident.

At this time I am formally requesting that her wavier be removed from her personnel file due to the facts that were presented to you at our meeting.

Sincerely

*Joseph F. Tana*

Joseph F. Tana
General chairman
A.R.A.S.A. LODGE 5058

**AMTRAK**

## NOTICE OF INTENT TO IMPOSE DISCIPLINE

### HAND DELIVERED

March 30, 2004

**M of E FILE: 04.063—GL/F**

**TO:** MAE WHITLEY

**CRAFT:** Foreman I

Dear Ms. Whitley:

You are hereby instructed to appear for a Notice of Intent to Impose Discipline meeting as indicated below:

> **DATE:** TUESDAY, April 6, 2004
> **TIME:** 4:30 P.M.
> **PLACE:** General Foreman's Office—S&I
> Ivy City Maintenance Facility
> Washington, D.C.  20018

    **Charge I:**    Violation of Amtrak's Standards of Excellence, specifically that section pertaining to "Attending to Duties".

    **Specifications:** It is alleged that on March 20, 2004, it came to your General Foreman's attention that the shampoo machine and its component parts, were in disrepair and was not being utilized by the facility's Turnaround Servicing Department. You failed to follow a standing directive to assure the any equipment spotted in the service and inspection tracks are to be shampooed on a daily basis. If any of the shampooing equipment needs repair, it is to be tagged and reported to your General Foreman in order that it can be repaired. You failed to follow this process.

    You may produce any witnesses that you desire and you may be accompanied a representative, as provided for in your current bargaining agreement without expense to the National Railroad Passenger Corporation.

ALL REQUESTS for the postponement of this meeting may be made by contacting Garry Louers at (202) 906-1536/1315 or ATS: 777-1536/1315.

Sincerely,

*G. Louers*
G. Louers
General Foreman

RECEIVED _____

GL/sjh

cc:    J. Tana—Union Representative/**Certified Mail No. 7002 0860 0006 9234 9549** & RRB
       B. Campbell
       Employee File

1