IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **David B. Stevens** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **Mae Whitley** | ) | |
|     Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01924-RCL |
| | ) | |
| **National Railroad Passenger Corporation** | ) | |
| **("Amtrak")** | ) | |
|     Defendant. | ) | |

### Order

Having reviewed Defendant's Motion to Dismiss the claims of Mae L. Whitley, or in the Alternative for Summary Judgment, and Plaintiff's Opposition thereto, and it appearing that there are material facts in dispute, it is this _____ day of

_____, by the United States District Court for the District of Maryland,

ORDERED, that the motion to Dismiss or in the Alternative for Summary Judgment be DENIED.

_____
Judge, United States District Court