CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I caused a copy of the foregoing Reply Memorandum in Support of Defendant's Motion to Dismiss Plaintiff David Stevens' Claims or, in the Alternative, for Summary Judgment to be served electronically and by first-class mail, postage prepaid on:

Leizer Z. Goldsmith, Esq.
1900 L Street, N.W.
Suite 614
Washington, D.C. 20035

_____
Keith Fischler