IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens, et. al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:05CV01924-RCL ) |
| National Railroad Passenger Corporation ("Amtrak"), | ) ) ) ) |
| Defendant. | ) ) |

**MOTION TO FILE SURREPLIES IN OPPOSITION
TO DEFENDANT'S REPLY MEMORANDA IN SUPPORT OF DEFENDANT'S
MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY
JUDGMENT ON DAVID B. STEVENS AND MAE WHITLEY'S CLAIMS**

Plaintiffs David B. Stevens and Mae Whitley respectfully request leave of Court in order to file brief surreply memoranda in response to Defendant's Reply Memoranda in support of its Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. With respect to both Plaintiffs, Defendant has advanced new arguments not set forth in its opening briefs. Plaintiffs have attempted to address these new developments as briefly and economically as possible. Plaintiffs have conferred with Defendant on this issue, but Defendant does not consent to the Plaintiffs' filing of the surreplies.

For the reasons set forth above, this Motion should be granted and the sur-replies, which are being filed contemporaneously with this Motion, docketed and considered by the Court.

2

          Respectfully submitted,

          THE GOLDSMITH LAW FIRM

          _____

          Leizer Z. Goldsmith
          D.C. Bar No. 419544
          1900 L Street, N.W., Suite 614
          Washington, D.C. 20036
          Telephone: (202) 775-0040
          Facsimile: (202) 318-0798
          Attorney For Plaintiff

Dated: December 14, 2005