IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION ("Amtrak"),<br><br>      Defendant. | Civil Action No. 1:05CV01924-RCL |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLIES

Defendant National Railroad Passenger Corporation's ("Amtrak") opposes Plaintiffs David Stevens and Mae Whitley's motion for leave to file surreply memoranda. Such additional briefing is not permitted under the Court rules. Plaintiffs had a full opportunity to oppose Amtrak's motions to dismiss or, in the alternative, for summary judgment. In fact, both Plaintiffs filed extensive memoranda and supporting documents. Plaintiffs use their proposed surreplies to complain that Amtrak has responded to this voluminous material and to try again to create a factual dispute to save their claims.

In both cases, however, the material facts are straight-forward and undisputed. Mr. Stevens was terminated because he left a drug test in violation of Company policy and direct instructions. As he admits, he first provided an adulterated specimen and then refused to provide a second specimen. Ms. Whitley was not selected for a Foreman II position because she was not qualified. Moreover, as she concedes, the men and women who were selected were objectively better qualified than she.

Plaintiffs' efforts to manufacture controversy in this case should be rejected. There is no reason for additional briefing that does not rebut Amtrak's legitimate, business-related explanation for Mr. Stevens' termination and Ms. Whitley's inability to obtain a promotion to a Foreman II position.[1] The material facts in this case are not in dispute. Plaintiffs' motion for leave to file surreplies should be rejected and the Second Amended Complaint should be dismissed with prejudice.

        Respectfully submitted,

*/s/ Keith Fischler*

Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)

Desmond McIlwain
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: December 15, 2005

---

[1] Amtrak does not believe it is necessary or appropriate to go into detail addressing the arguments asserted by Plaintiffs in their respective surreplies. Amtrak states, however, that it did not introduce new arguments in its Reply Memorandum, but instead responded to the claims Plaintiffs raised in opposition to Amtrak's Motion to Dismiss or, in the Alternative, for Summary Judgment.