IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
| NATIONAL RAILROAD PASSENGER CORPORATION | ) |
| Defendant. | ) |

### ORDER

Upon review of Plaintiffs' Motion to File Surreplies in Opposition to Defendant's Reply Memoranda in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment on David B. Stevens and Mae Whitley's Claims, and all papers submitted in support of this Motion, and Defendant National Railroad Passenger Corporation's Opposition thereto and all papers submitted in support of this Opposition, and the Court being fully advised in the Premises,

    IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

_____
Judge Royce C. Lamberth

Dated: _____