## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2005, I caused a copy of Defendant National Railroad Passenger Corporation's Memorandum In Opposition To Plaintiffs' Motion For Leave To File Surreplies and proposed Order to be served electronically and by first-class mail, postage prepaid on

    Leizer Z. Goldsmith, Esq.
    1900 L Street, N.W., Suite 614
    Washington, D.C. 20036

_____