UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS<br><br>and<br><br>MAE WHITLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendant. | Civil Action No. 05-1924 (RCL) |

## ORDER

Upon consideration of the defendant's Motions to Dismiss, or, in the Alternative, Summary Judgment [7, 9] and [8], plaintiffs' Motion for Leave to File Surreplies [19], the applicable law and the entire record in this case, it is this 1st day of June, 2006, hereby

ORDERED that plaintiffs' Motion [19] be and hereby is, GRANTED; and defendant's Motions [7, 9] and [8] be and hereby are, DENIED.

SO ORDERED


Signed Royce C. Lamberth, United States District Judge, June 2, 2006