UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS, et al.**    ) | |
|                                 ) | |
| **Plaintiffs,**    ) | |
|                                 ) | |
| v.                              ) | Civil Action No. 05-1924 (RCL) |
|                                 ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION,**                ) | |
|                                 ) | |
| **Defendant.**    ) | |
|                                 ) | |

## ORDER

In light of the Court's current disposition of pending motions, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 5, 2006.