IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ET. AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
| | ) |
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**INITIAL SCHEDULING ORDER**

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is this ___ day of _____, 2006 hereby, ORDERED that the parties shall abide the following dates, deadlines and limitations:

- The parties do not wish to assign this case to a Magistrate Judge for all purposes; the parties stipulate to the assignment of this case to a Magistrate Judge for discovery issues.

- Initial disclosures authorized under Fed.R.Civ.P. 26(a)(1) shall be served within 30 days of the issuance of the Initial Scheduling Order.

- Discovery shall conclude by December 31, 2006.

- Dispositive motions shall be due thirty days after the close of discovery. The opposing party shall receive thirty days to oppose any such motions.

- Rule 26(a)(2) designations and counter designations shall be undertaken 60 and 30 days before the close of discovery, respectively.

- The Pre-Trial Conference will be held within 60 days after the Court's final ruling on any dispositive motions

IT IS SO ORDERED.


Date: _____           _____
                                        UNITED STATES DISTRICT JUDGE