UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS, et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | )    Civil Action No. 05-1924 (RCL) |
| | ) |
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Upon consideration of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is hereby

ORDERED that the parties shall abide the following dates, deadlines and limitations:

The parties do not wish to assign this case to a Magistrate Judge for all purposes; the parties stipulate to the assignment of this case to a Magistrate Judge for discovery issues.

Initial disclosures authorized under Fed.R.Civ.P. 26(a)(1) shall be served within 30 days of the issuance of the Initial Scheduling Order.

Discovery shall conclude by December 31, 2006.

Dispositive motions shall be due thirty days after the close of discovery. The opposing party shall receive thirty days to oppose any such motions.

Rule 26(a)(2) designations and counter designations shall be undertaken 60 and 30 days before the close of discovery, respectively.

A status conference will be held within 30 days after the Court's final ruling on any dispositive motions, at which dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 26, 2006.