IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05CV1924(RCL) |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT NATIONAL RAILROAD**
**PASSENGER CORPORATION'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant National Railroad Passenger Corporation ("Amtrak") hereby submit their initial disclosures:

A.  In response to the claims asserted by Plaintiff David Stevens, Amtrak may rely on the following individuals with discoverable information to support its defenses in this case:

David Stevens
c/o Leizer Z. Goldsmith, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036

The following Amtrak employee can be contacted through Defendant's' counsel.

Bernard Campbell
c/o National Railroad Passenger Corporation
60 Massachusetts Ave., N.E.
Washington, DC 20002

In response to the claims asserted by Plaintiff Mae Whitley, Amtrak may rely on the following individuals with discoverable information to support its defenses in this case:

> Mae Whitley
> c/o Leizer Z. Goldsmith, Esq.
> 1900 L Street, N.W., Suite 614
> Washington, D.C. 20036

The following Amtrak employees can be contacted through Defendant's' counsel.

> Bernard Campbell
> c/o National Railroad Passenger Corporation
> 60 Massachusetts Ave., N.E.
> Washington, DC 20002
>
> Michael Kapela
> c/o National Railroad Passenger Corporation
> 60 Massachusetts Ave., N.E.
> Washington, DC 20002
>
> Sarah Ray
> c/o National Railroad Passenger Corporation
> 60 Massachusetts Ave., N.E.
> Washington, DC 20002

B.    In response to the claims asserted by Plaintiff David Stevens, Amtrak may rely on the following categories of documents to support its defenses in this case: Copies of these files are maintained by Defendant's counsel.

> Personnel files of David Stevens
> Medical files
> Drug and alcohol testing files
> Payroll records, 07/00-04/04
> Files re EEOC Charge 10020040629

In response to the claims asserted by Plaintiff Mae Whitley, Defendants may rely on the following categories of documents to support its defenses in this case: Copies of these files are maintained by Defendant's counsel.

Personnel files of Mae Whitley
Payroll records 07/04-09/05
Personnel files for successful candidates for Foreman II positions, 01/01/04-1/31/05
Case file related to *Whitley v. National Railroad Passenger Corporation*, Case :03-cv-00636 –RCL

C.   Amtrak does not claim damages.

D.   Amtrak does not have any insurance agreement that would satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse Defendants for payments made to satisfy any judgment.

Dated: July 26, 2006                               Respectfully submitted,

                                                   KRUCHKO & FRIES


                                                   By: /s/ John G. Kruchko
                                                       John G. Kruchko

                                                   /s/ Keith Fischler
                                                   Keith Fischler
                                                   D.C. Bar No. 377601

                                                   Counsel for Defendant
                                                   National Railroad Passenger
                                                   Corporation

:

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554