IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>Mae Whitley )<br>)<br>v. )<br>)<br>National Railroad Passenger Corporation )<br>("Amtrak") )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01924-RCL |

**PLAINTIFFS' RULE 26(a)(1) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), plaintiff hereby provides the following mandatory disclosures.

**(A)   Individuals With Discoverable Information**

1. Persons who may be contacted through their counsel.

    David Stevens       Contact through counsel.

    Mae Whitley         Contact through counsel.

    Aaron Thacker       Information will be provided.

    Victor Thacker      621 Eastwood Court, Altamonte Springs, FL 32714.

    Dwight Jones        823 Glen Allen Drive. Baltimore, MD 21229.

    Daryl Hollis,       Information will be provided.

    Eric LeHot          650 Pennsylvania Ave., SE, #330; Washington DC 20003

    Terrell Williams    Information will be provided.

2. Other individuals with discoverable information, who are employed by Amtrak:

1

Alice Johnson

Walt Camby

Bruno Exum

Barbera Moncree

Martha Harris

Albert McClain

Glenn Herell

Ish Bazel

Wanda McClarin

Shriley Snider

Byron White

Kevin Nuce

Rosemary Walker

Gary Loures

Michael Talley

Bernard Cambpell

Joseph Savoy

Henry Wiley

Maria Dalton-Theadore

Joseph Allione

Sarah Ray

Other persons with discoverable information:

Demetria Hudley       4451 G Parliament Place, Lanham, MD 20706

Ebony Beaty           4451 G Parliament Place, Lanham, MD 20706

**(B)    Documents**

All non-privileged documents relevant to Plaintiffs' claims will be made available to Defendants through Plaintiff's Responses to Defendant's First Requests for Production of Documents.

**(C)    Damages**

See Plaintiffs' responses to Defendants' Interrogatories and Plaintiffs' First Amended Complaint. Plaintiffs seek backpay to reflect their losses from periods of unemployment caused by Defendant, compensatory damages for embarrassment, humiliation and indignity in amounts to be determined by the jury, and punitive damages in amounts to be determined by the jury.

**(D)    Insurance Agreements**

Plaintiff possesses no relevant insurance agreements.

    Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (Bar No. 419544)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 318-0798

**ATTORNEYS FOR PLAINTIFFS**

3