IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **David B. Stevens, et. al** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) Civil Action No. 1:05CV01924-RCL | |
| | ) | |
| **National Railroad Passenger Corporation ("Amtrak"),** | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO ENLARGE DISCOVERY TO FEBRUARY 9, 2007

COME NOW the parties, moving the Court to enlarge time for discovery. In this two-plaintiff employment retaliation case, this Court initially ordered a discovery cut-off of December 31, 2006. The parties have proceeded with discovery, and are in the process of attempting to resolve disputes relating to the scope of written discovery without court intervention, although there is some possibility that a Motion may be necessary shortly. In the meantime, with the advent of the holiday season, the parties are encountering some difficulty in scheduling depositions to the convenience of some of the witnesses, and therefore require additional time to complete depositions. An enlargement of the time for discovery may well assist the parties in resolving disputes and completing depositions in an orderly manner without the need of intervention by the Court that might otherwise become necessary.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the time for discovery be enlarged to February 9, 2007.

Respectfully submitted,

_____
Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite *560*
McLean, Virginia 22102


THE GOLDSMITH LAW FIRM, LLC


_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens