IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                            )
**David B. Stevens, et. al**               )
                                            )
                                            )
         **Plaintiffs,**                   )
                                            )
         v.                                 ) Civil Action No. 1:05CV01924-RCL
                                            )
**National Railroad Passenger Corporation** )
**("Amtrak"),**                            )
                                            )
         **Defendant.**                    )
_____)

## ORDER

Upon consideration of the parties' Consent Motion to Enlarge Discovery to February 9, 2007, it is this _____ day of _____, hereby GRANTED;

It is hereby Ordered that the time for discovery is enlarged to February 9, 2007.

_____
Judge
United States District Court