UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1924 (RCL) |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION ("Amtrak"),** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of the parties' Consent Motion [33] to Enlarge Discovery to February 9, 2007, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and the time for discovery is enlarged to February 9, 2007.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, December 1, 2006.