IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                               )
**David B. Stevens, et. al**            )
                                             )
            **Plaintiffs,**           )
          v.                      ) Civil Action No. 1:05CV01924-RCL
                                           )
**National Railroad Passenger Corporation**  )
**("Amtrak"),**                       )
            **Defendant.**          )
_____)

## JOINT MOTION TO ENLARGE DISCOVERY TO MARCH 2, 2007

COME NOW the parties, moving the Court to enlarge time for discovery. In this two-plaintiff employment retaliation case, this Court initially ordered a discovery cut-off of December 31, 2006. The Court later enlarged time, subsequent to a Consent Motion, to February 9, 2007.

The parties have proceeded with discovery, and are in the midst of completing extensive depositions with the intent of doing so before the current February 9 discovery cut-off. However, several problems have just interfered with the parties' ability to accomplish this. The parties revised the deposition schedule on Thursday, January 4, 2007 and Defendant's counsel was unable to reach witnesses Louers and Sims in time to prepare them for their January 9 depositions. Louers was not scheduled to work on Friday, January 5, 2007 and Sims worked the overnight shift on Thursday night on January 4, 2007 and was also unavailable on Friday. The parties spent all day Monday, January 8, 2007 on the deposition of Sarah Ray. The parties therefore agreed to postpone [reschedule] the depositions of Sims and Louers. Witness Hudley, who is

under neither side's control and was under subpoena, failed to appear for her scheduled January 10 deposition (after informing Plaintiff's counsel that she was "on the way" on that very morning). Further efforts will therefore be needed to complete her deposition. Although the parties were able to complete witness Tierney's deposition on January 11, Defendant's counsel informed Plaintiff's counsel that day that the deposition of Mr. Campbell— the individual who signed off on Plaintiff Stevens' termination—which had been scheduled for January 11, needed to be postponed because of a serious medical problem Mr. Campbell was experiencing.

January 15, 2007 is a federal holiday. Defendant's counsel is unavailable for depositions on January 16. Plaintiff's counsel is unavailable thereafter and until January 25, 2007, because of ten depositions previously scheduled in another case, *Chichizola v. HBI*, Civil Action No. 06-0000155 (D.C. Sup. Ct.). Plaintiff's counsel then has an appellate brief requiring considerable attention, which is due at the Court of Appeals of Maryland on February 2, 2007, the same day his daughter's Bat Mitzvah celebration begins, a major family occasion involving dozens of out of town visitors, that will preclude performing any business activities until February 5, 2007 and is requiring from him considerable advance attention.

Counsel are working cooperatively and intend to set up a schedule for the remaining depositions imminently. Three additional weeks should allow the parties to complete the necessary discovery and move along to the next steps in the litigation process.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the time for discovery be enlarged to March 2, 2007.

Respectfully submitted,

_____
Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite *560*
McLean, Virginia 22102


THE GOLDSMITH LAW FIRM, LLC



_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens