IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                    )
**David B. Stevens, et. al**        )
                                    )
                                    )
         **Plaintiffs,**            )
                                    )
         v.                         ) Civil Action No. 1:05CV01924-RCL
                                    )
**National Railroad Passenger Corporation** )
**("Amtrak"),**                     )
                                    )
         **Defendant.**             )
_____)

## ORDER

Upon consideration of the parties' Consent Motion to Enlarge Discovery to February 9, 2006, it is this _____ day of _____, hereby GRANTED;

It is hereby Ordered that the time for discovery is enlarged to March 2, 2007.

_____
Judge
United States District Court