UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS,** *et al.* )<br>)<br>  **Plaintiffs,** )<br>)<br>  v. )<br>)<br>**NATIONAL RAILROAD PASSENGER** )<br>**CORPORATION,** )<br>)<br>  **Defendant.** )<br>_____) | Civil Action No. 05-1924 (RCL) |

## ORDER

Upon consideration of the parties' Consent Motion [35] to Enlarge Discovery to March 2, 2007, it is hereby

ORDERED that the Motion [35] is GRANTED; and it is further

ORDERED that the time for discovery is enlarged to March 2, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 12, 2007.