To Whom It May Concern:

   I, David Stevens, (ssn: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; dob: 3/30/1964) hereby authorize any and all medical doctors and/or psychotherapists to speak and communicate with my attorneys, Leizer Z. Goldsmith and Adam W. Marker, concerning any and all medical records and documents which they may request. Further, I authorize any and all medical doctors and/or psychotherapists to release any medical records and documents which they may request. This information includes, but is not limited to, any treatment records or notes, reports, evaluations, diagnoses, prescriptions, progress notes, order sheets, admission forms, laboratory reports, nurse's reports, incident reports, consultation reports, X-rays, thermographic results or any other medical or hospital records which they may request.

   I request, however, that all of my medical doctors, counselors and or therapists refrain from discussing my medical, psychological and/or psychiatric conditions, except in the presence of myself or my attorneys, Mr. Leizer Z. Goldsmith and/or Adam W. Marker.

_____  2/22/07
David Stevens              Date

Case 1:05-cv-01924-RCL　　Document 37-3　　Filed 03/08/2007　　Page 1 of 2