EX 3

# THE GOLDSMITH LAW FIRM, LLC
### 5335 WISCONSIN AVENUE, N.W.
### SUITE 440
### WASHINGTON, D.C. 20015

### TEL: (202) 895-1506  *  FAX: (202) 318-0798
### http://www.goldsmithfirm.com

February 21, 2007

By Fax: 972-387-5736

Rhonda Groce
General Counsel's office
Concentra Health Services

Dear Ms. Gross:

Thank you for speaking with me today. As you can see from the documents affixed to this letter, we submitted the enclosed subpoena to Concentra's service agent on January 3, 2007, to which we have yet to receive a response. We are looking for documents relating to our client's presence at the Concentra facility in Lanham, Maryland on December 13, 2004. Please see the attached subpoena for further details. Due to the discovery schedule in our underlying case against Amtrak, we are in need of documents relating to our subpoena as soon as possible.

Based on the conversation you and I just had, I am under the impression that you will provide responsive documents by Friday. However, once you have responsive documents, don't hesitate to fax them to me at (202) 318-0798.

If you have any questions or concerns, or need further information from me to expedite your locating the information, please contact me at (202) 895-1506.

Sincerely,

Adam W. Marker

CHS —
Lanham
(301) 459-9113 — Lisa Shawe