IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, et al. | * |
| Plaintiffs | * |
| v. | * Civil Action No. 1:05 CV 01924 (RCL) |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Concentra Health Services, Inc.'s Motion to Quash Subpoena and any opposition thereto, it is this _____ day of _____ 2007, hereby ORDERED that:

1. The motion is GRANTED; and it is further ORDERED that

2. The subpoena dated December 28, 2006 issued to Concentra Health Services, Inc., to the extent it seeks documents other than the office, laboratory, or medical records of Plaintiff David Stevens, is hereby QUASHED; and it is further ORDERED that

3. The subpoena dated February 23, 2007 issued to Concentra Health Services, Inc. is hereby QUASHED.

_____
United States District Judge