# THE GOLDSMITH LAW FIRM, LLC
5335 WISCONSIN AVENUE, N.W.
SUITE 440
WASHINGTON, D.C. 20015

TEL: (202) 895-1506  *  FAX: (202) 318-0798
http://www.goldsmithfirm.com

By Federal Express

January 2, 2007

CSC Lawyers Incorporating Service Company
Registered Agent for Concentra Health Services, Inc.
7 St. Paul Street, Suite 1660
Baltimore, MD 21201

To Whom It May Concern:

Please find attached a subpoena duces tecum requesting the production of documents relating to the substance testing of David Stevens at Concentra, including but not limited to substance testing of him at Concentra's Lanham facility.

If you have any questions regarding this, do not hesitate to contact me at (202) 895-1506.

Thank you in advance for your consideration.

Sincerely,

Adam W. Marker

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

David Stevens, et al.

**V.**

National Railroad Passenger Corporation ("Amtrak")

To: Concentra Health Services, Inc.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:1

1:05cv01924

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): see attachment

| PLACE The Goldsmith Law Firm, LLC 5335 Wisconsin Ave, NW Suite 440 Washington, DC 20015 | DATE AND TIME 1/5/07 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* | DATE 12-28-06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER    Leizer Z. Goldsmith, The Goldsmith Law Firm, LLC

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

Attachment for subpoena in the case of:
<u>David Stevens, et al. v. National Railroad Passenger Corporation</u>
Civil Action No. 1:05cv01924

Please provide all documents relating to Mr. David Stevens, including but not limited to substance testing of him. Provide all documents relating to staff attendance at your Lanham facility on December 13, 2004, including but not limited to documents showing which personnel was in attendance on that day, and such personnel's arrivals and departures from the Lanham facility. Provide all documents relating to telephonic, mail or electronic mail contacts internally within your company, and between your Lanham facility and AMTRAK's human resources or personnel department between December 13 and 20, 2004, that related or might have related to Mr. David Stevens.