## FedEx.

Package / Envelope Services    Office / Print Services    Freight Services    Expedited Services

Track Shipments
# Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 859650808670 | **Reference** | STEVENS | **Wrong Address?** |
| **Signed for by** | E.RENNER | **Delivered to** | Receptionist/Front Desk | Reduce future mistakes by using |
| **Ship date** | Jan 2, 2007 | **Service type** | Priority Envelope | FedEx Address Checker. |
| **Delivery date** | Jan 3, 2007 10:18 AM | | | |
| **Status** | Delivered | | | **Tracking a FedEx SmartPost Shipment?** Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 3, 2007 | 10:18 AM | Delivered | | |
| | 7:46 AM | On FedEx vehicle for delivery | LINTHICUM HEIGHTS, MD | |
| | 7:25 AM | At local FedEx facility | LINTHICUM HEIGHTS, MD | |
| | 1:37 AM | At dest sort facility | BALTIMORE, MD | |
| Jan 2, 2007 | 8:52 PM | Left origin | WASHINGTON, DC | |
| | 5:22 PM | Picked up | WASHINGTON, DC | |

Take 15% off
list rates on eligible
FedEx Express®
online shipments.

Learn more >>

Signature proof | E-mail results | Track more shipments

## Subscribe to tracking updates (optional)

**Your Name:** [        ]     **Your E-mail Address:** [        ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

[                    ]

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx