**THE GOLDSMITH LAW FIRM, LLC**
5335 WISCONSIN AVENUE, N.W.
SUITE 440
WASHINGTON, D.C. 20015

TEL: (202) 895-1506  *  FAX: (202) 318-0798
http://www.goldsmithfirm.com

February 21, 2007

By Fax: 972-387-5736

Rhonda Groce
General Counsel's office
Concentra Health Services

Dear Ms. Gross:

    Thank you for speaking with me today. As you can see from the documents affixed to this letter, we submitted the enclosed subpoena to Concentra's service agent on January 3, 2007, to which we have yet to receive a response. We are looking for documents relating to our client's presence at the Concentra facility in Lanham, Maryland on December 13, 2004. Please see the attached subpoena for further details. Due to the discovery schedule in our underlying case against Amtrak, we are in need of documents relating to our subpoena as soon as possible.

    Based on the conversation you and I just had, I am under the impression that you will provide responsive documents by Friday. However, once you have responsive documents, don't hesitate to fax them to me at (202) 318-0798.

    If you have any questions or concerns, or need further information from me to expedite your locating the information, please contact me at (202) 895-1506.

Sincerely,

*[signature]*

Adam W. Marker

**THE GOLDSMITH LAW FIRM, LLC**
5335 WISCONSIN AVENUE, N.W.
SUITE 440
WASHINGTON, D.C. 20015

TEL: (202) 895-1506  *  FAX: (202) 318-0798
http://www.goldsmithfirm.com

By Federal Express

January 2, 2007

CSC Lawyers Incorporating Service Company
Registered Agent for Concentra Health Services, Inc.
7 St. Paul Street, Suite 1660
Baltimore, MD 21201


To Whom It May Concern:

    Please find attached a subpoena duces tecum requesting the production of documents relating to the substance testing of David Stevens at Concentra, including but not limited to substance testing of him at Concentra's Lanham facility.

    If you have any questions regarding this, do not hesitate to contact me at (202) 895-1506.

    Thank you in advance for your consideration.

                                       Sincerely,

                                       Adam W. Marker

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

David Stevens, et al.

**V.**

National Railroad Passenger Corporation ("Amtrak")

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:1

1:05cv01924

To: Concentra Health Services, Inc.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): see attachment

| PLACE The Goldsmith Law Firm, LLC 5335 Wisconsin Ave, NW Suite 440 Washington, DC 20015 | DATE AND TIME 1/5/07 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 12-28-06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER   Leizer Z. Goldsmith, The Goldsmith Law Firm, LLC

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

Attachment for subpoena in the case of:
<u>David Stevens, et al. v. National Railroad Passenger Corporation</u>
Civil Action No. 1:05cv01924

Please provide all documents relating to Mr. David Stevens, including but not limited to substance testing of him. Provide all documents relating to staff attendance at your Lanham facility on December 13, 2004, including but not limited to documents showing which personnel was in attendance on that day, and such personnel's arrivals and departures from the Lanham facility. Provide all documents relating to telephonic, mail or electronic mail contacts internally within your company, and between your Lanham facility and AMTRAK's human resources or personnel department between December 13 and 20, 2004, that related or might have related to Mr. David Stevens.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx US Airbill** Express

Sender's Copy
SPH42
Form ID No. 0215

**1 From** Please print and press hard.

Date: 
Sender's FedEx Account Number: 2003-8457-1
Sender's Name: 
Phone: (202) 895-1506
Company: GOLDSMITH LAW FIRM
Address: 5335 WISCONSIN AVE NW STE 440
City: WASHINGTON  State: DC  ZIP: 20015

**2 Your Internal Billing Reference** — Stevens

**3 To**
Recipient's Name: 
Phone: (   )
Company: CSC Lawyers Incorporating Service Co
Recipient's Address: (Registered Agent For Concentra Health Services)
7 St. Paul Street  Suite 1660
City: Baltimore  State: MD  ZIP: 21201

0347361657

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes (Shipper's Declaration)   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages  Total Weight  Total Declared Value

**8** NEW **Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

519

Tracking Number: 8596 5080 8670

drop-off locations at fedex.com

US Home
Información Center | Customer Support | Site Map
Español
Search    Go!

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

**Track Shipments**
**Detailed Results**

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 859650808670 | **Reference** | STEVENS | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| **Signed for by** | E.RENNER | **Delivered to** | Receptionist/Front Desk | |
| **Ship date** | Jan 2, 2007 | **Service type** | Priority Envelope | **Tracking a FedEx SmartPost Shipment?** Go to shipper login |
| **Delivery date** | Jan 3, 2007 10:18 AM | | | |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 3, 2007 | 10:18 AM | Delivered | | |
| | 7:46 AM | On FedEx vehicle for delivery | LINTHICUM HEIGHTS, MD | |
| | 7:25 AM | At local FedEx facility | LINTHICUM HEIGHTS, MD | |
| | 1:37 AM | At dest sort facility | BALTIMORE, MD | |
| Jan 2, 2007 | 8:52 PM | Left origin | WASHINGTON, DC | |
| | 5:22 PM | Picked up | WASHINGTON, DC | |

Take 15% off list rates on eligible FedEx Express online shipments.
Learn more >>

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

Your Name: [          ]    Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format:  ● HTML  ○ Text  ○ Wireless

Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [Submit]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx