eFax WebFax Confirmation                                                                   file:///C:/Clients%202007/Stevens/eFax%20WebFax%20Confirmation...

Case 1:05-cv-01924-RCL     Document 38-6     Filed 03/22/2007     Page 1 of 1



My Account | Log Out | Contact Us | Help

# Send A Fax

**CONFIRMATION**

| | |
|---|---|
| Fax Sent To: | 19723875736 |
| Recipient's Name: | Rhonda Groce |
| Recipient's Company: | |
| Client Code: | Stevens |
| Reference ID: | |
| Fax Quality: | Fine |
| Subject: | release by Stevens |
| Cover Page: | Rhonda, please find a release from Mr. Stevens. Please contact me (202-895-1506) if you need anything else to process my request. |

release-2-22-07-stevens--to fax over to concentra.pdf     11765 bytes     ☑Sent

🖨 Print this page

## MY ACCOUNT

▸ **Account Overview**
   Profile
   Activity Logs
   Preferences
   Billing

▸ **Send A Fax**

▸ **Add A Number**

▸ **eFax Message Center**

## NEW ON EFAX

→ Get voicemail at my eFax number

→ Send your colleagues your eFax number.

→ Add your eFax Number to your email signature.

---

🔒 Privacy // Home // About Us // Contact Us // Terms of Use // Legal // Site Map // Help // Affiliate Info

© 2006 j2 Global Communications, Inc. All rights reserved.
eFax is a registered trademark of j2 Global Communications.

o o o