# THE GOLDSMITH LAW FIRM, LLC
5335 WISCONSIN AVENUE, N.W.
SUITE 440
WASHINGTON, D.C. 20015

TEL: (202) 895-1506 * FAX: (202) 318-0798
http://www.goldsmithfirm.com

February 23, 2007

By Fax: 972-387-5736

Rhonda Groce
General Counsel's Office
Concentra Health Services

Dear Ms. Groce:

    Thank you for your anticipated compliance with the previously provided subpoena. As we discussed, I understand that the documents are expected to arrive in Concentra's Lanham facility on Tuesday. I further understand that your staff will copy the documents and have either the originals or copies available for my courier to pick up sometime that day. Once you know when they will be available, please alert me so I can arrange for my courier to be at the facility at the appropriate time.

    In addition, as I mentioned in my earlier voicemail, I am attaching an additional subpoena for further information related to this case. As you are already locating documents in your storage facility for production on Tuesday, I hope you can instruct your staff to locate these additional documents as well, for production at the same time—and in the same manner. I trust you will instruct me as to the feasibility of this request.

    As I did with the previous subpoena, I am formally serving this subpoena and request on Concentra via its agent for service of process in Maryland.

    If you have any questions or concerns, or need further information from me to expedite your locating the information, please contact me at (202) 895-1506.

Sincerely,

Adam W. Marker

cc. By Federal Express to: CSC Lawyers Incorporating Service Company
Registered Agent for Concentra Health Services, Inc.
7 St. Paul Street, Suite 1660
Baltimore, MD 21201

≋AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

David Stevens, et al.

V.

National Railroad Passenger Corporation ("Amtrak")

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  1:05cv01924

TO: Concentra Health Services, Inc.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
see attachment

| PLACE | DATE AND TIME |
|---|---|
| The Goldsmith Law Firm, LLC, 5335 Wisconsin Avenue, NW Ste. 440 Washington, DC 20015 | 2/28/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Plaintiff | 2-23-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Leizer Z. Goldsmith, The Goldsmith Law Firm, LLC 5335 Wisconsin Avenue, NW Ste. 440 Washington, DC 20015. tel: (202) 895-1506.

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Attachment for subpoena in the case of
<u>David Stevens, et al., v. National Railroad Passenger Corporation</u>
Civil Action. No. 1:05cv01924

Please provide any and all personnel files of Demetria Hudley and Ebonie Beaty. In addition, please provide any logs or other documents that reflect the arrivals and departures, if any, from your Lanham facility, of David Stevens, Bernard Campbell, Daryl Hollis, Craig Watson, Demetria Hudley and Ebonie Beaty on December 13, 2004. At your discretion, you may redact any other names from such documents. Your responses should include any documents that reflect whether or not the identified individuals arrived or departed from the Concentra facility in Lanham on that day, and if so, at what times those individuals arrived or departed.