**THE GOLDSMITH LAW FIRM, LLC**
**5335 WISCONSIN AVENUE, N.W.**
**SUITE 440**
**WASHINGTON, D.C. 20015**

TEL: (202) 895-1506 * FAX: (202) 318-0798
http://www.goldsmithfirm.com

February 23, 2007

By Fax (972-387-1938)
and Electronic mail to: Mary.turner@concentra.com

Mary G. Turner
General Counsel
Concentra, Inc.
5080 Spectrum Drive
Suite 1200 W
Addison, Texas 75001-4648

Dear Ms. Turner,

    Thank you for speaking with Mr. Goldsmith and me yesterday. This is to memorialize our conversation.

    In that conversation, we discussed the two subpoenas issued to your organization. You informed us that it was your intention to have your staff comply with the subpoena of December 28, 2006, namely by making available all existing responsive documents. You also advised us that Concentra's Lanham facility appears to have records reflecting visits by our client in 2000, 2002, and 2003, but none on December 13, 2004 — the date of the visit reflected on the issued subpoena. Attached to this correspondence is a Concentra form reflecting that such a visit did, in fact, occur. That notwithstanding, if Concentra no longer has records reflecting the visit of December 13, 2004, please confirm that for me in a verified statement to that effect.

    I further understand that in response to the subpoena issued on February 23, 2007, you have informed us that Concentra maintains no such documents or logs that reflects the arrivals and departures of patients, visitors and staff, i.e. that any such documents created would have been destroyed shortly following December 13, 2004.

    Our subpoena further requires the personnel files of Demetria Hudley and Ebonie Beaty. I understand that you are presently reviewing your files to determine what you have and what will be provided. I look forward to reviewing your response.

    If you have any questions or concerns, do not hesitate to contact me at (202) 895-1506.

Sincerely,

*[signature]*

Adam W. Marker

cc. Rhonda Groce (Rhonda.groce@concentra.com)

Claim Number:

# Concentra Medical Centers (MD)
4451 G Parliament Place Lanham, MD 20706
Phone: (301) 459-9113  Fax: (301) 459-1214

Service Date: 12/13/2004

## Non-Injury Status Report

**Patient:** Stevens, David B.
**SSN:** 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
**Address:** 114 F Street NE
WASHINGTON, DC 20002
**Home:** (202) 412-7438
**Work:**       **Ext.:**

**Employer Location:** Amtrak-PHYSICALS
**Address:** 30th Street Station Box 67,
Philadelphia, PA 19104
**Auth. by:**

**Contact:** Tim McLaughlin
**Role:** Primary Contact/Physicals
**Phone:** (215) 349-2389  **Ext.:**
**Fax:** (215) 349-4401

### This Visit:

**Time In:** 01:43 pm    **Time Out:** 05:13 pm    **Visit Type:** New

**Return to Duty**
Return to Work
Non Reg Collect UDS

### Result Status:

Able to perform essential functions
No medical restrictions

**Remarks:** PATIENT'S 1ST URINE SPECIMEN OUT OF TEMP. RANGE LEFT CLINIC AND DID NOT DO 2ND COLLECTION SPOKE WITH MAGARET TIERNEY @ AMTRAK

Status - Non-Injury        © 1996 - 2004 Concentra Health Services, Inc All Rights Reserved        AA/EEO Employer  Revision Date: 08/09/2001

This communication is confidential; intended only for the person named above. No other recipient is authorized to use the information. If received in error, call sender.

Amtrak/Stevens
00003