IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME

Defendant National Railroad Passenger Corporation ("Amtrak") moves this Court for an extension of time to file its Motion for Summary Judgment. Defendant seeks an extension of four additional days or from Monday, April 2, 2007 until Friday, April 6, 2007. The basis for this motion is stated in the attached Memorandum in Support.

Amtrak's counsel has attempted to confer with counsel for the plaintiff about this motion, but plaintiff's counsel did not respond before defendant's counsel was required to file.

Dated: March 28, 2007

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

Respectfully submitted,

KRUCHKO & FRIES

By: _____
Keith Fischler
D.C. Bar No. 377601

Counsel for Defendant
National Railroad Passenger
Corporation