IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

In support of its Motion for Extension of Time, Defendant National Railroad Passenger Corporation ("Amtrak") states that its counsel was diagnosed with the flu this morning by his doctor. Counsel was prescribed medicine and instructed to stay out of work for forty-eight hours. This illness will affect counsel's ability to file proper motion within the current deadline. For this reason, counsel seeks additional time to complete and file Amtrak's summary judgment motions

For this reason, Amtrak requests that the Court grant its motion and extend the deadline to file summary judgment motions until Friday, April 6, 2007.

Dated: March 28, 2007

Respectfully submitted,

KRUCHKO & FRIES

By: _____
Keith Fischler
D.C. Bar No. 377601

Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2007, I caused a copy of the foregoing Defendant National Railroad Passenger Corporation's Motion for Extension of Time to be served electronically and by first-class mail, postage prepaid on

Leizer Z. Goldsmith, Esq.
1900 L Street, N.W., Suite 614
Washington, D.C. 20036

_____
Keith Fischler