IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID B. STEVENS                          )
                                          )
          Plaintiff,                      )
                                          )
          v.                              )     Civil Action No. 1:05CV01924-RCL
                                          )
NATIONAL RAILROAD PASSENGER               )
CORPORATION,                              )
                                          )
          Defendant.                      )
                                          )

**ORDER REGARDING**
**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Upon review of defendant's motion for an extension of time, it is hereby

ORDERED that defendant's Motion is GRANTED; and it is further

ORDERED that defendant's motion for summary judgment shall be filed on or

before April 6, 2007.

_____
United States District Judge


Dated: _____