**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| David B. Stevens, et. al | ) |
|  | ) |
|  | ) |
|        Plaintiffs, | ) |
|  | **)** |
|    v. | ) Civil Action No. 1:05CV01924-RCL |
|  | **)** |
| National Railroad Passenger Corporation | ) |
| ("Amtrak"), | ) |
|  | ) |
|        Defendant. | ) |

_____ **)**

**ORDER**

     Before this Court is Plaintiffs David Stevens and Mae Whitley's Motion for an Order permitting them to take the depositions of Taylor Cannon, Lavar Freeman, Bob Frank, Michael Talley, and Lisa Shave.  They further request that they be given sixty days from the date of any Order granting this Motion in whole or in part, to complete the depositions and respond to Defendant's Motions for Summary Judgment.  The Motion is hereby GRANTED.

_____

Judge, United States District Court