
CONCENTRA
MEDICAL CENTERS

DAVID STEVENS, 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

Date: 12/13/04

Per Demetria Hudley, MA:

On December 13, 2004, David Stevens, SSN 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, reported to Concentra Medical Centers for a return to work physical and drug screen.

The first urine drug screen collection was not within body temperature range (90F to 100F). Mr. Stevens was then provided with DOT Federal Guidelines for unusual collection. He was then processed for this physical - it should be noted that his temperature at that time was 97.8F. He then informed another Concentra staff member, Ebonie Beaty, that he was unable to stay at the center any longer as he had another doctor appointment. Ebonie informed him that he needed to submit a second specimen before leaving. He stated that he could not and that he would return, which is unacceptable according to DOT Federal Guidelines.

Ebonie called the company and left a message. The aforementioned information was presented to Ms. Margaret Terney of Amtrak on 12/14/04.

_____    12-14-04
Demetria Hudley                    Date

_____    12/14/04
Ebonie Beaty                       Date

EXHIBIT
63
2/9/07

Amtrak/Stevens
00290

4451 G PARLIAMENT PLACE, LANHAM, MD 20706, (301) 459-9113, FAX (301) 459-1214