From: Keith Fischler <kfischler@kruchkoandfries.com>
To: Leizer Z. Goldsmith <lgoldsmith@goldsmithfirm.com>
Sent: Thursday, March 15, 2007 2:50:29 PM

I sent a message last night.  I'm sorry if it didn't go through.  I guess
I'm still having problems with our email.

I'm willing to agree that you have a potential right to take further de bene
esse depositions or depositions of people who never identified in any
way whatsoever during the case.  Otherwise, if we agree to the deposition
of Cannon, all discovery is closed.  I would not be willing to agree that
you might want other depositions in response to summary judgment
motions or for any other reason. The idea of consenting to this 11th
deposition was to complete depositions in this case.  If we're just
agreeing, for now, and there's a potential of further discussion/motions
down the road, we're better off letting the court resolve the issue now.

My current plans are to move for summary judgment in both parts of the
case.
Hope that helps.  Sorry again for the delay.

Keith Fischler

From: Leizer Z. Goldsmith [mailto:lgoldsmith@goldsmithfirm.com]
Sent: Thursday, March 15, 2007 3:19 PM
To: kfischler@kruchkoandfries.com

Keith: your interrogatory responses identified Stevens, Ray, Kapela and
Campbell as your only persons with knowledge/ potential witnesses.  If
you
agree not to call or rely for summary judgment purposes on any other
witnesses, I'll agree that Cannon will be the last deposition (save for a de
bene esse situation if it should arise). Let me know if you agree; if you
don't, please at least let me know now who else you believe has
knowledge or you may be calling at trial, and what they know, as you
have had a duty to respond and supplement that I trust you would have
taken seriously.

Leizer Z. Goldsmith

We've identified a number of other people in the depositions and, in fact,
you've taken several depositions of other people.  I'm happy to
supplement with additional names, but I'm not willing to agree to
additional depositions of people beyond whoever we've named.  I have
learned more about your clients' claims since answering your
interrogatories, I would supplement with the names we discussed in the
depositions, including, but not limited to Joe Tana, Demetria Hudley,

Ebonie Beatie, Margaret Tierney, Sarah Ray, Taylor Cannon, Lavar Freeman, Ron Truitt, Gary Louers, Bob Frank, Andrew McCallum, Joe D'Allessandro, Michael Talley, or anyone else whose name came up in the depositions. I have not determined with certainty the witnesses I will call at trial (if necessary) and will provide that
information in compliance with the court's pretrial orders.

Keith Fischler

Hi, Keith. I'm going to file a motion after I hear from you Monday, seeking an order compelling AMTRAK to provide a complete list of persons with knowledge and complete responses to interrogatories no. 2, and to permit me to depose additional witnesses whose importance and priority I could not completely ascertain because you declined to timely provide the information. Do you consent?

Leizer Z. Goldsmith

I've given you a complete list of persons with knowledge to the best of my knowledge.

I will oppose a motion for more depositions. Given the record and the timing of this motion, I will consider seeking sanctions.

Please let me know if you wish to discuss this matter further.

Keith Fischler

Is your "list" anyone "whose names were discussed in depositions?" If it's more specific than that, could you be so kind as to provide it to me in one place, comprehensively?

Leizer Z. Goldsmith

---

**From: Leizer Z. Goldsmith [mailto:lgoldsmith@goldsmithfirm.com]
Sent: Tuesday, March 27, 2007 9:19 AM
To: kfischler@kruchkoandfries.com**

**As an accommodation to avoid having to litigate it, I will agree not to depose Shave, Frank and Freeman if you will allow both Cannon and Talley. Otherwise, I will move for leave to depose anyone you identified in your revised interrogatory response. Please let me know Tuesday how you want to play it.**

2

Leizer Z. Goldsmith

From: Keith Fischler [mailto:kfischler@kruchkoandfries.com]
Sent: Tuesday, March 27, 2007 10:28 AM
To: 'Leizer Z. Goldsmith'
Leizer:

We've previously agreed that you could go forward with the deposition of Cannon. We stand by that offer. Otherwise, it is just too late to reopen discovery. If you disagree and want to file a motion with the Court, I understand.

Keith Fischler

**Assuming that I'm filing, are you agreeing to Cannon in any case, thereby leaving my motion to contest the rest, or are you conditioning your agreement as to Cannon on my not filing a motion?**

Leizer Z. Goldsmith

I'm just repeating our prior offer. In an effort to settle this dispute, we offered to agree that you could depose Cannon in addition to the ten depositions you've already taken/scheduled. This offer was based on the agreement that there'd be no other depositions. If you're going to file a motion seeking additional depositions, then you have rejected our offer. We are not willing to compromise unilaterally or to go forward with the Cannon deposition if we still have to litigate this issue.

Keith Fischler