UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1924 (RCL) |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of defendant's Motion [39] for an extension of time, it is hereby

ORDERED that the Motion [39] is GRANTED; and it is further

ORDERED that defendant's motion for summary judgment shall be filed on or before April 6, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 2, 2007.