IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01924-RCL |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR SUMMARY JUDGMENT REGARDING THE CLAIMS FILED BY PLAINTIFF MAE WHITLEY

Defendant National Railroad Passenger Corporation ("Amtrak"), by counsel, in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule LCvR7(h) hereby submits its Motion For Summary Judgment Regarding the Claims Filed by Plaintiff Mae Whitley and, in support thereof, states as follows:

1. In December 2005, Plaintiff Mae Whitley filed a Second Amended Complaint in which she alleged that Amtrak retaliated against her and discriminated against her by failing to promote her to a Foreman II position (Counts II and III of the Second Amended Complaint).

2. To the contrary, as the accompanying memorandum will more fully explain, Amtrak did not promote Whitley because (1) she was not eligible for promotion and (2) because it selected candidates who were demonstrably better qualified for the position.

3. Amtrak submits that there are no genuine issues regarding any material facts and that it is entitled to judgment as a matter of law on Whitley' claim.

WHEREFORE, Defendant Amtrak respectfully requests the Court grant its Motion For Summary Judgment, dismiss Mae Whitley's claims (Counts II and III) with prejudice, and for all other relief the Court deems just and proper.

Dated: April 5, 2007

Respectfully submitted,

KRUCHKO & FRIES

By: _____/s/_____
    John G. Kruchko

_____/s/_____
Keith Fischler
D.C. Bar No. 377601

Counsel for Defendant
National Railroad Passenger Corporation

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554