IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01924-RCL |

**DEFENDANT NATIONAL RAILROAD PASSENGER
CORPORATION'S MOTION FOR SUMMARY JUDGMENT
REGARDING THE CLAIMS FILED BY PLAINTIFF MAE WHITLEY**

# APPENDIX

PART III:

Declaration of Robert Frank
Declaration of Levar Freeman
Declaration of Sarah Ray
Plaintiffs' Deposition Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ROBERT FRANK

I, Robert Frank, do declare and state as follows:

1. I am employed by National Railroad Passenger Corporation ("Amtrak") in the Maintenance Department as an Assistant Superintendent. I have been employed in this capacity for three and one-half years.

2. I make these statements based on personal knowledge.

3. I participated in the selection of candidates for the Foreman II position in 2004 and early 2005. I interviewed the applicants for these positions and was one of the decision-makers who determined which candidates should be offered the positions.

4. As part of this process, I was a member of the panel that interviewed Mae Whitley for the Foreman II positions. I recall that Ms. Whitley was interviewed on two separate occasions for a Foreman II position.

5. The other members of the panel that interviewed Ms. Whitley were Lavar Freeman, a H.R. representative and Joe Tana, the general chairman of the Union representing the Company's foremen.

6. Ms. Whitley worked as a Foreman I at the time of her interviews.

7. Her Foreman I position was very different from the Foreman II position she sought. The Foreman I title supervised coach cleaners, the employees who cleaned the inside of the railroad cars.

8. In contrast, the Foreman II title supervises mechanical craft employees, including electricians, carmen, and pipe fitters.

9. Applicants for the Foreman II job were required to have significant experience working with the mechanical crafts. This experience could be obtained working at Amtrak or for other companies, as long as the applicant had related mechanical experience.

10. Experience working with the mechanical crafts was essential because the Foreman II title supervised these crafts. Amtrak decided that foreman could not effectively supervise employees unless they had a thorough understanding and background in the jobs.

11. Ms. Whitley had no experience in the mechanical craft positions.

12. I rated Ms. Whitley's performance as poor during her interview.

13. Ms. Whitley was unable to answer questions related to the mechanical duties in a satisfactory manner during her interview.

14. I asked Ms. Whitley the same questions I asked the other applicants I interviewed for the Foreman II position. Her interview was fair and followed the established script which set out the questions we asked all applicants.

15. I did not believe that Ms. Whitley was qualified for the Foreman II job. I reached this conclusion based on her lack of experience with the mechanical crafts and her poor performance during the interview.

16. I understand that at some point Ms. Whitley received certifications that were relevant to the Foreman II job. This fact would not change my evaluation of Ms. Whitley for a Foreman II position.

17. The certifications were not a substitute for substantial experience working with the mechanical crafts. In my view, Ms. Whitley was not qualified for the Foreman II position and could not have performed the job safely and effectively.

18. I did not consider Ms. Whitley's prior lawsuit in deciding not to offer her a Foreman II position.

19. My decision was based solely on her poor performance during her interviews and her lack of experience working with the mechanical crafts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27 day of March 2007.

_____
Robert Frank

Dated: March 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF LEVAR FREEMAN

I, Levar Freeman, do declare and state as follows:

1.  I was employed by National Railroad Passenger Corporation ("Amtrak") in the Human Resources Department until the end of March 2007.

2.  I make these statements based on personal knowledge.

3.  I participated in the selection of candidates for the Foreman II position in 2004 and early 2005. I interviewed the applicants for these positions and was one of the decision-makers who determined which candidates should be offered the positions.

4.  As part of this process, I was a member of the panel that interviewed Mae Whitley for the Foreman II positions.

5.  I evaluated Ms. Whitley's performance during the interview as poor.

6.  She had no direct mechanical experience and was unable to respond effectively to questions requiring such knowledge. For example, I recall asking her how she would handle a specific problem at work and she stated that she would refer to the relevant blueprints. Given the time pressures of her job and the need to make prompt

decisions, I evaluated this answer as unsatisfactory. As a Foreman II, Ms. Whitley could not refer to blueprints if she were to perform her job safely and effectively.

7. I evaluated Ms. Whitely's performance in other aspects of the interview as poor as well. For example, I asked her to provide an example of her decision-making skills. She was unable to come up with a work-related decision, despite her years as a supervisor, and instead offered an example regarding her home.

9. I did not consider Ms. Whitley's prior lawsuit in deciding not to offer her a Foreman II position. I was not employed by Amtrak during this prior lawsuit and had no knowledge regarding this suit.

10. My decision was based solely on her poor performance during her interviews and her lack of experience working with the mechanical crafts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of April 2007.

                                                                  _____
                                                                  Levar Freeman

Dated: April 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RAILROAD PASSENGER ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05CV01924-RCL |

## DECLARATION OF SARAH RAY

I, Sarah Ray, do declare and state as follows:

1. I am employed by National Railroad Passenger Corporation ("Amtrak") as a Human Resources manager. I have been employed in this capacity for four years.

2. I make these statements based on personal knowledge or on review of records maintained in the regular course of my duties.

3. Plaintiff Mac Whitley was initially hired by Amtrak as a coach cleaner. In 1987 Amtrak promoted Ms. Whitley to a Foreman I position.

4. As a Foreman I, Ms. Whitley supervises coach cleaners and utility workers.

5. Ms. Whitley served a temporary detail providing training, covering FDA, EPA and FRA requirements. This position was classified within the Foreman I title.

6. Ms. Whitley continues to hold a Foreman I title at the present time.

7. She is not qualified for a Foreman II position.

8. The Foreman II job title supervises Amtrak's skilled craft employees, such as carmen, electricians machinists, and pipefitters.

9. Amtrak requires all Foreman II to have direct mechanical experience working in a mechanical skilled craft position. (A copy of two of the relevant Job References for Foreman II positions is attached as Exhibit A.)

10. Ms. Whitley has no such experience. She has never worked in a mechanical skilled craft position.

11. For a period of time, Amtrak allowed employees to satisfy this requirement by completing an extensive Foreman II training course, which gave participants skilled craft experience.

12. Amtrak discontinued this program in 2001.

13. Ms. Whitley was not selected to participate in this training program.

14. Amtrak filled eleven Foreman II positions in 2004 and January 2005.

15. Amtrak promoted seven internal candidates and hired four external candidates to fill the remaining slots.

16. Two of the people promoted to Foreman II in 2004 were female, Leslie White and Jane Ladson.

17. All of the successful candidates had significant experience working in skilled craft positions. (A chart summarizing the qualifications of the successful candidates is attached as Exhibit B.)

18. In April 2004, Ms. Whitley was disciplined for incompetence.

19. Under Amtrak policy, she was disqualified from applying for a promotion for one year as a result of this discipline.

20. None of the seven internal candidates had received disqualifying discipline within the year prior to their application for promotion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of October, 2005.

_____
Sarah Ray

Dated: October 19, 2005

-3-

Job Reference # 50006103

**Amtrak - Washington-DC - Foreman II (1) (Eff. 05/11/04)**
```
POSITIONS: Foreman II (1) (Eff. 05/11/04)
DEPARTMENT: Mechanical
LOCATION: Washington, DC
RATE OF PAY: $22.10 Per Hour
POSITION NO.: 50006103
```

(INTERNAL AND EXTERNAL APPLICANTS)

DUTIES: Supervisor will be responsible for assuring that their employees are performing service and inspection activities in accordance with FRA, FDA & EPA standards.

(1) Position will supervise daily turns and displacements from Union Station to the locomotive shop for both diesel and electric locomotives. Supervises crews dispatching and working and dispatching locomotives. Must have CFR 238-206 certifications. Will work 12am-8am shift.
(2) Position will work in Motor Pit supervising turns and displacements from the annex to the station for both electric and diesel locomotives. Supervises crews dispatching and working and dispatching locomotives. Must have CFR 238-206 certifications.

EDUCATION: Must have a High School Diploma

WORK EXPERIENCE: Must have some mechanical experience.

WORK EXPERINECE PREFERRED: Must have demonstrated locomotive experience. Must be technically sound with all Amtrak's rolling stock, MDOT-VRE commuters and private cars.

OTHER REQUIREMENTS: Must hold air brake certification.

COMMUNICATION AND INTERPERSONAL SKILLS: Good communication and interpersonal skills.

SUPERVISORY RESPONSBILITIES: Directly 30 or more union employees.

Job Notes

Last Day to Apply: 05/18/2004
Job Category: Mechanical
Years of Experience: 1- 5
Travel Requirements: None
Relocation Benefits may Apply: No


EXHIBIT A

AMTRAK is an equal opportunity employer committed to employing a diverse workforce. Internal AMTRAK employees must complete a job opportunities application to apply for positions.

© Copyright 2001 TeamRewards.com. All Rights Reserved.

OCT-20-2005 15:00  FROM:HUMAN RESOURCES 2029063349                    TO:917037340876PP140190 P:1/1

Sep 29 05 01:59p

MAR-25-2005 10:20  FROM:HUMAN RESOURCES 2029063349          TO:87283624       P.2

Amtrak- Job Posting

Page 1 of 1

Amtrak - Washington-DC - Foreman II (1) (Eff. 07/27/04)

POSITIONS:       Foreman II (2) (Eff. 07/27/04)
DEPARTMENT: Mechanical
LOCATION:        Washington, DC
RATE OF PAY: $22.10 Per Hour
POSITION NO.: 50172367

(INTERNAL AND EXTERNAL APPLICANTS)

DUTIES: Supervisor will be responsible for assuring that their employees are performing service and inspection activities in accordance with FRA, FDA & EPA standards.

(1)   Position will supervise daily turns and displacements from Union Station to the locomotive shop for both diesel and electric locomotives. Supervises crews dispatching and working and dispatching locomotives. Must have CFR 238-206 certifications. Will work 12am-8am shift.

(2)   Position will work in Motor Pit supervising turns and displacements from the annex to the station for both electric and diesel locomotives. Supervises crews dispatching and working and dispatching locomotives. Must have CFR 238-206 certifications.

EDUCATION: Must have a High School Diploma

WORK EXPERIENCE: Must have some mechanical experience.

WORK EXPERINECE PREFERRED: Must have demonstrated locomotive experience. Must be technically sound with all Amtrak's rolling stock, MDOT-VRE commuters and private cars.

OTHER REQUIREMENTS: Must hold air brake certification.

COMMUNICATION AND INTERPERSONAL SKILLS: Good communication and interpersonal skills.

SUPERVISORY RESPONSIBILITIES: Directly 30 or more union employees.

| | |
|---|---|
| Salary: | Annually |
| Years of Experience: | 1 - 5 |
| Date: | 07/26/04 |
| Specialty: | Mechanical |
| Employment Type: | Direct Hire, Full Time |
| Travel Requirements: | None |
| Referral Amount: | 0 pts |



Close Window

http://www.teamrewards.net/sales/qual_jpd.jsp?jobId=71610&candidateId=150126&jobA...   3/24/2005

OCT-11-2005 16:26    FROM:HUMAN RESOURCES    2029063349    TO:97037340876    P:2/4

Selections 2004 -Foreman II

| Position | Date | Name | Race/Gender | Internal/External | Background |
|---|---|---|---|---|---|
| Foreman II | 5/25/2004 | Leslie White | Black Female | Internal | Worked as a carman mechanic inspecting trains for Norfolk Southern railroad for 9 yrs. Worked as a carman inspecting wheels and air brake systems for Amtrak for approximately 3 1/2 years). On Safety Committee |
| Foreman II | 5/25/2004 | Thomas Carter | Black Male | Internal | U. S. Navy 11 Yrs. as a test cell/jet engine mechanic. Carman inspecting wheels, airbrake systems and was a (QMP) able to perform Class 1 brake test on trains (QMP) with Amtrak for 3 1/2 yrs |
| Foreman II | 9/8/2004 | Michael Aikens | Black Male | External | Worked for Alstrom as Group leader of (6) employees on Amtrak's Acela High Speed Rail train sets performing mechanical modifications. Worked for Northrop Gruman as a mechanical technician modifing post office sorters. Worked for CAF USA as a Quality inspector handling the final inspection of DC Metro rail cars. (2) years college Pursuing Electronics degree Essex Community College - Military Exp |
| Foreman II | 10/13/2004 | Rodney Wilson | Black Male | External | He worked as a Asst. Chief Engineer with PM Realty Group and as a Director of Maintenance with Harrison House of Georgetown. He has 10 yrs military exp with the US Navy as a mechanical engineer working with generators, pumps, compressed air etc. |
| Foreman II | 1/19/2005 | Robert Grimes | White Male | External | Worked for US Airways as a aircraft lead GSE mechanic for 16 years and New York Continental Airlines for 2 1/2 years as an Asst Supv in the operation of line maintenance. He has an associate degree in Applied Science Aviation Maintenance. |

EXHIBIT B

Selections 2004 - Foreman II

| Position | Date Filled | Filled By | Race/Sex | Internal/External | Experience |
|---|---|---|---|---|---|
| Foreman II | 1/12/2004 | Andrew Horne | Black Male | Internal | He has worked as a Electrician with Guyana Electric Corp for 4 yrs. trouble shooting electrical problems and as mechanic with General Auto Repair. He worked as an Electrician with Amtrak for 4 years. B.S. Degree Electrical Engineering - Guyana |
| Foreman II | 1/12/2004 | Glenn Shifflet | White Male | Internal | He has worked as a Electrician with Amtrak since 1998. He previously worked as a service technician for Washington Gas Company trouble shooting mechanical and electrical problems. Military service US Army |
| Foreman II | 1/12/2004 | Dean Swain | White Male | Internal | He has worked as a Machinist with Amtrak since 1984 working as a mechanic repairing diesel engines. |
| Foreman II | 1/12/2004 | Derrick Lindsey | Black Male | External | He worked for Chart Technologies, Inc as a Chief Operating Officer for 2 yrs. He worked as a Maintenance Supervisor for Ina Bearing Company for 1 1/2 yrs supervising maintenance in the electrical and mechanical aspects. He worked for Dyncorp Aerospace Operations, Inc. as a aircraft worker. U.S. Military exp Navy 10 yrs. Attended Annapolis Navy Academy 1990 - 1992 |
| Foreman II | 3/18/2004 | Jane Ladson | Black Female | Internal | Ms. Ladson has worked for Amtrak as a carman inspecting wheels and airbrake systems and making repairs. She has filled in as a Foreman II in emergencies handling time cards, paychecks, supervising skilled craft and making sure repairs, air brake test and locomotive inspections are done timely for safe departures |
| Foreman II | 5/4/2004 | Harold Burrows | White Male | Internal | He has worked as a carman mechanic with Amtrak inspecting wheels, airbrake systems etc since 1991. |



August 19, 2004

MS MAE L WHITLEY
823 GLEN ALLEN DRIVE
BALTIMORE MD  21229

RE: Your application for the FOREMAN II position
    Vacancy No. 50172367

Dear MS WHITLEY:

Thank you for applying for the position of FOREMAN.

It is Amtrak's policy that applications cannot be considered for individuals who have had discipline assessed within one year. Since your record indicates that discipline was assessed on April 6, 2004, we cannot consider your application further at this time.

We appreciate your interest in furthering your career with Amtrak and encourage you to apply for future vacancies, once you have had a clean record for a minimum of one year.

Sincerely,

Taylor Cannon
Human Resources Department

Whitley 0134

Plaintiff Exhibit 20