IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT NATIONAL RAILROAD PASSENGER
CORPORATION'S MOTION FOR SUMMARY JUDGMENT
REGARDING THE CLAIMS FILED BY PLAINTIFF DAVID STEVENS**

Defendant National Railroad Passenger Corporation ("Amtrak"), by counsel, in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule LCvR7(h) hereby submits its Motion For Summary Judgment Regarding the Claims Filed by Plaintiff David Stevens and, in support thereof, states as follows:

1.  In December 2005, Plaintiff David Stevens filed a Second Amended Complaint in which he alleged that Amtrak retaliated against him by terminating his employment after Stevens complained to his supervisors about mistreatment based on his HIV status and filed a corresponding charge of discrimination with the EEOC (Count I).

2.  To the contrary, as the accompanying memorandum will more fully explain, Amtrak terminated Steven's employment for failing to comply with Amtrak drug testing procedures.

3.  Amtrak submits that there are no genuine issues regarding any material facts and that it is entitled to judgment as a matter of law on Stevens' claim.

WHEREFORE, Defendant Amtrak respectfully requests the Court grant its Motion For Summary Judgment, dismiss David Stevens' claim with prejudice (Count I), and for all other relief the Court deems just and proper.

Dated: April 6, 2007

Respectfully submitted,

KRUCHKO & FRIES

By: _____/s/_____
John G. Kruchko

_____/s/_____
Keith Fischler
D.C. Bar No. 377601

Counsel for Defendant
National Railroad Passenger Corporation

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

2