IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RAILROAD PASSENGER ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05CV01924-RCL |

### ORDER

Upon review of Defendant National Railroad Passenger Corporation's Motion for Summary Judgment Regarding The Claims Filed by Plaintiff David Stevens, and all papers submitted in support of this Motion, and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and

IT IS FURTHER ORDERED that Plaintiff David Stevens claims (Count I of the Second Amended Complaint) are dismissed with prejudice.

_____
Judge Royce C. Lamberth

Dated: _____