IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| David B. Stevens | ) |
| and | ) |
| Mae Whitley, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
| National Railroad Passenger Corporation ("Amtrak"), | ) |
| Defendant. | ) |

## <u>NOTICE OF DEPOSITIONS</u>

Plaintiff Eve Ferguson will take the following depositions at the office of Leizer

Z. Goldsmith, 5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015,

commencing at 11:30 a.m., at the designated times, before a person authorized to

administer oaths, for all purposes permitted by law.  The deposition will continue from

day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any

and all documents and tangible things within his or her custody and control that relate

in any way to the allegations contained in the Complaint which have not already been

produced to Plaintiff by the time of the deposition in response to previously

propounded discovery requests.  Please also note that Plaintiff's understanding is that

all witnesses other than Ms. Hudley and Ms. Beaty are employees of AMTRAK, and that



EXHIBIT
1

AMTRAK counsel will provide for their attendance without the necessity of a subpoena.

The depositions are noted as follows:

| | | | |
|---|---|---|---|
| 1. | Bernard Campbell | December 11, 2006 | 10:00 AM |
| 2. | Demetria Hudley | December 13, 2006 | 9:30 AM |
| 3. | Ebonie Beaty | December 13, 2006 | 1:00 PM |
| 4. | Margaret Tierney | December 14, 2006 | 10:00AM |
| 5. | Gary Louers | December 15, 2006 | 10:00 AM |
| 6. | Robert Frank | December 18, 2006 | 9:30 AM |
| 7. | L.W. Ice | December 18, 2006 | 1:00 PM |
| 8. | L. Freeman | December 20, 2006 | 9:30 AM |

Respecifully submitted,

THE GOLDSMITH LAW FIRM, LLC

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

<u>Certificate of Service</u>

I served the following counsel the Notices of Deposition on November 27, 2006, by fax and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102

_____
Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| David B. Stevens, et. al | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
|  | ) |
| National Railroad Passenger Corporation | ) |
| ("Amtrak"), | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## NOTICE OF DEPOSITIONS

Plaintiffs will take the following depositions at the office of Leizer Z. Goldsmith, 5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at the designated times, before a person authorized to administer oaths, for all purposes permitted by law. The depositions will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any and all documents and tangible things within his or her custody and control that relate in any way to the allegations contained in the Complaint which have not already been produced to Plaintiff by the time of the deposition in response to previously propounded discovery requests. Please also note that Plaintiff's understanding is that all witnesses other than Mr. Tana, Ms. Hudley and Ms. Beaty are employees of AMTRAK, and that AMTRAK counsel will provide for their attendance without the necessity of a subpoena. The depositions are noted as follows:

| | | | |
|---|---|---|---|
| 1. | Sarah Ray | January 8, 2007 | 10:00 AM |
| 2. | Myra Sims | January 8, 2007 | 3:30 PM |
| 3. | Joseph Tana | January 9, 2007 | 10:00 AM |



EXHIBIT
2

| 4. | Gary Louers | January 9, 2007 | 2:00 PM |
| 5. | Demetria Hudley | January 10, 2007 | 9:30 AM |
| 6. | Ebonie Beaty | January 10, 2007 | 1:00 PM |
| 7. | Joseph Campbell | January 11, 2007 | 10:00AM |
| 8. | Margaret Tierney | January 12, 2007 | 10:00 AM |
| 9. | Malva Reid | January 12, 2007 | 2:00 PM |
| 10. | Taylor Cannon | January 15, 2007 | 9:30 AM |
| 11. | Michael Kapela | January 15, 2007 | 1:00 PM |
| 12. | Larry Ice | January 16, 2007 | 10:00 AM |

Respectfully submitted,


THE GOLDSMITH LAW FIRM, LLC


_Leizer Z. Goldsmith_
_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

2

<u>Certificate of Service</u>

I served the following counsel the Notices of Deposition on December 27, 2006, by electronic and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102


_____

Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David B. Stevens, et. al )
)
)
)
Plaintiffs, )
)
v. ) Civil Action No. 1:05CV01924-RCL
)
National Railroad Passenger Corporation )
("Amtrak"), )
)
Defendant. )
)

### REVISED NOTICE OF DEPOSITIONS

Plaintiffs will take the following depositions at the office of Leizer Z. Goldsmith,

5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at the

designated times, before a person authorized to administer oaths, for all purposes

permitted by law. The depositions will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any

and all documents and tangible things within his or her custody and control that relate

in any way to the allegations contained in the Complaint which have not already been

produced to Plaintiff by the time of the deposition in response to previously

propounded discovery requests. Please also note that Plaintiff's understanding is that

all witnesses other than Ms. Hudley are employees of AMTRAK, and that AMTRAK

counsel will provide for their attendance without the necessity of a subpoena. The

depositions are noted as follows:

| | | | |
|---|---|---|---|
| 1. | Sarah Ray | January 8, 2007 | 10:00 AM |
| 2. | Gary Louers | January 9, 2007 | 10:00 AM |
| 3. | Myra Sims | January 9, 2007 | 2:00 PM |



EXHIBIT

3

Case 1:05-cv-01924-RCL     Document 45-2     Filed 04/09/2007     Page 8 of 30

| | | | |
|---|---|---|---|
| 4. | Demetria Hudley | January 10, 2007 | 9:30 AM |
| 5. | Margaret Tierney | January 10, 2007 | 1:00 PM |
| 6. | Bernard Campbell | January 11, 2007 | 10:00 AM |
| 7. | Michael Kapela | January 12, 2007 | 10:00 AM |

Respectfully submitted,


THE GOLDSMITH LAW FIRM, LLC



_Leizer Z. Goldsmith_

_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

<u>Certificate of Service</u>

I served the following counsel the Revised Notices of Deposition on January 5, 2007, by electronic and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102


_____

Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens, et. al )<br><br>Plaintiffs, )<br><br>v. )<br><br>National Railroad Passenger Corporation )<br>("Amtrak"), )<br><br>Defendant. ) | Civil Action No. 1:05CV01924-RCL |

## SECOND REVISED NOTICE OF DEPOSITIONS

Plaintiffs will take the following depositions at the office of Leizer Z. Goldsmith, 5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at the designated times, before a person authorized to administer oaths, for all purposes permitted by law. The depositions will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any and all documents and tangible things within his or her custody and control that relate in any way to the allegations contained in the Complaint which have not already been produced to Plaintiff by the time of the deposition in response to previously propounded discovery requests. Please also note that Plaintiff's understanding is that all witnesses are employees of AMTRAK, and that AMTRAK counsel will provide for their attendance without the necessity of a subpoena. The depositions are noted as follows:

| | | | |
|---|---|---|---|
| 1. | Gary Louers | February 6, 2007 | 10:00 AM |
| 2. | Ron Truitt | February 7, 2007 | 10:00 AM |
| 3. | Larry Ice | February 8, 2007 | 10:00 AM |



EXHIBIT
4

| | | | |
|---|---|---|---|
| 4. | Bernard Campbell | February 9, 2007 | 10:00 AM |
| 5. | Michael Kapela | February 12, 2007 | 10:00 AM |
| 6. | Taylor Cannon | February 13, 2007 | 10:00 AM |

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

<u>Certificate of Service</u>

I served the following counsel the Revised Notices of Deposition on January 23, 2007, by electronic and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102


_____

Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens, et. al | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
| | ) |
| National Railroad Passenger Corporation | ) |
| ("Amtrak"), | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFFS' THIRD NOTICE OF DEPOSITIONS

Plaintiffs will take the following depositions at the office of Leizer Z. Goldsmith,

5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at the

designated times, before a person authorized to administer oaths, for all purposes

permitted by law. The depositions will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any

and all documents and tangible things within his or her custody and control that relate

in any way to the allegations contained in the Complaint which have not already been

produced to Plaintiff by the time of the deposition in response to previously

propounded discovery requests. Please also note that Plaintiff's understanding is that

all witnesses other than Ms. Beaty are employees of AMTRAK, and that AMTRAK

counsel will provide for their attendance without the necessity of a subpoena. The

depositions are noted as follows:

| | | | |
|---|---|---|---|
| 1. | Taylor Cannon | February 23, 2007 | 10:00 AM |
| 2. | Ron Truitt | February 23, 2007 | 2:00 PM |
| 3. | Joseph Tana | February 23, 2007 | 4:00 PM |



EXHIBIT

6

4.     Ebonie Beaty                    February 28, 2007     10:00 AM


Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC


*Leizer Z. Goldsmith*

_____

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

2

<u>Certificate of Service</u>

I served the following counsel the Revised Notices of Deposition on February 13, 2007, by electronic and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102

_____

Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| David B. Stevens, et. al | ) | FEB 1 6 2007 |
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) Civil Action No. 1:05CV01924-RCL |  |
| National Railroad Passenger Corporation ("Amtrak"), | ) |  |
| Defendant. | ) |  |

## PLAINTIFFS' FOURTH NOTICE OF DEPOSITIONS

Plaintiffs will take the following depositions at the office of Leizer Z. Goldsmith, 5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at the designated times, before a person authorized to administer oaths, for all purposes permitted by law. The depositions will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any and all documents and tangible things within his or her custody and control that relate in any way to the allegations contained in the Complaint which have not already been produced to Plaintiff by the time of the deposition in response to previously propounded discovery requests. Please also note that Plaintiff's understanding is that all witnesses other than Ms. Beaty are employees of AMTRAK, and that AMTRAK counsel will provide for their attendance without the necessity of a subpoena. The depositions are noted as follows:

1.    Andrew McCallum                    February 28, 2007    1:00 PM



EXHIBIT
6

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC


_____

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

<u>Certificate of Service</u>

I served the following counsel the Revised Notices of Deposition on February 13, 2007, by electronic and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102

_____

Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens, et. al | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
| | ) |
| National Railroad Passenger Corporation | ) |
| ("Amtrak"), | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

You are hereby notified that, pursuant to Fed R. Civ. P. 30(b)(6), the Plaintiffs

will take the deposition of Defendant AMTRAK, on February 28, 2007, at 5335

Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, the offices of The Goldsmith

Law Firm, LLC, commencing at 3:30 p.m., before a person authorized to administer

oaths, for all purposes permitted by law. The deposition will continue from day to day

until completed. The subjects of the deposition will be as follows:

> Defendant's human resources and/or labor relations policies and
> practices in the area of non-supervisory and supervisory employee
> discipline, including but not limited to: initiating charges, proving
> charges at formal investigations, rendering decisions subsequent to
> formal investigations, and appeals. Questioning will include inquiries
> regarding the roles to be played in the disciplinary process by, among
> others: management, human resources, labor relations, employee
> assistance, employee representatives and hearing officers. It will include
> questions pertaining to application of the relevant collective bargaining
> agreements, as well as AMTRAK's internal policies.

Please also take notice that Defendant shall bring to the deposition any and all

documents and tangible things within its custody and control that relate in any way to



EXHIBIT

7

the allegations contained in Plaintiff's Complaint, which have not already been

produced by the time of the deposition in response to previously propounded discovery

requests.

Dated: February 14, 2007.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens

<u>Certificate of Service</u>

I served the following counsel the Revised Notices of Deposition on February 13, 2007, by electronic and first class mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102


_____

Leizer Z. Goldsmith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens, et. al | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01924-RCL |
| | ) |
| National Railroad Passenger Corporation ("Amtrak"), | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' SIXTH NOTICE OF DEPOSITIONS

Plaintiffs will take the following depositions at the office of Leizer Z. Goldsmith, 5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at the designated times, before a person authorized to administer oaths, for all purposes permitted by law. The depositions will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any and all documents and tangible things within his or her custody and control that relate in any way to the allegations contained in the Complaint which have not already been produced to Plaintiff by the time of the deposition in response to previously propounded discovery requests. Please also note that Plaintiff's understanding is that all witnesses other than Ms. Beaty, Ms. Hudley and Mr. McCallum are employees of AMTRAK, and that AMTRAK counsel will provide for their attendance without the necessity of a subpoena. The depositions are noted as follows:

| | | | |
|---|---|---|---|
| 1. | Ebonie Beaty | February 28, 2007 | 10:00 AM |
| 2. | Andrew McCallum | February 28, 2007 | 1:00 PM |
| 3. | 30(b)(6) Deposition As Noted | February 28, 2007 | 3:30 PM |



EXHIBIT

8

| | | | |
|---|---|---|---|
| 4. | Demetria Hudley | March 2, 2007 | 9:30 AM |
| 5. | Taylor Cannon | March 2, 2007 | 12:30 PM |
| 6. | Craig Watson | March 2, 2007 | 4:00 PM |

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_(signature)_

_____

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-0798
Attorney For Plaintiffs Whitley & Stevens

<u>Certificate of Service</u>

I served the following counsel the Sixth Notice of Depositions on February 22, 2007, by electronic mail:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102

_Leizer Z. Goldsmith_
_____
Leizer Z. Goldsmith

**KRUCHKO & FRIES**
COUNSELORS AT LAW

<table>
<tr>
<td>
Suite 400<br>
502 Washington Avenue<br>
Baltimore, Maryland 21204<br>
----<br>
(410) 321-7310
</td>
<td>
Suite 560<br>
1750 Tysons Boulevard<br>
McLean, Virginia 22102<br>
----<br>
Telephone: (703) 734-0554<br>
Telecopier: (703) 734-0876
</td>
<td>
Suite 900<br>
601 Pennsylvania Avenue, N.W.<br>
Washington, D.C. 20004<br>
----<br>
(202) 347-6550
</td>
</tr>
</table>

KEITH FISCHLER

kfischler@kruchkoandfries.com

January 3, 2007

**BY FACSIMILE AND FIRST-CLASS MAIL**

Leizer Z. Goldsmith, Esq.
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC 20015

RE:     Stevens v. National Railroad Passenger Corporation

Dear Mr. Goldsmith:

By notice of deposition, dated December 27, 2006 (served on December 28, 2006), you noticed twelve depositions to take place between January 8 and January 16, 2007 in the above-referenced case. According to Rule 30(a)(2) of the Federal Rules of Civil Procedure, a party cannot take more than ten depositions in a case without the stipulation of the parties or leave of the court.

National Railroad Passenger Corporation ("Amtrak") initially noted its objection to the number of depositions proposed on December 28, 2006. Amtrak is not willing to consent to additional depositions in this case. Therefore, please let me know which ten deposition you plan to conduct.

Please give me call if you wish to discuss this issue further.

Sincerely,

Keith Fischler

cc:     Desmond McIlwain, Esq.



EXHIBIT
9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID B. STEVENS,                    )
                                     )
            Plaintiffs,              )
                                     )
     v.                              )     Civil Action No. 05CV1924 (RCL)
                                     )
NATIONAL RAILROAD PASSENGER          )
CORPORATION,                         )
                                     )
            Defendant.               )
                                     )

DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATIONS' SUPPLEMENTAL
RESPONSES TO PLAINTIFF MAE WHITLEY'S AND
DAVID STEVENS' FIRST SET OF INTERROGATORIES

Defendant National Railroad Passenger Corporation ("Amtrak") by and through

its undersigned counsel, hereby provides these supplemental responses to Plaintiffs David

Stevens and Mae Whitley's Interrogatories. Amtrak expressly preserves its earlier

objections stated in its initial responses and reincorporates these objections in this

supplemental response.

**SUPPLEMENTAL ANSWERS**

Interrogatory No. 2:

Plaintiff's counsel places primary importance on deposing the witnesses whom

Respondent may be calling at trial. Thus, Plaintiff will be moving to strike any testimony

proffered by the Defendant from witnesses who were not identified during discovery by

Defendant as individuals who might be called as witnesses at trial. In order to expedite

the litigation process and avoid requiring the Court to rule on a Motion to Compel, and to

put Plaintiff on notice of Defendant's potential witnesses, please identify all individuals



EXHIBIT
10

having knowledge of any matter related to the questions at issue in this case as set forth

in Plaintiff's Complaint.  Include all such persons' current or last known home and

business addresses, work and residence telephone numbers, dates of employment with

Respondent, and job title.  Describe in detail each person's knowledge, and specify those

individuals whom the Defendant will call or may call as witnesses in this case.  *You are*

*under a duty to supplement your Response if and when, at any time before the trial in*

*this case, you determine that you have discovered a new potential witness, or if you*

*determine that you will be calling at the trial any witness previously identified but not*

*as a "will call".*

RESPONSE:

The following employees can be contacted through defendant's counsel:

Sarah Ray
Ms. Ray works in Amtrak's HR department and has knowledge of the policies
and procedures affecting Ms. Whitley's applications for promotion.

Taylor Cannon
Mr. Cannon works in Amtrak's HR department and has knowledge of the policies
and procedures affecting Ms. Whitley's applications for promotion.

Lavar Freeman
Mr. Freeman works in Amtrak's HR department and has knowledge of the
policies and procedures affecting Ms. Whitley's applications for promotion.  Mr.
Freeman also participated in one or both of Ms. Whitley's interviews for a Foreman II
position.

Michael Kapela
Mr. Kapela is the head of the mechanical department in which both Ms. Whitley
and Mr. Stevens worked.  Mr. Kapela was also implicated in Ms. Whitley's previous
lawsuit.

Bernard Campbell
Mr. Campbell supervised both Ms. Whitley and Mr. Stevens.  He provided
training opportunities for Ms. Whitley.  He also has knowledge of Mr. Stevens' positive
drug tests and the reasons underlying his termination.

Ron Truitt
Mr. Truitt supervised both Ms. Whitley and Mr. Stevens

Joe Louers
Mr. Louers supervised Ms. Whitley.

Michael Tally
Mr. Talley was a supervisor in the Mechanical Department.

Robert Frank
Mr. Frank was a supervisor in the Mechanical Department.  Mr. Frank also participated in one or both of Ms. Whitley's interviews for a Foreman II position.

Joe Tana
Mr. Tana is the general chairman of the union representing foreman including Ms. Whitley.  Mr. Tana also participated in one or both of Ms. Whitley's interviews for a Forman II position.

Margaret Tierney
Ms. Tierney works in Amtrak's Human Resources Drug and Alcohol programs.  She has knowledge of Mr. Stevens' failure to complete a drug test in December 2005.

Additional persons

Ebonie Beaty
2926 10th Street, NE
Washington, DC 20017
Ms. Beaty is a former Concentra employee.  She has knowledge of the circumstances surrounding Mr. Stevens' failure to complete a drug test in December 2005.

Demetria Hudley
3516 Sixth Street, SE
Washington, DC
Ms. Hudley is a former Concentra employee.  She has knowledge of the circumstances surrounding Mr. Stevens' failure to complete a drug test in December 2005.

Lisa Shave
Concentra Medical Center
4451 Parliament Pl # G
Lanham, MD 20706
Ms. Shave is a supervisor at Concentra.  She may have knowledge of the circumstances surrounding Mr. Stevens' failure to complete a drug test in December 2005.

- 3 -

Andrew McCallum
612 Barker Ten Mile Rd
Lumberton NC  28358
    Mr. McCallum is a retired Amtrak employee.  He may have knowledge of Ms.
Whitley and/or Mr. Stevens' prior internal complaints and of investigations related to
these employees' complaints.


Dated: March 19, 2007                    Respectfully submitted,

                                         KRUCHKO & FRIES


                                         By:  _John G. Kruchko/F_
                                              John G. Kruchko

OF COUNSEL:                                   _Keith Fischler_

KRUCHKO & FRIES                               Keith Fischler
1750 Tysons Blvd., Suite 560                  DC Bar No. 377601
McLean, Virginia 22102
(703) 734-0554                           Counsel for Defendant National
                                         Railroad Passenger Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007 I served a copy of the foregoing by first-class mail, postage prepaid on:

> Leizer Z. Goldsmith, Esq.
> The Goldsmith Law Firm, LLC
> 5335 Wisconsin Avenue, NW
> Suite 440
> Washington, DC 20015

_____
Keith Fischler