IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>NATIONAL RAILROAD PASSENGER  )<br>CORPORATION  )<br>)<br>Defendant.  )<br>_____)  | Civil Action No. 1:05CV01924-RCL |

## ORDER

Upon review of Plaintiffs' Opposed Motion to Permit Additional Depositions Beyond the Ten Initially Permitted By Fed. R. Civ. P. 30(a)(2)(A) After the Close of Discovery, and For Enlargement of Time to Respond to Defendant's Imminent Motion for Summary Judgment, and all papers submitted in support of this Motion, and upon review of defendant National Railroad Passenger Corporation's opposition to this Motion, and all papers submitted in opposition to this Motion, and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

_____
Judge Royce C. Lamberth

Dated: _____