IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **David B. Stevens, et. al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| **National Railroad Passenger Corporation** ) | |
| **("Amtrak"),** ) | |
| ) | |
| **Defendant.** ) | |

### CONSENT MOTION FOR ENLARGEMENT TO MAY 10, 2007 TO FILE SUMMARY JUDGMENT OPPOSITIONS

COME NOW the Plaintiffs Stevens and Whitley, moving the Court to enlarge time to complete their oppositions to Defendants' Motions for Summary Judgment, which are presently due on May 7, 2007. Plaintiffs' counsel's mother has entered the hospital for surgery on her foot and is expected to return from the hospital this Saturday. In order to be more readily available to her this weekend, Plaintiffs request three additional days within which to file their Oppositions.

Defendant's counsel has consented to the requested relief.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

/s/
_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-0798
Attorney For Plaintiffs Whitley & Stevens