IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **David B. Stevens, et. al** ) ) ) ) **Plaintiffs,** ) ) v. ) **National Railroad Passenger Corporation** ("Amtrak"), ) ) ) **Defendant.** ) | Civil Action No. 1:05CV01924-RCL |

### ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME

Upon review of the Motion for Enlargement of Time for Plaintiffs Stevens and Whitley to file their Opposition to Defendants' Motions for Summary Judgment, it is hereby,

ORDERED that Plaintiffs' Motion is GRANTED. It is further

ORDERED that Plantiffs' Oppositions shall be filed on or before Thursday, May 10, 2007.

_____
Judge
United States District Court