UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID B. STEVENS, et al.** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1924 (RCL) |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the Motion [47] for Enlargement of Time for Plaintiffs Stevens and Whitley to file their Opposition to Defendants' Motions for Summary Judgment, it is hereby

ORDERED, that plaintiffs' motion is GRANTED; it is further

ORDERED that plaintiffs' oppositions shall be filed on or before Thursday May 10, 2007.

Signed by Royce C. Lamberth, United States District Judge, May 4, 2007.