

# APPLICATION FOR EMPLOYMENT

IT IS THE POLICY OF THE **NATIONAL RAILROAD PASSENGER CORPORATION** TO PROVIDE EMPLOYMENT, TRAINING, COMPENSATION, PROMOTION AND OTHER CONDITIONS OF EMPLOYMENT WITHOUT REGARD TO RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, AGE, HANDICAP OR VETERAN STATUS.



**Please read carefully. Pre-Employment Statement**

I certify that the information contained in this application is correct to the best of my knowledge and understand that the falsification of this information is grounds for dismissal. I authorize the references listed to give you any and all information concerning my previous employment and any pertinent information they may have; voluntarily give Amtrak the right to make a thorough investigation of my past employment and activities, and agree to cooperate in such investigation, and release from all liability or responsibility all persons, companies or corporations supplying any information to Amtrak. **NOTE: In accordance with the FAIR CREDIT REPORTING ACT (Pre-Notification),** I understand that as part of Amtrak's procedure for processing my application, an investigative report may be made whereby information is obtained through personal interviews with third parties, such as family members, business associates, financial sources, friends, neighbors, or others with whom you are acquainted. I consent to take a pre-employment physical examination, if required, and any future physical examinations as may be required by the Company. In consideration of my employment, I agree, if employed in a non-agreement position, that my employment and compensation can be terminated with or without cause, and with or without notice, at any time, at the option of either the Company or myself. I understand that no representative of Amtrak, other than the President or Vice President Personnel, has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the above.

Applicant's Signature _Jane Michelle Ladson_  Date _082384_

NAME _LADSON_ Last  _JANE_ First  _M._ M.I.

POSITION DESIRED _CARMAN c/c_

DATE OF APPLICATION _082384_

Send completed application to:

**Amtrak/Whitley 02059**

PLEASE PRINT OR TYPE ALL INFORMATION

NAME  JANE  MICHELLE  LADSON

PRESENT ADDRESS  2508 WEST STREET SOUTH EAST  WASHINGTON  DC  20020
House Number & Street    City    State    Zip Code

PREVIOUS ADDRESS  SAME
House Number & Street    City    State    Zip Code

HOME TEL. 202 678-3980  BUSINESS TEL 202 289-2438  SOCIAL SECURITY NUMBER 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
(Area Code)    (Area Code)

ARE YOU BETWEEN THE AGES 18 AND 70?    YES ☒  NO ☐

ARE YOU A CITIZEN OF THE U.S.A ?  YES ☒  NO ☐
IF NOT, CAN YOU SUBMIT VERIFICATION OF YOUR LEGAL STATUS TO WORK IN THE U.S.A ?  YES ☐  NO ☐  VISA # _____

HAVE YOU PREVIOUSLY APPLIED WITH AMTRAK?  YES ☐  NO ☒
IF YES  DATE _____  LOCATION _____
POSITION _____

NOTIFY IN CASE OF EMERGENCY:
NAME  BRENDA  JOYCE  WILSON
ADDRESS  2410 MARTIN LUTHER KING AVE S.E
TEL  # (Home) 202 678-2715 (Bus) _____

ARE YOU APPLYING FOR A POSITION WITH MORE THAN ONE SHIFT?  YES ☐  NO ☒
IF SO, CAN YOU WORK ANY SHIFT?  YES ☒  NO ☐
WHAT HOURS DO YOU PREFER?  8 AM to 4 PM

WAGES EXPECTED  $10 45
DATE AVAILABLE:  A.S.A.P  082384

ARE YOU APPLYING FOR A POSITION FOR WHICH TRAVEL MAY BE REQUIRED?    YES ☐  NO ☒

IF SO, ARE YOU WILLING TO TRAVEL (AS MAY BE REQUIRED) IF EMPLOYED?    YES ☐  NO ☒

ARE YOU APPLYING FOR A POSITION WHICH EXISTS AT MORE THAN ONE LOCATION?  YES ☒  NO ☐

IF SO, ARE THERE ANY LIMITATIONS ON THE LOCATIONS YOU ARE WILLING TO WORK?  YES ☐  NO ☒

IF SO, PLEASE SPECIFY: _____

WERE YOU EVER EMPLOYED BY AMTRAK?    YES ☐  NO ☒
IF YES: DATE _____  LOCATION _____

| CIRCLE HIGHEST GRADE COMPLETED IN EACH SCHOOL CATEGORY | Grade School 1 2 3 4 5 6 7 8 | High School/VoTech 9 10 11 12 / 1 2 3 4 | College 1 2 3 4 | Graduate School 1 2 3 4 |
|---|---|---|---|---|
| NAME | LOCATION | COURSE-DEGREE | | DID YOU GRADUATE? |
| HIGH SCHOOL  ANACOSTIA | WASH D.C. | BUS | | YES |
| APPRENTICE, BUSINESS, OR VOCATIONAL SCHOOL | | | | |
| COLLEGE | | | | |
| GRADUATE SCHOOL | | | | |

Amtrak/Whitley
02060

Please list all employment starting with present or most recent employer. Also include relevant voluntary and/or part-time work experience. Use additional sheet(s) if necessary.

PRESENT COMPANY __WASHINGTON TERMINAL C⁰__
ADDRESS __MASS AVE NE__   __WASHINGTON__   __D.C.__   __20002__
         Street              City              State      Zip code
EMPLOYED FROM __09-23-74__ TO __Now 08-23-84__ YOUR SUPERVISOR __JESSIE CHAMP__

SUPERVISOR'S TELEPHONE: Area Code __202/289-2425__ Number __289-2425__
YOUR JOB TITLE __CARMAN C/C__ SALARY: Start _____ Finish __$10 14__
MAJOR DUTIES __CLEANING / TO PREPARE TRAINS FOR PASSENGERS COMFORT__
WHY DO YOU WISH TO CHANGE? __CHANGE FROM WTC⁰ to AMTRAK__
MAY WE CONTACT THE ABOVE?  YES ☒  NO ☐  WHY NOT? _____

PRIOR COMPANY __24 HOUR YOUTH CENTER__
ADDRESS __2300 MARTIN LUTHER KING AVE SOUTH EAST WASH D.C. 20030__
         Street              City                     State       Zip code
EMPLOYED FROM __1972__ TO __1974__ YOUR SUPERVISOR __YOURBROUGHT JR.__

SUPERVISOR'S TELEPHONE: Area Code __202__ Number __889-1655__
YOUR TITLE __CONSELOR__ SALARY: Start _____ Finish __$450 00 HR__
MAJOR DUTIES __TUTORING YOUTH AFTER SCHOOL MATH, ENGLISH HELPING YOUTH WIT PROBLEMS AT HOME__
REASON FOR LEAVING __PROGRAM CLOSED OUT__

PRIOR COMPANY __IN SCHOOL FROM 1973 down DID NOT WORK__
ADDRESS _____
         Street              City              State      Zip code
EMPLOYED FROM _____ TO _____ YOUR SUPERVISOR _____
SUPERVISOR'S TELEPHONE: Area Code _____ Number _____
YOUR TITLE _____ SALARY: Start _____ Finish _____
MAJOR DUTIES _____
REASON FOR LEAVING _____

U.S. MILITARY EXPERIENCE   YES ☐   NO ☒

PLEASE CHECK ALL SKILLS THAT YOU HAVE ACQUIRED:

☐ TYPING     wpm ____        ☒ TRANSCRIBING MACHINE   ☐ COMPUTERS            ☒ RAIL EQUIPMENT:
☐ SHORTHAND wpm ____         ☒ TELETYPE                  Types Equipment:        SKILLS
☐ WORD PROCESSING            ☒ PBX                       _____              __SERVICE EQT__
  Type _____            ☐ Keypunch                  _____              __PIPE FITTER HELPER__
☒ ADDING MACHINE                Types Equipment:
☒ CALCULATOR                    _____             ☐ COMPUTER TERMINALS:   ☐ WELDING
                                _____                Type

                                                        OTHER SKILLS: __AUTO MECHANT, PIPE WORK__
                                                                      __LITTLE WELDING__

Amtrak/Whitley
02061        STATE __D.C. WASH__   NO. __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__   CLASS __7 CAR AND BIKE__

DO YOU HAVE ANY RELATIVES EMPLO●BY AMTRAK?   YES ☐   NO ☒   IF YES, PL●● LIST.

| NAME | RELATIONSHIP | POSITION | LOCATION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PROFESSIONAL/PERSONAL REFERENCES

| NAME | ADDRESS | TELEPHONE NUMBER | OCCUPATION |
|---|---|---|---|
| Lutishie Mack | Sunset La Suitland Md | 967-7579 | CSI |
| Tawana A. Tate | 1717 Desales St NW | 877-7777 | Mail Room ABC News |
| Carolyn Greene | Hunter St SE | 678-5981 | Carman C/C |

DO YOU HAVE ANY PHYSICAL, MENTAL OR MEDICAL IMPAIRMENT* WHICH MAY AFFECT YOUR ABILITY TO PERFORM THE JOBS FOR WHICH YOU HAVE APPLIED?   YES ☐   NO ☒   IF YES, WHAT CAN BE DONE TO ACCOMMODATE YOUR LIMITATIONS?

\* THE EXISTENCE OF SUCH IMPAIRMENTS DOES NOT AUTOMATICALLY PRECLUDE EMPLOYMENT.

HAVE YOU EVER BEEN CONVICTED OF A FELONY WHICH HAS NOT BEEN ANNULLED OR REMOVED? ___NO___

☐ YES*   ☒ NO
\* IF YES, PLEASE EXPLAIN.

PLEASE DESCRIBE ANY OTHER EXPERIENCES, SKILLS, OR QUALIFICATIONS WHICH YOU CONSIDER RELEVANT TO YOUR ABILITY TO PERFORM THE JOB FOR WHICH YOU ARE APPLYING.

FIRST OF ALL I LOVE TO WORK AND I DON'T MIND WORKING AROUND A LOT OF PEOPLE. I'M NOT TRYING TO BE A CAR CLEANER UNTIL I RETIRE. I HAVE GREAT AMBISTION. I KNOW A LOT ABOUT TOOL AND THERE FUCTIONS, I HAVE WORK WITH CARPENTERS AND I ALSO FIX CARS AS A HOBBY. THE WORK HERE AT AMTRAK CAN BE DRITY AND GETTING DRITY DOSENT BARTHER ME.

ARPC 2187 (8/82)

WE APPRECIATE YOUR INTEREST IN AMTRAK AND THE TIME YOU HAVE TAKEN T●   Amtrak/Whitley
02062

Received by Human Resources
OCT 30 2003
Amtrak

# Job Opportunity Application

**For use by Current Amtrak Employees Only**: Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired: FOREMAN II
Posting Notice Number: 50172367
Location: Washington D.C.

Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date. Attach additional sheets if not enough room is provided for your data.

## PERSONAL INFORMATION

Name: Jane M. Ladson
Street Address: 8811 Gladeside Drive
City: Clinton    State: MD    Zip: 20735
Work Location: S & I

Social Sec. No.: 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
Home Tel. No.: 301-856-3379
Work Tel. No.: 202-906-2435
Assigned Work Hours: 4 to 12
Assigned Work Days: Thurs + Fri

## EDUCATION

| Level | Did You Graduate | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From: 19 /20/1973  To: 19 /23/1973 | Bus/Art | Anacostia High | 16th & R St S.E. D.C. |
| College | ☐ Yes ☐ No | From: / /  To: / / | | | |
| Graduate School | ☐ Yes ☐ No | From: / /  To: / / | | | |
| Vocational School | ☐ Yes ☐ No | From: / /  To: / / | | | |
| Other | ☐ Yes ☐ No | From: / /  To: / / | Certification | In-Service Courses + Beech Grove Shops | Beech Grove Ind. |

## PRESENT JOB STATUS

Present Job Title: Carman/Foreman
Band/Zone: 
Last Performance Rating: 
Date of Last Rating: 1/1/2003

Supervisor's Name: S. Utley - G. Lewis
Supervisor's Title: General Foreman

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☒ Yes ☐ No    Supervisor's Telephone No.:

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| | Entered | | Forwarded | |
|---|---|---|---|---|
| Date: | 11/6/03 | By: | | Date: |
| By: | | To: | | |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01) paper version

30001428

- 1 -

Amtrak/Whitley
00865

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: 9/1/1974<br>To: 1/1/1988 | Coach Cleaner | Mr. Melley<br>Mr. C. Simpkins | Servicing Trains - Dumping Cleaning & Watering Trains |
| From: 1/1988<br>To: 1/1990 | Carman Helper | Mr. L. Sephard | Mechanical Inspections 120 Day Line #S. I & Shop |
| From: 1/1990<br>To: 1/1998 | Carman Foreman I | Mr. E. Black<br>Mr. H. Bberr<br>Mr. H. Dula | Managing People, supplies ect. Mechanical Air Brakes Timecards, paychecks, inbounds. |
| From: 1/1998<br>To: 1/2003 | Forman II<br>Carman | Mrs. J. Sonbonny<br>Ms. S. Whley | Safety meetings, Lay-outs at station - All mechanical Inspections & Repairs |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: 1/1973<br>To: 1/1974 | Conselor | Youth Center | Teach and Counsel Youth Programs. |
| From: / /<br>To: / / | | | |
| From: / /<br>To: / / | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak? ☐ Yes ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| None Known | | | |

## APPLICANT'S QUALIFICATIONS  Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.

Coach Cleaner - Cleaning Trains, Operating Vacuums and Shampooers Scrubbing the outside of Trains. Equipment Servicer Watering Engines & Cars working 100 Dumping Trains Knowledge of Experience as a Pipefitter.
Car Repairman - Running Inbound inspections, Air brake Locomotives and Diesels for Timely and Safe Departures. Working on Trucks, Car Body Diaphragms, over Head Cranes, Air Guns and Drills, A Veriety of Job Related Tools in Machanical.
Forman I Managing People. Train departure. Book keeping Time card, and Employees problems
Formn II Managing Mechanics and Assisting in Emergencies.

## SIGNATURE
### PLEASE READ THIS CAREFULLY

I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures. I further understand that it may be used to update permanent employee information in the Human Resources Information System.

Applicant's Signature: [signed]    Date: 10-30-03

- 2 -

Amtrak/Whitley
00866