*Jane M. Ladson*
*8811 Gladside Drive*
*Clinton, MD 20735*
*(301) 856-3815 - Home*
*(202) 906-2435 – Office*

Daryl K Pesce
General Manager
Mid-Atlantic Division
National Railroad Passenger Corporation
900 2nd Street, N.E.
Washington, D.C. 20735

Dear Mr. Pesce:

This is a formal request to you and to Amtrak for the reason why I have not been selected for advancement from my Foreman I position. As you know from earlier correspondence, I am displeased with the way Amtrak has overlooked my long work history, my excellent work record, and my superior experience with Amtrak working in the Mechanical Department to instead advance other Amtrak employees with less experience and no mechanical background Despite my best efforts to advance my career with Amtrak, Amtrak has nevertheless advanced others who have less experience and fewer qualifications than I have. I know that some of the people chosen only had a few weeks of training in the mechanical department. I can only assume that in order to advance within Amtrak, it is more important whom you know, rather than what you know. Therefore, I am respectfully requesting that you, or someone from Amtrak, provide me, in writing, the basis for my not being selected for promotion. I request that the reasons be set forth fully and in detail.

Mr. Pesce, you know that I am a hard worker with quality experience. I have always wanted to advance my position for the benefit of the company Nevertheless, when an opportunity arises for advancement, I am overlooked in favor of others who are clearly and obviously less qualified I do not know whether this is because of politics within the company or favoritism, but it is clear from the treatment that I have been receiving that Amtrak does not have an unbiased, even-handed policy for promotion and advancement. Certainly, as a faithful and dedicated Amtrak employee, I am entitled to a full and honest explanation why Amtrak will not promote me based on merit, but will promote and advance others less qualified.

**Amtrak/Whitley**
**02145**

GENERAL MANAGER'S OFFICE

MAY 1 0 2001

MID-ATLANTIC DIVISION

Please respond to the above address as soon as possible. Also, please place a copy of this letter in my personnel file.

Sincerely,

Jane M. Ladson
Foreman I
Union Station/Washington D.C.

Cc:    Arlene Davis, Human Resources
Arthur A. D'Alessandro, President, ARASA/TCU
Robert A. Scardelletti, International President, TCU
Board of Directors National Railroad Passenger Corporation

Amtrak/Whitley
02146