NATIONAL RAILROAD PASSENGER CORPORATION
900 Second Street, NE, Washington, DC 20002

AMTRAK

May 25, 2001

MAY 25 2001

Ms. Jane M. Ladson
8811 Gladside Drive
Clinton, MD  20735

Dear Ms. Ladson:

I am in receipt of your letter addressing concerns about your qualifications and not being selected for a position of Foreman II in the Washington Terminal complex.

On December 12, 2000, several candidates were interviewed for Foreman II. All of the candidates were currently working in craft positions. As a current Foreman I, you would have not normally been selected for an interview. However, in consideration of your background as a Carman it was felt that you should be given the opportunity to demonstrate your knowledge. At the conclusion of your interview, the responses that you gave to the interview panel showed a weakness in your knowledge of wheel specifications and air brake systems. In addition, you have not been exposed to any day-to-day mechanical background in working with electric or diesel locomotives.

It was the consensus of the interview panel that there were other more qualified candidates at that time for the positions available. At the conclusion of the selection process, Mr. Guerin personally contacted you and went over the concerns in your responses during the interview with you. Mr. Guerin felt that you would benefit by being a strong candidate for the next training cycle for Foreman I to train as a Foreman II.

Thank you for your continued interest in promotion opportunities, and your continued success in your future endeavors.

Sincerely,

Daryl K. Pesce
General Manager
Mid-Atlantic Division

cc:    S. Ray – HR Manager

Amtrak/Whitley
02143