

# PERSONNEL ACTION REQUEST

Conflict Of Interest? ☐ Yes ☐ No  
Training Required? ☐ Yes ☐ No

## Current Information – Must Be Completed

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 04 | – – | 32105 | LADSON | JANE | |

| Job Code | Position Title | Department | Personnel Area | Band/Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| C8100 | CARMAN | MECHANICAL | EA3 | | 4262 | |

## Action Requested – Must Be Completed

☐ New Hire  
☐ Rehire/Reinstatement  
☒ Transfer/Organization Change  
☐ Transfer between Management/Union  
☐ Salary Change  
☐ Leave of Absence Paid (Union)  
☐ Leave of Absence Paid (Management)  
☐ Leave of Absence Unpaid  
☐ Return from Leave  
☐ Termination  
☐ Retirement

## Action Reason Code

| Code | Reason | Effective Date |
|---|---|---|
| U1 | UNION AWARD (FOREMAN II) | Month 3  Day 16  Year 2004 |

## New Job Code and Salary Information

| Job Code | Position Title | CDL | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|
| AB101 | FOREMAN II | ☐ Yes ☐ No | | EA3 | |

Hours of Service / Job Category:  
☐ Not Applicable (0) ☐ Engineer (1) ☐ Trainmen (2) ☐ Train Dispatchers/Director (3)  
☐ Block Operator (4) ☐ Signalman (5) ☐ Cab Signal/ATS Electrician (6) ☐ Locomotive Mover/Helper (7)

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month Day Year | $ | $ | |

## Job Assignment

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| 4252 | 1814 | | | 04 | 3 | 54 | was72 | 075001 | wtm72 |

| Work Phone No. | ATS No. | Original RR Hire Date | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|
| 2/906-1308 | 777-1308 | Month Day Year | | EA3 | MECHANICAL |

| Emp Sub Group | Vacation Eligibility Date | Craft Seniority Date | ARSA Hire Date |
|---|---|---|---|
| | Month Day Year | Month Day Year | Month Day Year |

## Performance Evaluation Information – For Management Transactions Only

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month Day Year | Month Day Year |

## Termination Information/Allowances – Must Complete For All Termination Actions

Allowances  
Vacation Hours Due  
Sick Hours Due  
Severance Pay Due  
Notice Pay Due

Eligible For Rehire? ☐ Yes ☐ No (Explain In Remarks)  
Outstanding Advance? ☐ Yes ☐ No (Explain 'Yes' Answer In Remarks)  
All Properties Collected? ☐ Yes ☐ No (Explain In Remarks)  
Fill Vacant Position? ☐ Yes ☐ No

### Short-Term Disability Benefits
First _____ days at 100% pay  
_____ Days at 100% pay less RUIA _____ Days at 80% pay less RUIA  
RUIA Benefits at $ _____ per day

### Relocations
Approved for Benefits    Yes    No  
Level of Benefits:    Tier I    Tier II    Tier III

## Remarks

50140572

## Approval Signatures

| Supervisor's Name | Phone No. | Human Resources Approval | Date |
|---|---|---|---|
| Signature | Date | | 3/18/04 |
| Department Approval | Date 3/17/04 | Entered By | Date: 3/19/04 |

Instructions: Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template  
Amtrak is a registered service mark of the National Railroad Passenger Corporation.

Amtrak/Whitley  
02129