RECEIVED BY PERSONNEL

# Job Opportunity Application

(For Use By Current Amtrak Employees Only)

RECEIVED MAY 13 1999

TITLE OF POSITION DESIRED

TRAINING FOR FOREMAN II

POSTING NOTICE NUMBER

SPECIAL NOTICE

LOCATION MAINTENANCE FACILITY

ANTS PASSESS THE BEST COMBINATION OF CURRENT SKILLS AND PAST JOB PERFORMANCE WILL BE INVITED TO INTERVIE
FOR AVAILABLE POSITIONS. ONLY CANDIDATES WITH AT LEAST ONE YEAR IN THEIR CURRENT POSITION WILL BE CONSIDERED FOR OTHER
POSITION

PLEASE PRINT OR TYPE ALL INFORMATION AND SUBMIT THIS FORM TO ARRIVE AT YOUR NEAREST PERSONNEL OFFICE
ON OR BEFORE THE POSTING S EXPIRATION DATE

## PERSONAL INFORMATION

| NAME | | | | | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| ALTHERA STIGGERS | | | | | 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 |

| STREET ADDRESS | | | | | HOME TELEPHONE NO. |
|---|---|---|---|---|---|
| 1000 CYPRESSTREE DR. | | | | | 301-925-7085 |

| CITY | STATE | ZIP CODE | WORK PHONE NO. |
|---|---|---|---|
| CAPITAL HEIGHTS | MD. | 20743 | 202-906 15 43 |

| WORK LOCATION | ASSIGNED WORK DAYS | ASSIGNED WORK HOURS/SHIFT |
|---|---|---|
| IVY CITY MAINTEANCE FACILITY | MON-FRI | 8AM - 4PM |

## EDUCATION

| LEVEL 14 | DID YOU GRADUATE? | DEGREE/MAJOR | SCHOOL NAME | LOCATION (CITY/STATE) |
|---|---|---|---|---|
| HIGH SCHOOL | ☒ YES ☐ NO | BOOK KEEPING | LINCOLN SR. HIGH | 1100 BOND AVE |
| COLLEGE | ☐ YES ☒ NO | BUSINESS | ILLINOIS STATE COMMUNITY COLLEGE | |
| GRADUATE SCHOOL | ☐ YES ☒ NO | | | |
| VOCATIONAL SCHOOL | ☐ YES ☒ NO | BASIC | B.R.A.C.K. | ST LOUIS MO. |
| OTHER | ☐ YES ☐ NO | | | |

## PRESENT JOB STATUS

| PRESENT JOB TITLE FDA TECHNICAL TRAINER, CHEMICAL COORDINATOR , FOREMAN I | GRADE | LAST PERFORMANCE RATING | DATE OF LAST RATING |
|---|---|---|---|
| SUPERVISOR'S NAME MIKE KAPELA / WAYNE BRODY | | SUPERVISOR'S TITLE FACILITY MANAGERS | |

MAY A PERSONNEL DEPARTMENT REPRESENTATIVE CONTACT YOUR SUPERVISOR REGARDING YOUR INTEREST IN THIS POSITION?
YES      NO      SUPERVISOR'S TELEPHONE NO

## FOR PERSONNEL USE ONLY (DO NOT MARK)

| ENTERED | FORWARDED |
|---|---|
| DATE: _____ | BY: _____ DATE: _____ |
| BY: _____ | TO: _____ |

Amtrak

00655

NOTE: IT IS THE POLICY OF THE NATIONAL RAILROAD PASSENGER CORPORATION TO OFFER ALL EMPLOYMENT OPPOR

NOTE ATTACH ADDITIONAL SHEETS IF NECESSARY

## AMTRAK EMPLOYMENT HISTORY (LIST CURRENT POSITION FIRST)

| DATES FROM - TO | POSITION TITLE | SUPERVISOR & DEPARTMENT | MAJOR DUTIES |
|---|---|---|---|
| 5-95- PRESENT | FDA TECH. TRAINR, CHEM., CORP. FORM.I. | MIKE KAPELA  WAYNE BRODY | FDA TRAINING FOR ALL CLEANERS, INSPECTING OF THE PROPERTY. NEW HIRE ORIENTATION, |
| 87-95 | FOREMEN 1 | FRANK COVER, DARRYL PESCE, HARRY HIBBERT | SUPERVINIG CLEANERS, UTLY , AND SOME TIME CRAFT EMPLOYEES. |
| 7-76--3-87 | COACH CLEANER | PAUL COOLIE, ELTON MILLER, FREAD NESMITH FRANF COVER | *Cleaning and Seel, ng Inbound and out bound Eqt.* |
| | | | |

## OTHER EMPLOYMENT HISTORY

| DATES FROM - TO | POSITION TITLE | COMPANY | MAJOR DUTIES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed by Amtrak?    ~ YES    ☐ NO
If yes, you must complete the following information about these relatives.

| NAME | RELATIONSHIP | POSITION/DEPARTMENT | LOCATION |
|---|---|---|---|
| DWIGHT  McCLURKIN | SON IN LAW | MAIL & BAGGAGE | B.ALTIMORE |
| | | | |
| | | | |

## APPLICANT S QUALIFICATIONS

Please explain how you fulfill the posted skills and experience requirements for this position?

IN WORKING AS A FOREMAN 1 WHO'S DUTIES ARE TO OVER SEE THE CLEANING OF THE EQUIPMENT INSIDE AND OUT.    THIS OPENED UP THE OPPORTUNITY OF LEARNING ABOUT RUNNING INSIDE AND OUT SIDE REPAIRS; IN THE LINE OF PIPEFITTERS, ELECTRICIAN, CARMAN.  I HAVE GAINED KNOWLEDGE IN THE AREA OF WHATS EXPECTED FOR SAFE GARDING THE EMPLOYEES  IN PREFORMING THEIR DUTIES , WHAT'S EXPECTED FOR THE FDA, EPA  O.S.H.A. AND FRA  GUIDE LINE.

## SIGNATURE

**PLEASE READ THIS CAREFULLY.** I certify that all Information on this Job Opportunity Application Is true I understand and agree that If employed In a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Personnel Department procedures.

Applicant's Signature

Amtrak

00656

5-13-99

Date