# Job Opportunity Application

(For Use By Current Amtrak Employees Only)

RECEIVED BY PERSONNEL

**RECEIVED MAY - 7 1999**

TITLE OF POSITION DESIRED: Foreman-II

POSTING NOTICE NUMBER: _____

LOCATION: Washington-D.C.

APPLICANTS POSSESSING THE BEST COMBINATION OF CURRENT SKILLS AND PAST JOB PERFORMANCE WILL BE INVITED TO INTERVIEW FOR AVAILABLE POSITIONS. ONLY CANDIDATES WITH AT LEAST ONE YEAR IN THEIR CURRENT POSITION WILL BE CONSIDERED FOR OTHER POSITIONS.

PLEASE PRINT OR TYPE ALL INFORMATION AND SUBMIT THIS FORM TO ARRIVE AT YOUR NEAREST PERSONNEL OFFICE ON OR BEFORE THE POSTING'S EXPIRATION DATE.

## PERSONAL INFORMATION

NAME: Wellington-George-Gibson
SOCIAL SECURITY NO.: 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
STREET ADDRESS: 1813 Lawrence-Ave NE
HOME TELEPHONE NO.: 202-269-3224
CITY: Washington
STATE: DC
ZIP CODE: 20018
WORK PHONE NO.: 202-906-2435
WORK LOCATION: Union-Station
ASSIGNED WORK DAYS: Tue-Sat
ASSIGNED WORK HOURS/SHIFT: Tue-Sat 8-4 station

## EDUCATION

| LEVEL | DID YOU GRADUATE? | DEGREE/MAJOR | SCHOOL NAME | LOCATION (CITY/STATE) |
|---|---|---|---|---|
| HIGH SCHOOL | ☒ YES ☐ NO | General Education | | Nassau-Bahamas |
| COLLEGE | ☒ YES ☐ NO | 2-years | College of Bahamas | Nassau-Bahamas |
| GRADUATE SCHOOL | ☐ YES ☐ NO | | | |
| VOCATIONAL SCHOOL | ☒ YES ☐ NO | 2-years | | Nassau-Bahamas |
| OTHER | ☐ YES ☐ NO | | | |

## PRESENT JOB STATUS

PRESENT JOB TITLE: Foreman-I
BAND: _____
LAST PERFORMANCE RATING: _____
DATE OF LAST RATING: _____
SUPERVISOR'S NAME: Joe Saboury
SUPERVISOR'S TITLE: General Foreman

MAY A PERSONNEL DEPARTMENT REPRESENTATIVE CONTACT YOUR SUPERVISOR REGARDING YOUR INTEREST IN THIS POSITION?
☐ YES   ☐ NO   SUPERVISOR'S TELEPHONE NO. _____

## FOR PERSONNEL USE ONLY (DO NOT MARK)

| ENTERED | FORWARDED |
|---|---|
| DATE: _____ | BY: _____ DATE: _____ |
| BY: _____ | TO: _____ |

NOTE: IT IS THE POLICY OF THE NATIONAL RAILROAD PASSENGER CORPORATION TO OFFER ALL EMPLOYMENT OPPORTUNITIES WITHOUT REGARD TO RACE, COLOR, RELIGION, GENDER, AGE, NATIONAL ORIGIN, DISABILITY, OR VETERAN STATUS

Amtrak

NRPC 1764 (7/97)

00669

NOTE: ATTACH ADDITIONAL SHEETS IF NECESSARY

### AMTRAK EMPLOYMENT HISTORY (LIST CURRENT POSITION FIRST)

| DATES FROM - TO | POSITION TITLE | SUPERVISOR & DEPARTMENT | MAJOR DUTIES |
|---|---|---|---|
| 7-18-80 / 1-4-83 | Car Cleaner | M-of-E | Cleaning cars Dumping Hopper Cleaning Vestibules and All-Road |
| 1-5-83 | Foreman-I | M of E | Supervisor of Cleaning cars and The Snow-Detail |
| | | | |
| | | | |

### OTHER EMPLOYMENT HISTORY

| DATES FROM - TO | POSITION TITLE | COMPANY | MAJOR DUTIES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed by Amtrak?   ☐ YES   ☐ NO
If yes, you must complete the following information about these relatives.

| NAME | RELATIONSHIP | POSITION/DEPARTMENT | LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### APPLICANT'S QUALIFICATIONS

Please explain how you fulfill the posted skills and experience requirements for this position?

### SIGNATURE

**PLEASE READ THIS CAREFULLY:** I certify that all information on this Job Opportunity Application is true.  I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Personnel Department procedures.

Applicant's Signature    Date 5/6/99

Amtrak

00670