Received by Human Resources

5017515

# Job Opportunity Application

**For use by Current Amtrak Employees Only**

Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Title of Position Desired:
FOREMAN II

Posting Notice Number:
581

Location:
WASHINGTON

Please complete all information and submit this form to arrive at your nearest **Human Resources Office** on or before the posting's expiration date. This form does not allow you to spell check your data. For extensive text, you may want to compose your text in another document and cut and paste it into this form. Attach additional sheets if not enough room is provided for your data.

## PERSONAL INFORMATION

| | |
|---|---|
| Name: DEAN SWAIN | Social Sec. No.: 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 |
| Street Address: 507 LYNNBURY AVE. | Home Tel. No.: (302) 659-0362 |
| | Work Tel. No.: (302) 429-6443 |
| City: DOVER    State: DE    Zip: 19904 | Assigned Work Hours: 6AM - 2PM |
| Work Location: WILMINGTON, DE. | Assigned Work Days: M - F |

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From: 9 / 81  To: 6 / 85 | DIPLOMA AGRIBUSINESS | BLUE MOUNTAIN HIGH SCHOOL | WELLS RIVER VERMONT |
| College | ☐ Yes ☒ No | From: / /  To: / / | | | |
| Graduate School | ☐ Yes ☒ No | From: / /  To: / / | | | |
| Vocational School | ☐ Yes ☒ No | From: / /  To: / / | | | |
| Other | ☒ Yes ☐ No | From: 1 / 1990  To: 1 / 2003 | WORK RELATED EDUCATION: 7FDL RUNNING CERT., AIR BRAKE SYSTEM, 645 ENGINE RUNNING MAINTENANCE, MRTZ, BLUE FLAG, HEP/LED, NORACS + VARIOUS SAFETY PROGRAMS | | |

## PRESENT JOB STATUS

| Present Job Title: MACHINIST | Band/Zone | Last Performance Rating: | Date of Last Rating: / / |
|---|---|---|---|
| Supervisor's Name: GARY LAPORE | | Supervisor's Title: FOREMAN II | |

May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☒ Yes ☐ No    Supervisor's Telephone No.: (302) 429-6443

## HUMAN RESOURCES USE ONLY - DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: | By: | | Date: |
| By: | To: | | |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

30001132

NRPC 1764 (10/01) MSWord Template

Amtrak/Whitley
01098

## AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: / / <br> To: PRESENT | MACHINIST | GARY LAPORTE / MECHANICAL | OPERATION OF BORING MILL |
| From: / / <br> To: / / | MACHINIST HELPER | JERRY WINGERT / MECHANICAL | ALL DUTIES ASSIGNED TO ASSIST MECHANICS |
| From: / / <br> To: / / | LABORER | DANNY MCFADDEN / MECHANICAL | ALL DUTIES ASSIGNED AS PER JOB DESCRIPTION AS LABORER |
| From: / / 1990 <br> To: / / | C+S TRAINEE | AL DEMPSEY / C+S | PULLING CABLE, SPLICING + TRACK WIRING + WIRING OF ABS +CIH HOUSES |

## OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: / / 1990 <br> To: / / 1986 | CARPENTER | COLD IRON ENTERPRISES | WORKED AS CARPENTER INSTALLING METAL STUDS, HANGING DRYWALL, SUPERVISOR OF DRYWALL MECHANICS |
| From: / / 1986 <br> To: / / 1986 | DEL PENCO CONSTRUCTION (OWNER) | DEL PENCO CONSTRUCTION | ESTIMATED + BID CONSTRUCTION JOBS. |
| From: / / 1985 <br> To: / / 1986 | CARPENTER APPRENTISE PROGRAM | DON-VAC INC | CARPENTER APPRENTICE PROGRAM |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☒ Yes    ☐ No

If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| DAVID SWAIN | BROTHER | FOREMAN / MECHANICAL | WILMINGTON, DE. |
| JOHN BRADY | COUSIN | FOREMAN II / ELECTRIC TRACTION | PHILADELPHIA PA |

## APPLICANT'S QUALIFICATIONS

This form does not allow you to spell check your data.  For extensive text, you may want to compose your text in another document and cut and paste it into this form.  The field below will expand to allow 5,500 characters. Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.

## SIGNATURE

## PLEASE READ THIS CAREFULLY

I certify that all information on this Job Opportunity Application is true.  I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures.  I further understand that it may be used to update permanent employee information in the Human Resources Information System.

_Dan Swain_
Applicant's Signature

_12/16/03_
Date

**Amtrak/Whitley**
**01099**



SEP - 9 2003

## TRANSFER REQUEST

(This form is to be used for all cross-craft and seniority district transfers and where not pre-empted by collective bargaining agreement) Must have one year in current craft to be considered, unless pre-empted by collective bargaining agreement. Must be an active employee. Furloughed employees can submit transfer requests.

**INSTRUCTIONS:**     **COMPLETE ONE (1) FORM FOR EACH POSITION AND ONE (1) FORM FOR EACH LOCATION REQUESTED**

All cross-craft transfer requests will remain active for one year.

Name _Dean Swain_     Current Position/Location _Wilmington Wheel Shop_

Street _507 Lynnbury Woods Rd._

City/State/Zip Code _Dover De 19904_

Home Phone _(302) 659-0362_    Work Phone _(302) 429-6443_

Social Security # _009645316_ Seniority Date _8/9/90_

Present Status _X_ Active_____ Furloughed_____ Leave of Absence_____

Supervisor's Name _____ Phone Number _____

Do you have any relatives employed by Amtrak? If so, please list below.

| NAME | RELATIONSHIP | POSITION | LOCATION |
|------|-------------|----------|----------|
| 1. David Swain | Brother | Foreman | Wilmington, De |
| 2. | | | |
| 3. | | | |

Please list requested position and location. (only one position and location per form)

Position _Foreman_     Location _Washington Ivy City_

Please list educational and/or work experience that you possess which qualifies you for this position? You may submit a resume to attach to this transfer request.

_____

_____

Why are you requesting consideration for transfer? _Better chance for_

_advancement_

Employee Signature _Dean Swain_     Date _8/31/03_

Submit Completed Form to Local HR Office or other HR offices listed on back of this sheet.

**Amtrak/Whitley**
**01100**

**Dean Swain**
507 Lynnbury Woods Rd.
Dover, De 19904
302 659-0362

**SUMMARY**

I have been working at Amtrak since 1990, I have gained considerable experience from the various departments I have worked in. I have worked in the communication and signaling department, and as a machinist and mechanical inspector. I have completed numerous education courses for my job with Amtrak, as well as serving on the Amtrak Safety Committee.

**WORK HISTORY**

1990-2003   *Machinist, Amtrak*
Currently working in a machinist position in the wheel shop. I have worked in all shops from overhaul to building, equipment maintenance, mechanical inspector, and communication and signal department.

1986-1990   *Carpenter, Coldiron Enterprises*
Worked as a carpenter installing metal studs, and hanging drywall. Supervisor of six drywall mechanics.

1986-1986   *Owner, Del Penco Construction Company*
Estimated and bid construction jobs. Residential and commercial construction.

1985-1986   *Carpenter Apprentice, Don-Vac Inc.*
Carpenter apprentice program.

**EDUCATION**

1981-1985   Diploma, Blue Mountain Union High School
1990-2003   Amtrak work related education:  7 FDL Running Certification, Air Brake System Certification (locomotives and passenger cars), 645 Engine Running Maintenance, AMT 2, Blue Flag, Heo/Leo, Norack and various safety programs.

**References:** Available upon reqest.

**Amtrak/Whitley**
**01101**

10/31/03  FRI 12:40 FAX 2029061519        IVY CITY MNT FAC WASH DC →→→ PERSONNEL                    ☑001

RECEIVED BY PERSONNEL

**OCT 3 1 2003**

# Job Opportunity Application

**(For Use By Current Amtrak Employees Only)**

TITLE OF POSITION DESIRED
*FOREMAN II*

POSTING NOTICE NUMBER
*0036004*

LOCATION
*WASHINGTON D.C.*

APPLICANTS POSSESSING THE BEST COMBINATION OF CURRENT SKILLS AND PAST JOB PERFORMANCE WILL BE INVITED TO INTERVIEW FOR AVAILABLE POSITIONS.   ONLY CANDIDATES WITH AT LEAST ONE YEAR IN THEIR CURRENT POSITION WILL BE CONSIDERED FOR OTHER POSITIONS.

PLEASE PRINT OR TYPE ALL INFORMATION AND SUBMIT THIS FORM TO ARRIVE AT YOUR NEAREST PERSONNEL OFFICE ON OR BEFORE THE POSTING'S EXPIRATION DATE.

## PERSONAL INFORMATION

NAME *GLENN W. SHIFFLET*

SOCIAL SECURITY NO. *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*

STREET ADDRESS *2000 HATFIELD RD*

HOME TELEPHONE NO. *410 257-0524*

CITY *HUNTINGTOWN*   STATE *MD*   ZIP CODE *20639-9582*   WORK PHONE NO. *252 906-1533*

WORK LOCATION *WASHINGTON DC 180DAYLINE IVY CITY*   ASSIGNED WORK DAYS *MON-FRI*   ASSIGNED WORK HOURS/SHIFT *6th AM-2nd PM*

## EDUCATION

| LEVEL | DID YOU GRADUATE? | DEGREE/MAJOR | SCHOOL NAME | LOCATION (CITY/STATE) |
|---|---|---|---|---|
| HIGH SCHOOL | ☑ YES ☐ NO | ACADEMIC | SUITLAND HIGH | SUITLAND MD |
| COLLEGE | ☐ YES ☑ NO | PSYCHOLOGY | P.G. COMM. COLLEGE | LARGO MD |
| GRADUATE SCHOOL | ☐ YES ☐ NO | | | |
| VOCATIONAL SCHOOL | ☐ YES ☐ NO | | | |
| OTHER | ☐ YES ☐ NO | | | |

## PRESENT JOB STATUS

PRESENT JOB TITLE *ELECTRICIAN*   BAND   LAST PERFORMANCE RATING   DATE OF LAST RATING

SUPERVISOR'S NAME *BOBBY LOVE, MYRA SIMMS, HARRY DUNN*   SUPERVISOR'S TITLE *FOREMEN II & GENERAL FOREMAN*

MAY A PERSONNEL DEPARTMENT REPRESENTATIVE CONTACT YOUR SUPERVISOR REGARDING YOUR INTEREST IN THIS POSITION?
☑ YES ☐ NO   SUPERVISOR'S TELEPHONE NO. *202 906-1533*

## FOR PERSONNEL USE ONLY (DO NOT MARK)

| ENTERED | FORWARDED |
|---|---|
| DATE: *11/7/03* | BY: _____ DATE: _____ |
| BY: _____ | TO: _____ |

NOTE: IT IS THE POLICY OF THE NATIONAL RAILROAD PASSENGER CORPORATION TO OFFER ALL EMPLOYMENT OPPORTUNITIES WITHOUT REGARD TO RACE, COLOR, RELIGION, GENDER, AGE, NATIONAL ORIGIN, DISABILITY, OR VETERAN STATUS

NRPC 1764 (7/97)

*30006209*

Amtrak/Whitley
001157

10/31/03   FRI 12:40 FAX 2029061519          IVY CITY MNT FAC WASH DC →→→ PERSONNEL          ☒002

**NOTE: ATTACH ADDITIONAL SHEETS IF NECESSARY**

## AMTRAK EMPLOYMENT HISTORY (LIST CURRENT POSITION FIRST)

| DATES FROM - TO | POSITION TITLE | SUPERVISOR & DEPARTMENT | MAJOR DUTIES |
|---|---|---|---|
| APPROX. 11-98 10-99 | ELECTRICIAN | BERNARD CAMPBELL GENERAL FOREMAN S&I | S&I TURNAROUND MAINTENANCE |
| APPROX. 10-99 PRESENT | ELECTRICIAN | M. YRA SIMMS, BOB LOWE FOREMEN. HARRY DUNN GENERAL FOREMAN 180 DAY | 180 DAY PREVENTIVE MAINT. |
| | | | |
| | | | |

## OTHER EMPLOYMENT HISTORY

| DATES FROM - TO | POSITION TITLE | COMPANY | MAJOR DUTIES |
|---|---|---|---|
| 10-73 4-98 | SERVICE TECH. ENSIGN TECH. | WASHINGTON GAS | TROUBLESHOOT & REPAIR GAS EQUIPMENT GAS LEAK INVESTIGATION & REPAIR |
| 1981-1985 | REALTOR | VANTAGE | REAL ESTATE LISTINGS & SALES |
| 1968-1970 | MANAGER | MILES | RUN ALL ASPECTS OF RETAIL OPERATION |

## RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed by Amtrak?   ☐ YES   ☒ NO
If yes, you must complete the following information about these relatives.

| NAME | RELATIONSHIP | POSITION/DEPARTMENT | LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## APPLICANT'S QUALIFICATIONS

Please explain how you fulfill the posted skills and experience requirements for this position?

FIVE YEARS HERE AS ELECTRICIAN IN S&I AND VARIOUS DUTIES IN 180 DAY LINE. 25 YEARS WITH PUBLIC UTILITY AS TECH. & TRAINER OF MANY SUBORDINATES. VERY ARTICULATE, COMMUNICATE & WORK WELL WITH OTHERS. WELL LIKED BY MY PEERS, PUNCTUAL AND WITH EXCELLENT ATTENDANCE RECORD. HONEST, OBJECTIVE, DEPENDABLE AND OPEN TO NEW IDEAS. KNOW HOW TO BOTH GIVE AND TAKE ORDERS AND IMPLEMENT SAME.

## SIGNATURE

**PLEASE READ THIS CAREFULLY:** I certify that all information on this Job Opportunity Application is true.   I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.   I have voluntarily submitted this form and consent to its processing according to Personnel Department procedures.

_Glenn W. Shifflet_                                          10-31-03
Applicant's Signature                                        Date

Amtrak/Whitley
001158

2000 Harfield Rd.
Huntingtown, MD 20639
410-257-0524

# Glenn W. Shifflet

| | |
|---|---|
| **Objective** | To obtain a supervisory position with Amtrak |
| **Employment** | Amtrak<br>Washington, DC<br>*9/98 – Present*<br>• Electrician<br>• Safety Committee Member *(1999-2003)* |
| | Washington Gas Light Company<br>Springfield, VA<br>*10/73 – 4/98*<br>• Construction<br>• Serviceman (All gas appliances)<br>• Mechanic (Delivery systems)<br>• Enscan Technician (Computerized remote reading system)<br>• Trainer |
| | Vantage Real Estate<br>Odenton, MD<br>*1981 – 1985*<br>• Realtor |
| **Education** | Continued trade education through a myriad of company sponsored courses in gas equipment |
| | Prince George's Community College (Major: Psychology)<br>*9/69-1/70* |
| | Suitland High School<br>Diploma earned 6/69 |
| **Skills and Abilities** | Working knowledge of plumbing, electricity<br><br>Skilled with a broad range of tools, including pneumatic air equipment<br><br>Extensive knowledge of electrical components of Amtrak cars<br><br>Experienced in the training of others in a teamwork environment<br><br>Capable of multi-tasking<br><br>Effective communicator<br><br>Experienced manager with skills in delegating authority, motivating workers, and fostering a productive environment |
| **Personal Attributes** | Capable of working independently or as a team member<br>Result-oriented; very analytical and articulate<br>Relentless attention to detail<br>2+ years military service: US Army 101 Airborne (Ranger division) |
| **References** | Available upon request |

Amtrak/Whitley
001159