# Job Opportunity Application

**For use by Current Amtrak Employees Only**

Applicants possessing the best combination of current skills and past job performance will be invited to interview for available positions. Only candidates with at least one year in their current position will be considered for other positions.

Received by Human Resources: Amtrak [stamp]

Title of Position Desired: Foreman II
Posting Notice Number: 50172367
Location: Washington, D.C.

Please complete all information and submit this form to arrive at your nearest Human Resources Office on or before the posting's expiration date. Attach additional sheets if not enough room is provided for your data.

## PERSONAL INFORMATION

Name: Ms. Leslie W White
Social Sec. No.: 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
Street Address: 5921 Cherrywood Terr. #302
Home Tel. No.: (301) 441-8698
Work Tel. No.: (202) 906-2435
City: Greenbelt    State: MD    Zip: 20770
Assigned Work Hours: 4p - 12A
Work Location: Union Station
Assigned Work Days: Wed. — Sun.

## EDUCATION

| Level | Did You Graduate? | Dates From/To | Degree/Major | School Name | Location/City/State |
|---|---|---|---|---|---|
| High School | ☒ Yes ☐ No | From: 9/71 To: 6/74 | Preparatory High School | Laurinburg Institute | Laurinburg, North Carolina |
| College | ☐ Yes ☒ No | From: 9/74 To: off/on | Sociology | Norfolk State University / PGCC | Norfolk, VA / Largo, MD |
| Graduate School | ☐ Yes ☐ No | From: / / To: / / | | | |
| Vocational School | ☐ Yes ☐ No | From: / / To: / / | | | |
| Other | ☐ Yes ☐ No | From: / / To: / / | | | |

## PRESENT JOB STATUS

Present Job Title: Carman (mechanical)
Band/Zone:
Last Performance Rating:
Date of Last Rating: / /
Supervisor's Name: Sandra Utley
Supervisor's Title: General Foreman
May a Human Resources Department representative contact your supervisor regarding your interest in this position?
☒ Yes ☐ No    Supervisor's Telephone No.: (202) 906-2229

## HUMAN RESOURCES USE ONLY – DO NOT ENTER DATA IN THIS SECTION

| Entered | | Forwarded | |
|---|---|---|---|
| Date: 11/7/03 | By: | By: | Date: |
| By: | | To: | |

Note: It is the policy of the National Railroad Passenger Corporation to offer all employment opportunities without regard to race, color, religion, gender, age, national origin, disability, or veteran status.

NRPC 1764 (10/01) paper version

30001710

- 1 -

Amtrak/Whitley
00840

### AMTRAK EMPLOYMENT HISTORY (List Current Position First)

| Dates From/To | Position Title | Supervisor and Department | Major Duties |
|---|---|---|---|
| From: 6/28/00 To: Present | Car Repairer | Sandra Utley mechanical | Inspect cars, Repair Brake-test etc... pertaining to craft |
| From: / / To: / / | | | |
| From: / / To: / / | | | |
| From: / / To: / / | | | |

### OTHER EMPLOYMENT HISTORY

| Dates From/To | Position Title | Company | Major Duties |
|---|---|---|---|
| From: 12/ /90 To: 4/ /99 | Carman | Norfolk Southern | Repair, inspect freight cars. BRK tests, etc... Safety Trainer |
| From: 6/ /00 To: Present | Carman | Amtrak | Inspect, Repair cars BRK test etc... |
| From: / / To: / / | | | |

### RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed at Amtrak?  ☐ Yes  ☒ No
If yes, you must complete the following information about these relatives.

| Name | Relationship | Position/Department | Location |
|---|---|---|---|
| | | | |
| | | | |

### APPLICANT'S QUALIFICATIONS  Attach additional sheets if necessary.

Please explain how you fulfill the posted skills and experience requirements for this position.

Resume is included. (see attachments

### SIGNATURE
**PLEASE READ THIS CAREFULLY:**
I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Human Resources Department procedures. I further understand that it may be used to update permanent employee information in the Human Resources Information System.

_Leslie W. White_     10/30/03
Applicant's Signature                   Date

Amtrak/Whitley
00841

5921 Cherrywood Terrace #302
Greenbelt, Maryland 20770
October 30, 2003

Director of Human Resources
Mrs. Sara Ray
Amtrak Human Resources
900 Second Street
N.E. Washington, D.C. 20002

Dear Mrs. Ray:

I am writing to you because you know the importance of having a knowledgeable, highly motivated and enthusiastic Foreman II to help maintain the railway industry.

I know because I have the ability to create and present an excellent image of the company and its services to Co-workers and customers. As well as, to coordinate and communicate well with clientele and management at all levels and efficiently meet objectives. I sincerely believe my experience will allow me to carry out various tasks as well as learn new areas.

I am seeking your advice as to how I might prepare for a career as a Foreman II.

Within the coming months, I hope to be a team player in Management. I welcome all your assistance. I appreciate your consideration and look forward to meeting with you.

Sincerely yours,

*Leslie W. White*
Leslie W. White

Amtrak/Whitley
00842

LESLIE W. WHITE
5921 Cherrywood Terrace #302
Greenbelt, Maryland 20770
Telephone (301) 441-8698

FOREMAN II

Available to discuss a challenging and responsible position
where my education and experience can be fully
utilized to our mutual benefit

## SUMMARY OF SKILLS

...formal education...experienced in co-worker and customer relations and service...reports...ability to work under pressure...creative problem solving... excellent communication skills...pride in quality performance and achievement...ability to work well with all levels of managment and personnel... reliable...professional...ability to adhere to company rules and regulations... adhere to all safety policies...

## PROFESSIONAL HIGHLIGHTS

Objective:   A Carman Mechanic/ Safety Trainer position in the railway industry which will use leadership, responsiblity and mechanical skills for improving the efficiency of operations.

Foreman II - Ability to create and present an excellent image of the company and its services to co-workers and customers, and to coordinate and communicate well with clientele and management at all levels and efficiently meet objectives.

Amtrak/Whitley
00843

**Experience:** Thirteen and a half years of mechanical experience and four
**12/90 -** years of apprenticeship training. Responsible for organizing,
**Present** motivating, directing co-workers in accomplishing assigned tasks. Working as Car Repairer.

- Adhere to the Company rules, technical procedures and safety policies
- Ability to work independently with minimal supervision
- Hired as a Student Carman for Norfolk Southern Apprenticeship Program
- Certified in welding
- Responsilble for inspecting and repairing damaged cars
- Made corrective changes to slack adjusters, valves, and remaining parts that were conducive to air work
- Duties included transmitting adequate information to the engineer and releasing him from the terminal of departure to his arrival destination
- Boosted the efficiency of operations at once by training my co-workers in railroad safety. By using visual aids, books, safety calendars, and my railroad related manuals
- Made our training ten times more effective by implementing and administering written tests
- Served on the Safety Committee
- Worked with committees on other work related issues
- Recommended ergonomical tools to be used to increase the quality of freight car repairs and helped to reduce potential injuries
- Assisted Labor Relations on implementing a workshop on Diversity in the Workplace
- Assisted management on an annual Safety & Quality Workshop inspiring employees morale, confidence and expertise
- Attended several company safety functions system wide

**Education:** Sociology Major, Norfolk State University, Prince George Community College

**References:** Included within. More Available Upon Request

Amtrak/Whitley
00844

DEC.31'2003 16:13 7038235723   FFXNVHEM&ONC   #6887 P.001/002

RECEIVED BY PERSONNEL

# Job Opportunity Application
(For Use By Current Amtrak Employees Only)

**TITLE OF POSITION DESIRED:** Foreman II

**POSTING NOTICE NUMBER:** 

**LOCATION:** Washington

APPLICANTS POSSESSING THE BEST COMBINATION OF CURRENT SKILLS AND PAST JOB PERFORMANCE WILL BE INVITED TO INTERVIEW FOR AVAILABLE POSITIONS. ONLY CANDIDATES WITH AT LEAST ONE YEAR IN THEIR CURRENT POSITION WILL BE CONSIDERED FOR OTHER POSITIONS.

PLEASE PRINT OR TYPE ALL INFORMATION AND SUBMIT THIS FORM TO ARRIVE AT YOUR NEAREST PERSONNEL OFFICE ON OR BEFORE THE POSTING'S EXPIRATION DATE.

## PERSONAL INFORMATION

- **NAME:** Thomas Carter
- **SOCIAL SECURITY NO.:** 260493337
- **STREET ADDRESS:** 1437 Laurel Oak Drive
- **HOME TELEPHONE NO.:** (904) 375-0700
- **CITY:** Orange Park
- **STATE:** Fla.
- **ZIP CODE:** 32003
- **WORK PHONE NO.:** (904) 613-6445
- **WORK LOCATION:** M of E 180 Day line
- **ASSIGNED WORK DAYS:** Monday - Friday
- **ASSIGNED WORK HOURS/SHIFT:** 3pm - 11pm

## EDUCATION

| LEVEL | DID YOU GRADUATE? | DEGREE/MAJOR | SCHOOL NAME | LOCATION (CITY/STATE) |
|---|---|---|---|---|
| HIGH SCHOOL | YES | Graduate | Central High School | Talbotton Georgia |
| COLLEGE | | | | |
| GRADUATE SCHOOL | | | | |
| VOCATIONAL SCHOOL | YES | Graduate Certified | U.S. Navy | United States |
| OTHER Aviation | YES | Powerplant Certified | St. George Aviation | Sanford Florida |

## PRESENT JOB STATUS

- **PRESENT JOB TITLE:** Carmen
- **BAND:** 180 DAY
- **LAST PERFORMANCE RATING:** 4.0
- **DATE OF LAST RATING:** 2003 Jan.
- **SUPERVISOR'S NAME:** R. Leonard General Foreman
- **SUPERVISOR'S TITLE:** Joe Tana (Maintenance Foreman)

MAY A PERSONNEL DEPARTMENT REPRESENTATIVE CONTACT YOUR SUPERVISOR REGARDING YOUR INTEREST IN THIS POSITION?
☑ YES  ☐ NO   SUPERVISOR'S TELEPHONE NO.

## FOR PERSONNEL USE ONLY (DO NOT MARK)

| ENTERED | FORWARDED |
|---|---|
| DATE: | BY: _____ DATE: _____ |
| BY: | TO: |

NOTE: IT IS THE POLICY OF THE NATIONAL RAILROAD PASSENGER CORPORATION TO OFFER ALL EMPLOYMENT OPPORTUNITIES WITHOUT REGARD TO RACE, COLOR, RELIGION, GENDER, AGE, NATIONAL ORIGIN, DISABILITY, OR VETERAN STATUS

NRPC 1764 (7/97)

Amtrak/Whitley
01507

DEC.31'2003 16:14 7038235723         FFXNVHEM&ONC              #6888 P.001/001

NOTE: ATTACH ADDITIONAL SHEETS IF NECESSARY

| AMTRAK EMPLOYMENT HISTORY (LIST CURRENT POSITION FIRST) | | | |
|---|---|---|---|
| DATES FROM - TO | POSITION TITLE | SUPERVISOR & DEPARTMENT | MAJOR DUTIES |
| Oct. 98 - | Car Inspector | Joe Tana Mechanical | Service, Inspect, and repair all Passenger/Freight equipment on Amtrak. |
| | | | |
| | | | |
| | | | |

| OTHER EMPLOYMENT HISTORY | | | |
|---|---|---|---|
| DATES FROM - TO | POSITION TITLE | COMPANY | MAJOR DUTIES |
| July 87 Sept. 98 | Test Cell Operator Jet Engine Operator | U.S. Navy | Test and Repair all Aircraft engines and service accordingly. |
| | | | |
| | | | |

### RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed by Amtrak?   ☐ YES   ☒ NO
If yes, you must complete the following information about these relatives.

| NAME | RELATIONSHIP | POSITION/DEPARTMENT | LOCATION |
|---|---|---|---|
| | | | |
| — | — | — | — |
| | | | |

### APPLICANT'S QUALIFICATIONS

Please explain how you fulfill the posted skills and experience requirements for this position?

I possess all of the required qualifications of the posted position including but not limited to, the ability to ensure the employees are performing servicing and inspection activities in accordance with FRA, FDA, and EPA standards and most importantly, the standards set by Amtrak. Past positions have displayed my ability to work well with others, as well as motivate others to accomplish peak performance.

### SIGNATURE

PLEASE READ THIS CAREFULLY: I certify that all information on this Job Opportunity Application is true. I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself. I have voluntarily submitted this form and consent to its processing according to Personnel Department procedures.

_[signature]_                                       31 DEC 03
Applicant's Signature                               Date

Amtrak/Whitley
01508

DEC.31'2003 16:13 7038235723        FFXNVHEM&ONC                #6897 P.002/002

1437 Laurel Oak Drive  (904) 375-0700
Orange Park, Fl. 32003

# Thomas Carter

**Objective**      To successfully obtain employment and become a team member.

**Experience**     1998–2003        Amtrak                    Jacksonville, Fl.
                   **Qualified Maintenance Person / Inspector**
- Inspect and repair passenger and freight equipment on Amtrak commuter and short distance trains.
- Building and breaking down Amtrak approved roadrailers that carry mail and other materials.
- Inspect and test air brake systems on all freight and passenger trains.
- Qualified in Food and Drug Administration Sanitation procedures aboard trains and stations.
- Qualified to train members to perform Class 1 Brake test on all Amtrak trains

                   1999–2002        Amtrak                    Jacksonville, Fl.
                   **Safety Team Chairman / Intercity Safety Council**
- Constantly maintaining a safe work environment by removing potentially dangerous materials and equipment from Amtrak station.
- Organized and assisted in the performance of all Heath Fairs that took place onboard Amtrak.
- Performed numerous Job Safety Analysis inspections on trains that were scheduled to arrive in Jacksonville, Ocala, and Gainesville Florida.
- Instrumental in the process to install a safety shield (blinking strobe light) on the loading dock as another line of protection as well as communication to prevent damage to equipment or possible loss of life.
- Valuable mouthpiece in the avenues of relaying the views of Amtrak Jacksonville concerning safety appliances, unsafe conditions, and damaged equipment that could be costly in the long run for the company.
- Created an inventory of station equipment that requires timely inspections, maintenance, and safety appliances to be used in accordance.

                   1995–1998        U.S. Navy                 Jacksonville, Fl.
                   **Jet Engine Test Cell Qualifier / Aviation Mechanic**
- Trained and increased the total amount of operators by 40% in six months on the T-56 Test Cell.
- Doubled output of T-56 engines per week that were ready for installation at the squadron level.
- Part of the dynamic team that completed 26 T-56 motors in a five week period with no returns to boot.
- Directly responsible for supervising and signing the on the job training of prospective operators.

Amtrak/Whitley
01509

DEC.31'2003 16:15  7038235723          FFXNVHEM&ONC                    #6889 P.001/001

- Achieved the status of Collateral Duty Inspector in minimal time to maximize output of workload in 41 Lima I Level shop.

1987–1995          U.S. Navy                    Brunswick, Me.

**Jet Engine Mechanic**
- Removed and replaced all defective parts or equipment on all squadron P-3 aircraft.
- Performed scheduled and unscheduled maintenance on all T-56 engines along with component rigging, servicing, and inspections.
- Examined engines for oil leaks and performed diagnostic checks for metering devices.
- Test engine operation using test equipment such as ignition and compression checkers along with turbine inlet temperatures.
- Performed miscellaneous duties to service aircraft, including sumps along with phased inspections.

| Education | | | |
|---|---|---|---|
| | 1987 | Central High School | Talbotton, Ga. |
| | 1987-1998 | U.S. Navy | U.S.A |
| | 1998 | St. George Aviation | Sanford, Fl. |

**Interests**   Religion, mechanical items, family, and landscaping

**Tips**   Quick starter and motivator who love to devote time to the task at hand.

Infectious work behavior that is impeccable.

Amtrak/Whitley
01510