8/19/04 — Talk to A Dots
Thur
Talk to Mr Taylor
@ non Ceeran
the Foreman II
Interview. Mr
Told me the it
they had known
the I had been
written up in April
that I would have
never been interview
He said that you had
to wait for 12 month

Whitley Additional Documents
Page 48



After been written up before you could be interview for my Job. But Miss Lessie were allow to be interview and she also got a foreman Job. I also en mr Campbell ask me to call cmr Taylor and ask him to call his office 6:25