

# EEO

# INTERNAL

# COMPLAINT

# PROCEDURES

H A N D B O O K



APRIL 1994

Amtrak
01291

## INTRODUCTION

Amtrak is committed to ensuring that all employment decisions are based solely on job related factors. To address any possible bias in employment decisions and to provide employees with an internal channel to resolve grievances, Equal Employment Opportunity ("EEO") Investigations Offices have been established throughout our system, each staffed by an EEO Representative. One of the most important programs administered by these Representatives is the Equal Employment Opportunity Internal Complaint Procedure.

Despite Amtrak's clearly stated policy of non-discrimination, the Company realizes that you, the employee, may encounter situations in which you feel you have experienced discrimination. Discrimination is considered to be unequal treatment because of race, color, religion, sex (including sexual harassment and pregnancy), national origin, age, disability, status as a disabled veteran or veteran of the Vietnam era or other factors covered by applicable federal, state or local laws. The Internal Complaint Procedure provides a means for employees to raise issues of discrimination for quick resolution within the Corporation. Of course, you are always encouraged to attempt to resolve complaints informally within the authorized supervisory chain-of-command, if at all possible, before filing a formal written complaint under this procedure.

This brochure explains the WHAT, WHO, WHERE, WHY, and HOW of the Internal Complaint Procedure.

## WHAT IS THE PURPOSE OF THE INTERNAL COMPLAINT PROCEDURE?

The primary purpose of the Internal Complaint Procedure is to provide employees with a vehicle for voicing and expeditiously resolving any claim that they have been treated unequally in their employment because of their race, color, religion, sex (including sexual harassment and pregnancy), national origin, age, disability, or status as a disabled veteran or a veteran of the Vietnam era or other factors covered by applicable state or local laws. This procedure is designed to address only problems of an EEO nature and is not intended to handle labor grievances or personnel practice complaints. Those types of complaints should be directed to the Labor Relations or Personnel Departments.

Amtrak
01292

### WHO MAY FILE AN INTERNAL COMPLAINT?

Any Amtrak employee or former employee may file an Internal Complaint.

### WHERE TO FILE AN INTERNAL COMPLAINT

An Internal Complaint should be filed with the EEO Investigations Office. If the nearest EEO office is not near your work location, you may file a complaint at the nearest Personnel office, or you may call the EEO office and ask for a complaint form to be sent to your home.

### WHEN TO FILE AN INTERNAL COMPLAINT

You should file your Internal Complaint as soon as possible after you believe you have been discriminated against. However, only complaints which are filed within a year of the alleged discriminatory action will be accepted.

You are reminded that filing an Internal Complaint is not intended to, nor will it satisfy, the time limitations within which you must file complaints of discrimination with outside agencies.

### HOW DOES THE INTERNAL COMPLAINT PROCEDURE WORK?

When you first contact the EEO Investigations Unit, the representative will help you define your complaint and consider it from an objective viewpoint, to determine whether it is one that potentially involves discrimination. If it does not, the Representative will discuss with you why the complaint is not an appropriate one for the EEO Office and suggest ways in which it might be resolved. If the complaint has any potential EEO implications, the following procedure will be used:

1. If you have not already done so, you will be asked to provide a written complaint, setting forth the facts that support your claim of discrimination. You will then receive a letter acknowledging receipt of your complaint and telling you who will investigate it.

2. The EEO Representative will investigate the allegations contained in the written complaint. This investigation may include, but is not limited to, a review of relevant

Amtrak

01293

personnel records and other employment data, interviews with supervisors and co-workers, and a review of any relevant personnel/labor relations policies and procedures.

3. All materials pertaining to the investigation of a complaint will be maintained within the EEO office in a special limited-access file and not within your personnel file.

4. The EEO office will keep complaints confidential to the maximum extent possible. However, it should be understood that thorough investigation of a complaint will generally require the investigator to discuss the issues under investigation with individuals who might have knowledge about them.

5. Corrective action will be taken when the facts indicate that it is appropriate.

6. You will be notified of the results of the completed investigation.

7. Your complaint will be resolved as quickly as possible. Every effort will be made to reach a determination within four months from the date on which the complaint was filed.

After a determination has been made, complaints will not be reinvestigated unless significant additional facts are demonstrated that change the nature of the complaint.

---

The Company prohibits any coercion, interference, intimidation, or reprisal against you (or any employee who assists you) for pursuing your complaint. If you feel such retaliatory action is being taken, you should contact the EEO Investigations Office immediately.

EEO Representatives may be found at the following locations and contacted at the numbers below:

| Location | Address | Phone |
|---|---|---|
| Chicago | 210 S. Canal Street, Room 794, Chicago, IL 60606 | (312) 655-2244 (ATS) 821-2244 |
| Los Angeles | 800 N. Alameda Street, Los Angeles, CA 90012 | (213) 891-3590 (ATS) 761-3590 |
| New York | 400 W. 31st Street, 4th Floor, New York, NY 10001 | (212) 630-7404 (ATS) 521-7404 |
| Philadelphia | 30th Street Station, 2nd Floor, Philadelphia, PA 19104 | (215) 349-1493 (ATS) 728-1493 |
| Washington | 60 Massachusetts Ave., N.E., 3rd Floor, Washington, D.C. 20002 | (202) 906-3835 (ATS) 777-3835 |

Amtrak
01294