Interview Questions
Foreman

Applicant's Name _Thomas Carter_    Date: _1/5/04_

Interviewer(s): _C. Ice, A. Hutchison, R.T. Fault_

Background Questions:

1.    Tell us about any previous work experience that you believe provided you with
knowledge and skills that are relevant to the Foreman position.
① Military - ~~Inst. in the Trade.~~ Navy 11½ years
② Amtrak - 5 years. Car Repairman. - Transferred to whs Dec 5, 03

2.    What did (do) you like most about your last (current) position?
① Learning Experience -
② Loves working in Washington

3.    What did (do) you like least about your last (current) position?
① Jacksonville - Resulted to one location
② Washington - Cold weather

4.    Why are you planning to change jobs?
Wants to Excel - Make a career with Amtrak.

Behavioral Questions:

1.    Have you ever had to "sell" an idea to your co-workers or supervisors? How did you do
it? Did they accept your idea? (Communication)
① Jacksonville - Bogies & Coupler notes - Removing Bek cycle
By using the right tool.
② Using a bright beam at loading dock to stop train movement.

2.    Tell us about a time when you had to make a decision without all the information you
needed. How did you handle it? Why did you take the course of action you decided
upon? Were you happy with the outcome? (Decisiveness)
Test cell - Damage props - Checked resources to
replace rotors.

3.    ~~Tell us about a time you experienced a loss for doing something right. How did you
react? OR~~ Give a specific example of a policy you conformed to with which you did not
agree. Why? What did you do? (Integrity)
Different degree of punishment in different locations
for the same policy

Amtrak/Whitley
01498

4. Tell us about a team project when you had to take the lead or take charge of the project? What did you do? How did you do it? What was the result? OR Describe a leadership role of yours. Why did you commit your time to it? How did you feel about it? (Leadership)

*Behavioral (1)*

5. Describe a situation that required you to do a number of things at the same time. How did you handle it? What was the result? (Panning and Organizing)

*(1) Motor - rebuilding 3 different rotors at the same time Documentation & training staff*

6. Tell us about a time when you worked with a colleague who was not doing their share of the work. How did you handle that? (Teamwork)

*Discussed it with co-worker - take to next step. Supervisor*

7. How do you define doing a good job? (Work Standards)

*Doing what is required of you - Always ensuring that material is on hand*

8. Tell us about a situation in which you have had to adjust to changes over which you had no control. How did you handle it? (Adaptability)

*Jacksonville - Making Repairs to Inf. & Out-of Equipment in a timely manner.*

## CANDIDATE SUMMARY (General Observations during the interview)

| TRAITS | UNSATIFAC-TORY | SOME DIFFICIENCES EVIDENT | SATISFAFAC-TORY | EXCEPTIONAL |
|---|---|---|---|---|
| General Exp. | | | | ✓ |
| Comm. Skills | | | | ✓ |
| Poise | | | ✓ | |
| Self Confidence | | | | ✓ |
| Interest in Job | | | ✓ | |
| *(illegible)* | | | ✓ | |

Amtrak/Whitley
01499

Interview Questions
Mechanical Foreman II

Applicant's Name: _Thomas Grefee_     Date: _1 | 5 | 04_

Interviewer (s): _Ece, Aaronson, Frank_

1. Define Leadership: (respect of others, displays confidence, takes charge of situations, assumes responsibility for themselves and there department). _Some one that you look up to and respect._

2. How would you earn respect with your employees: willing to listen to their concerns, looks out for their work-related interests, be fair in your dealings _By Checks on time, job assignments give correct, Teamwork_

3. How important is Safety to you: on a scale of 1 to 10 (1 being the highest) and why? _(1) Safety has to do lot of life & dangerous Equipment_

4. What is Personal Safety Equipment? – _Goggles, Ear plugs, gloves Shoes-boots_

5. If an employee doesn't consistently comply with safety rules, as a supervisor what is your next step to assure compliance? _Verbally discuss issue Written & safety course, then to General Foreman._

6. What type of Mechanical or Electrical background and or experience do you have? _Background (1)_

7. Explain how you would trouble shoot a problem? _# fixts - Research._

8. Give an example of a Mechanical or Electrical repair or problem that you have resolved? _Behaman (1 & 2)_

9. What type of computer skills does currently have? _Windows - Words Hickson_

10. If you were given a project by your supervisor that you think that you cannot accomplish how would you handle the situation?

_(1) Go up the # chain of command to assure job gets completed_

Amtrak/Whitley
01500

Interview Questions
Foreman

Applicant's Name _Thomas Carter_    Date: _1/6/04_

Interviewer(s): _R.T. Frank, L.W. Lee, A. Aaronson_

## Background Questions:

1. Tell us about any previous work experience that you believe provided you with _11 ⅛ yrs_ knowledge and skills that are relevant to the Foreman position. _Military, Amtrak_ _Test bank operator, safety officer, hazmat officer._ _Car Repr. Safety team member: SYR. Hired as Car RPR. Currently in WDC 12/5/03_ *

2. What did (do) you like most about your last (current) position?
   _* learning experience. from older amploees, teamwork_
   _** more in depth Repairs_

3. What did (do) you like least about your last (current) position?  *  **
   _* lack of variety in work_
   _** cold weather_

4. Why are you planning to change jobs? _Wants to excel, self motivated &_ _further career._

## Behavioral Questions:

1. Have you ever had to "sell" an idea to your co-workers or supervisors? How did you do it? Did they accept your idea? (Communication) _Yes. Shortcut to Remove cylinders (brake) from coupler. Use air wrench with u-joint. Showed time saved in Removal._

2. Tell us about a time when you had to make a decision without all the information you needed. How did you handle it? Why did you take the course of action you decided upon? Were you happy with the outcome? (Decisiveness) _Military. Hyd. leak. Did not know time constraints but solved leak & maintain production.. Yes_

3. ~~Tell us about a time you experienced a loss for doing something right. How did you react? OR Give a specific example of a policy you conformed to with which you did not agree. Why? What did you do?~~ (Integrity) _Punishment not being equal for drug possession)_

Amtrak/Whitley
01501

4.  Tell us about a team project when you had to take the lead or take charge of the project? What did you do? How did you do it? What was the result? ~~OR Describe a leadership role of yours. Why did you commit your time to it? How did you feel about it? (Leadership)~~

     *Behavior #1*

5.  Describe a situation that required you to do a number of things at the same time. How did you handle it? What was the result? (Panning and Organizing) *Monitor All functions of test stands on Engines. Documentation, priorities & follow up.*

6.  Tell us about a time when you worked with a colleague who was not doing their share of the work. How did you handle that? (Teamwork) *Talked to Do your share. If nothing Done progress to supr.*

7.  How do you define doing a good job? (Work Standards) *Do what is required. And go the extra mile to ensure dependability*

8.  Tell us about a situation in which you have had to adjust to changes over which you had no control. How did you handle it? (Adaptability) *#8 Vent Valve failure & other problem on #97. Prioritized & corrected All*

_CANDIDATE SUMMARY_ (General Observations during the interview)

| TRAITS | UNSATIFAC-TORY | SOME DIFFICIENCES EVIDENT | SATISFAFAC-TORY | EXCEPTIONAL |
|---|---|---|---|---|
| General Exp. | | | ✓ | |
| Comm. Skills | | | ✓ | |
| Poise | | | | |
| Self Confidence | | | ✓ | |
| Interest in Job | | | ✓ | |
| *Mech* | | ✓ | | |

**Amtrak/Whitley**
**01502**

Interview Questions
Mechanical Foreman II

Applicant's Name: _Thomas Carter_          Date: _1/06/04_

Interviewer (s): _R.T. Frank, L.W. Joe, A Aaronson_

1. Define Leadership: (respect of others, displays confidence, takes charge of situations, assumes responsibility for themselves and there department). Someone to look up to. leads By example

2. How would you earn respect with your employees: willing to listen to their concerns, looks out for their work-related interests, be fair in your dealings Respect employee, understanding but firm, handle problems in house

3. How important is Safety to you: on a scale of 1 to 10 (1 being the highest) and why? #1 loss of life, injury, or equipment damage

4. What is Personal Safety Equipment? OK

5. If an employee doesn't consistently comply with safety rules, as a supervisor what is your next step to assure compliance? TALK, Document, Refresher, Take matter to my super

6. What type of Mechanical or Electrical background and or experience do you have? Background #1

7. Explain how you would trouble shoot a problem? Check to see if Repeat, DO JOB Safely, Document fix. Start simple to

8. Give an example of a Mechanical or Electrical repair or problem that you have resolved? Behavioral #1 d #2

9. What type of computer skills does currently have? DOS, WORD, W.ND. MicroSoft, ARROW

10. If you were given a project by your supervisor that you think that you cannot accomplish how would you handle the situation? Attempt, progress up chain of command. Appraise of job status at end of shift

Amtrak/Whitley
01503

Interview Questions
Foreman

Applicant's Name ___Thomas Carter___    Date: ___1/6/04___

Interviewer(s): ___Agranza / Ice / Frank___

Background Questions:

1. Tell us about any previous work experience that you believe provided you with
knowledge and skills that are relevant to the Foreman position.
*11½ years Navy military — officer Training Officer Hazmat officer*
*Career Safety Chairman in Jacksonville*
*5 years Amtrak*

2. What did (do) you like most about your last (current) position?
*learning experience and getting together*
*learning more about the equipment*

3. What did (do) you like least about your last (current) position?
*no variety in jobs*
*Cold weather*

4. Why are you planning to change jobs?
*Want to excell make it career and not stagnant*

Behavioral Questions:

1. Have you ever had to "sell" an idea to your co-workers or supervisors? How did you do
it? Did they accept your idea? (Communication) *Coupler not shut cuts on cylinders (brakes)*
*put up broken line safety*

2. Tell us about a time when you had to make a decision without all the information you
needed. How did you handle it? Why did you take the course of action you decided
upon? Were you happy with the outcome? (Decisiveness) *damaged prop on rail*
*got out as soon @ possible installed air lines b/c broke*
*down train called for parts.*

3. Tell us about a time you experienced a loss for doing something right. How did you
react? OR Give a specific example of a policy you conformed to with which you did not
agree. Why? What did you do? (Integrity) *different degrees of punishment for same*
*offense in different areas,*

Amtrak/Whitley
01504

4. Tell us about a team project when you had to take the lead or take charge of the project? What did you do? How did you do it? What was the result? ~~OR Describe a leadership role of yours. Why did you commit your time to it? How did you feel about it?~~ (Leadership)

*See. B-1*

5. Describe a situation that required you to do a number of things at the same time. How did you handle it? What was the result? (Panning and Organizing) *difflt notins on Ollmnt AirCreft and Kept documents*

6. Tell us about a time when you worked with a colleague who was not doing their share of the work. How did you handle that? (Teamwork) *Talkd to employee then go up Chain of Command*

7. How do you define doing a good job? (Work Standards). *plann Am Next Job doing what is reauired and making Sure it dut*

8. Tell us about a situation in which you have had to adjust to changes over which you had no control. How did you handle it? (Adaptability) *vorking on trn 97 and Being Called off to find Kicker in train*

*/Y*

## CANDIDATE SUMMARY *(General Observations during the interview)*

| TRAITS | UNSATIFAC-TORY | SOME DIFFICIENCES EVIDENT | SATISFAFAC-TORY | EXCEPTIONAL |
|---|---|---|---|---|
| General Exp. | | | ✓ | |
| Comm. Skills | | | ✓ | |
| Poise | | | ✓ | |
| Self Confidence | | | ✓ | |
| Interest in Job | | | ✓ | |
| Mech | | | ✓ | |

Amtrak/Whitley
01505

Interview Questions
Mechanical Foreman II

Applicant's Name: _Thomas Carter_    Date: _1/6/04_

Interviewer (s): _Aaronson/Ice Frank_

1. Define Leadership: (respect of others, displays confidence, takes charge of situations, assumes responsibility for themselves and there department). makes all troubles go away you look up to and remember

2. How would you earn respect with your employees: willing to listen to their concerns, looks out for their work-related interests, be fair in your dealings Earned thir respects by being understanding but firm. Team work environment

3. How important is Safety to you: on a scale of 1 to 10 (1 being the highest) and why? #1 no loss of life or damage to equipment

4. What is Personal Safety Equipment? Hlt/SG/Earplugs/Boots/Gloves/

5. If an employee doesn't consistently comply with safety rules, as a supervisor what is your next step to assure compliance? verbal - written and noted

6. What type of Mechanical or Electrical background and or experience do you have? See #1

7. Explain how you would trouble shoot a problem? check for repeat problem

8. Give an example of a Mechanical or Electrical repair or problem that you have resolved? See #1 + 2

9. What type of computer skills does currently have? Windows dos word ARROW

10. If you were given a project by your supervisor that you think that you cannot accomplish how would you handle the situation? Try Best to Complete notify relief of progress

**Amtrak/Whitley**
**01506**