Interview Questions
Mechanical Foreman II

Applicant's Name: **Grimes, Robert**     Date: **12-7-04**
Interviewer(s): **M W Tally**

1. Define Leadership: (respect of others ✓, displays confidence ✓, takes charge of ✓ situations, assumes responsibility for themselves and their development).

2. How would you earn respect with your employees (willing to listen to their concerns, looks out for their work related interests, be fair to your ✓ dealings)

3. How important is Safety to you: on a scale of ①to 10 (1 being the highest) and why?

4. What is Personal Safety Equipment?   **Excellent Knowledge**

5. If an employee doesn't consistently comply with safety rules, as a supervisor what is your next step to assure compliance?
   **Inform them of company policy, discipline and informational procedures**

6. What type of Mechanical or Electrical background and/or experience do you have?
   **Answered easier**

7. Explain how you would troubleshoot a problem?  **de Brief the crew**
   **Find out what the problem is. Brief the crew. Look at manuals to help correct problem. get help.**

8. Give an example of a Mechanical or Electrical repair or problem that you have resolved?
   **Cable splicing, fuel valve would not open**

9. What type of computer skills do you currently have?

10. If you were given a project by your supervisor that you think that you cannot accomplish how would you handle the situation?
    **Make attempt but will alert supervisor of difficulties with project. Ask supervisor for advice as to how to accomplish task.**

Amtrak/Whitley
01575

#1 Good skills in trouble shooting + handling people in adverse situations.

#2 a. Last pos. helping others on time performance.
   b. current pos. learning new things, Relaxing atmosphere

#3 a. last pos. not getting the job done. having to discipline others.
   b. learning new technology and getting trained for it

## Behavioral

#2 thought it was not able to go because of crack in housing. Found out if he checked manual, would have found it was not housing crack by caused by vibration from nose of plane. Found metal chunks in nose and stopped plane from being used for spcl. Metal chunks would have damaged engine causing engine failure and possbly life loss if used for event.

#8 made a conduit tester found bad wire which was corroded. Repaired problem

Amtrak/Whitley
01576