Interview Questions
Foreman

Applicant's Name: Charles Eckstein    Date: 9/8/04
Interviewer(s): R.Y. Frank

**Background Questions:**

1. Tell us about any previous work experience that you believe provided you with knowledge and skills that are relevant to the Foreman position.
   ① Scheduling Maint. - Writing - NECMSC

2. What did (do) you like most about your last (current) position?
   NEC Trainer - Op cluting manuals - working with Employees on floor.

3. What did you like least about your last (current) position?
   How do you handle problem children or employees that don't care their weight

4. Why are you planning to change jobs?
   NEC - Leaving -

**Behavioral Questions:**

1. Have you ever had to "sell" an idea to your co-workers or supervisors? How did you do it? Did they accept your idea? (Communication)
   Use material off of another component that was not being used. (Breakers)

2. Tell us about a time when you had to make a decision without all the information you needed. How did you handle it? Why did you take the course of action you decided upon? Were you happy with the outcome? (Decisiveness)
   Making on site judgment calls - Fire - Putting out with $CO_2$.

3. Tell us about a time you experienced a loss for doing something right. How did you react? OR Give a specific example of a policy you conformed to with which you did not agree. Why? What did you do? (Integrity)
   Supervising - OJT - Employee left socket on 13-s br. blew fuses again.

Amtrak/Whitley
01555

4. Tell us about a team project when you had to take the lead or take charge of the project? What did you do? How did you do it? What was the result? OR Describe a leadership role of yours. Why did you commit your time to it? How did you feel about it? (Leadership)

*Annual switch board cleaning - Made sure that we had all proper tools to do the job.*

5. Describe a situation that required you to do a number of things at the same time. How did you handle it? What was the result? (Panning and Organizing)

*Elect Motor - Rolling - Control central departments due to different skilled labor had nail to do.*

6. Tell us about a time when you worked with a colleague who was not doing their share of the work. How did you handle that? (Teamwork)

*Counsel him - Document - Formal*

7. How do you define doing a good job? (Work Standards)

*Always doing a good job isn't good enough. I always try to do a better job. Showing up on time.*

8. Tell us about a situation in which you have had to adjust to changes over which you had no control. How did you handle it? (Adaptability)

*Mechanical - Modifications*

CANDIDATE SUMMARY (General Observations during the interview)

| TRAITS | UNSATIFAC-TORY | SOME DIFFICIENCES EVIDENT | SATISFAFAC-TORY | EXCEPTIONAL |
|---|---|---|---|---|
| General Exp. | | | ✓ | |
| Comm. Skills | | | ✓ | ✓ |
| Poise | | | ✓ | |
| Self Confidence | | | ✓ | |
| Interest in Job | | | ✓ | |

Amtrak/Whitley
01556



## Interview Questions
## Mechanical Foreman II

Applicant's Name: _____    Date: _____

Interviewer (s): _____

1. Define Leadership: (respect of others, displays confidence, takes charge of situations, assumes responsibility for themselves and there department). *Coaching - Mentoring - Leading by example*

2. How would you earn respect with your employees: willing to listen to their concerns, looks out for their work-related interests, be fair in your dealings *Earning it - Positions - Being Consistent*

3. How important is Safety to you: on a scale of 1 to 10 (1 being the highest) and why? *Safety is always important - Safety (1)*

4. What is Personal Safety Equipment? *Boots - hearing protection - Gloves*

5. If an employee doesn't consistently comply with safety rules, as a supervisor what is your next step to assure compliance? *Refresher course - informal - Formal*

6. What type of Mechanical or Electrical background and or experience do you have? *See Resume*

7. Explain how you would trouble shoot a problem? *Check for something simple - light bulbs - switch*

8. Give an example of a Mechanical or Electrical repair or problem that you have resolved?

9. What type of computer skills does currently have? *Word - PowerPoint -*

10. If you were given a project by your supervisor that you think that you cannot accomplish how would you handle the situation?
*Discuss w/s Material, Not in my area of expertise.*

Amtrak/Whitley
01557

Interview Questions
Foreman

Applicant's Name **C. ECKSTEIN**   Date: **9-8-04**

Interviewer(s): _____

Background Questions:

1. Tell us about any previous work experience that you believe provided you with knowledge and skills that are relevant to the Foreman position.
   **MAINTANCE SCHEDULING IN NAVY**

2. What did (do) you like most about your last (current) position?
   **NEC TRAINER LIKE WORKING WITH PEOPLE TEACHING THEM**

3. What did (do) you like least about your last (current) position?
   **How Do you handle problem people WHO DON'T WANT TO BE PART OF THE TEAM**

4. Why are you planning to change jobs?
   **NEC Leaving**

Behavioral Questions:

1. Have you ever had to "sell" an idea to your co-workers or supervisors? How did you do it? Did they accept your idea? (Communication)
   **B/O CONTACTOR REPLACED WITH ONE OFF OF ANOTHER PIECE OF EQUIPTMENT TO GET IT RUNNING IT WORKED AND TRAIN OK.**

2. Tell us about a time when you had to make a decision without all the information you needed. How did you handle it? Why did you take the course of action you decided upon? Were you happy with the outcome? (Decisiveness)
   **FIGHTING FIRE ON SHIP DIDN'T SEE FIRE HAD TO MAKE DECISION ON HOW TO FIGHT IT PUT ~~FIRE~~ FIRE OUT**

3. Tell us about a time you experienced a loss for doing something right. How did you react? OR Give a specific example of a policy you conformed to with which you did not agree. Why? What did you do? (Integrity)

**TRAINING Doing PREVENTIVE MAINTANCE LET MAN DO HANDS ON AND HE FORGOT SOCKET IN CABNIT AND BLEW FUSES.**

Amtrak/Whitley
01558

4. Tell us about a team project when you had to take the lead or take charge of the project? What did you do? How did you do it? What was the result? OR Describe a leadership role of yours. Why did you commit your time to it? How did you feel about it? (Leadership)

ANNUAL SWITCH BOARD CLEANING DEALING WITH LOW AND HIGH VOLTAG. TAKING OUT

5. Describe a situation that required you to do a number of things at the same time. How did you handle it? What was the result? (Panning and Organizing)

WOULD WORK WITH OTHER DEPARTMENTS AND COORDINATE WITH THEM WHEN TO WORK

6. Tell us about a time when you worked with a colleague who was not doing their share of the work. How did you handle that? (Teamwork)

TALK TO HIM. DOCUMENT + TRAIN, IF HE STILL DIDN'T DO HIS SHARE GIVE IT TO UPPER SUPERVISION

7. How do you define doing a good job? (Work Standards)

UNCLEAR ANSWER

8. Tell us about a situation in which you have had to adjust to changes over which you had no control. How did you handle it? (Adaptability)

TOLD THIS IS THE JOB. DID IT.

CANDIDATE SUMMARY (General Observations during the interview)

| TRAITS | UNSATIFAC-TORY | SOME DIFFICIENCES EVIDENT | SATISFAFAC-TORY | EXCEPTIONAL |
|---|---|---|---|---|
| General Exp. | | | ✓ | |
| Comm. Skills | | | ✓ | ✓ |
| Poise | | | ✓ | |
| Self Confidence | | | ✓ | |
| Interest in Job | | | | ✓ |
| | | | | |

Amtrak/Whitley
01559

Interview Questions
Mechanical Foreman II

Applicant's Name: _____    Date: _____

Interviewer (s): _____

1. Define Leadership: (respect of others, displays confidence, takes charge of situations, assumes responsibility for themselves and there department).
   TO COACH AND MENTOR  NOT ASKING SOMEONE TO DO SOMETHING YOU WOULDN'T DO
2. How would you earn respect with your employees: willing to listen to their concerns, looks out for their work-related interests, be fair in your dealings
   WORKING WITH THEM. CARING, BE CONSITANT
3. How important is Safety to you: on a scale of 1 to 10 (1 being the highest) and why? #1 TAKING SHORT CUTS GETS PEOPLE HURT
4. What is Personal Safety Equipment?
   BOOTS, EYE, HAT, GLOVES, FACE SHIELD
5. If an employee doesn't consistently comply with safety rules, as a supervisor what is your next step to assure compliance?
   SEND TO REFRESHER COURSE, COUNCEL HIM, THEN FORMAL
6. What type of Mechanical or Electrical background and or experience do you have?

7. Explain how you would trouble shoot a problem?
   WOULD EVALUATE AND WORK BACKWARDS
8. Give an example of a Mechanical or Electrical repair or problem that you have resolved?

9. What type of computer skills does currently have?
   GOOD SKILLS
10. If you were given a project by your supervisor that you think that you cannot accomplish how would you handle the situation?

INFORM HIM WHY I COULDN'T
PARTS
KNOWLEDGE  NEED HELP
WOULD SEEK HELP BUT WOULDN'T SAY I COULDN'T.

Amtrak/Whitley
01560