# Memo

**Date:** October 29, 2003

**To:** Whom It may Concern

**From:** Garry Louers, Gen Foreman

**Department:** Mechanical

**Subject:** Letter Of Recommendation For Ms. Mae Whitley

    This letter is to inform you that I recommend Foreman-1 Mae Whitley for the position of Foreman-2. Ms. Whitley has been a member of our service and inspection team as a Foreman-1 for an extended period of time, she has shown me many reasons why I feel she would be capable of transforming into the foreman-2 ranks.

With transitional support and training through the mechanical department, and her own diligent attitude to advance with in the organization, I believe along with her safety back round, and the back bone she has which is most desperately needed in the foreman-2 ranks, she would have no problem fulfilling the needs in this department, as a foreman-2.

Thank you