AMTRAK INTERNAL EMPLOYMENT DISCRIMINATION COMPLAINT
SUBMITTED BY: MAE L. WHITLEY,
FOREMAN I

F.DAS

October, 1999 I was awarded a Foreman I position. This position was vacated by Althea Stiggers.

I never received any formal training for thsi position. All computer files relating to the procedures and FDA regulations were deleted after the positon was awarded to me. This was reported to Mr. Tom Wimbish, Mgr. of locomotives and Ms. Carol Evans, Supervisor. Nothing was done to reestablish the files. Because this information was never set up again, I had no access to contacts needed to provide services and equiment related to my responsibilities. The following incidents occured:

1) I reported a 76 rating on a FDA report based on my reveiw. Mr. Wimbish was upset and stated I need to learn how to politic in order to make the railroad pass all test.

2) I was constantly compared to Ms. Stiggers in my job performance, but no one offered to train me so that I could do what was required.

3) Mr. Wimbish stated that unless I gave sexual favors to Mr. Kapela like Ms. Stiggers did, that Mr. Kapela will always stay on my back. Mr. Wimbish stated he too was having an affair with Ms. Stiggers. This conversation was witnessed by Bernard Campbell, Gen. Foreman.

4) I was constantly denied access of company vehicles which was needed to perform my duties related to the position I was awarded. On one occasion Ms. Barbara Moncree was allowed to use a company vehicle for a Drs appointment in Greenbelt, Maryland. This was not a job related incident. Per Ms. Moncree, I was not allowed to use company vehicles because Mr. Wimbish did not like mae and to prove thsi she was granted access to the company vehicle and stated to me "I get the truck when I want it." This was witnessed by Mr. Paul Hemphill.

5) I was not allowed to fully work the position I was awarded. Mrs. Stiggers attended seminars and business meetings out of state that were directly related to my job, three (3) months after I was assigned to this position, and continued to order equipment without my knowledge.

AMTRAK INTERNAL EMPLOYMENT DISCRIMINATION COMPLAINT
CONT'D.

Mr. Roy Runkles was instructed to place me in the back seat and deal with Ms. Stiggers. This conversation was witnessed by Mr. B.L. Campbell, Mgr. and mr. T. Wimbish.

6) Almost every morning Mr. Kapela would stand in my office doorway and stare at me in a derogartory manner without speaking. He would then turn and walk away.

7) Ms. Stiggers was allowed to set her own work hours and arranged to work overtime at her discretion. I was never allowed to work overtime, and to complete the job requiremtns I worked after my scheduled work hours and week ends. The FDA Inspector cited Amtrak because employee certification training was not current. All with the exception of the new hires, the last certification was 1986. When I asked for overtime to recertify the employees, It was denied by Mr. Wimbish, he stated I would have to do this on my own time.

8) When I inquired as to why I wasn't allowed to travel to train employees. My supervisor stated it was a hassel for her to get permission for me to do anything related to this position.

10) When ever I used my personal vehicle to do Amtrak business, I was watched by MR. Vega, who indicated to my manager that I was leaving the maintenance facility before the end of my shift. Because I used my car, he assumed I was leaving the property to go home, when in fact I went to Union Station, the Coach Yard, or the Annex building.

11) After approximately eight months I was told by my manager that my position was permenant. Mrs. Stiggers approached me and insisted she wanted her job and her office the next day. I reported this incident to Ms. Carol Evans. Ms. Evans reported it to Mr. Kapela, who instructed Ms. Stiggers to bid on a Foreman II job.

AMTRAK INTERNAL EMPLOYMENT DISCRIMINATION COMPLAINT
CONT'D.

12) In July, 2000, I called Mr. Kapela and requested a meeting to resolve the harrassment directed toward me by him. He came to my office. After our discussion Mr. Kapela apologised and stated he was under a lot of stress but the harassment would stop. Nothing changed after our meeting, Mr. Kapela continued to slander my name. I reported this to my Union Representative, Frank Cover. Mr. Cover instructed me to file a grievenance. I agreed to do so after I returned from Beech Grove. I was told by my supervisor, during a telephone conversation, that my behavior at the Beech Grove meeting was not acceptable. When I asked her to explain she evaded the issued. Tom Wimbish was very upset eith me and stated I needed to learn how to politic. Per Manuel Vega, my job was going to be abolished as soon as Mr. Kapela returned to work. When I asked if someone would explain what I was being accused of, no one would come foward. After the telephone conversation with my supervisor, I began to have chest pains. I went to the emergency room and was kept overnight for oberservation. The Emergency room physician recommended I follow up with a Nuerologist. The nuerologist's diagnosis was a nervousness breakdown due to job related stress.