# APPLICANT FLOW LOG

**Position Title:** Foreman II - Training Positron

**Period Covered:**

**Department:** Mechanical

**Job Group:**

**Recruiting Area:** WASHINGTON

**Posting Notice #:**

| Name | EEO Race Codes | | | | | | | Sex | | Source | Interv. Date | Dept Rep. Name | Disposition |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | B | H | D | E | F | O | M | F | | | | |
| J. Ladson | ✓ | | | | | | | ✓ | | | | Unk Rg - Flow | not selected |
| M. Harris | ✓ | | | | | | | ✓ | | | | | not selected |
| A. Stygles | ✓ | | | | | | | ✓ | | | | | selected |
| G. Welliston | ✓ | | | | | | | ✓ | | | | | not selected |
| M. Suddo | ✓ | | | | | | | ✓ | | | | | not selected |
| M. Whitley | ✓ | | | | | | | ✓ | | | | | |
| O. Allen | ✓ | | | | | | | ✓ | | | | | ✓ |
| B. Magee | ✓ | | | | | | | ✓ | | | | | |

**EEO Race Codes:**

W = White
B = Black
H = Hispanic
D = Asian/Pacific Islander
E = American Indian/Alaskan Native
F = Aleut
O = Other

Completed by _Salah Ray_