National Railroad Passenger C    ation  900 2nd Street, NE, Washington D. 20002, Telephone (202) 906-3101





August 25, 2000

Ms. Jane Ladson
8811 Gladeside Drive
Clinton, MD 20735

Dear Ms. Ladson:

I am in receipt of your letter dated August 3, 2000, requesting information on your status within the Washington Terminal Mechanical Department. Working with you for the past few years, I can state that your work ethic and dedication to quality work has not gone unnoticed.

The recent selection process to promote an existing Foreman I for training toward qualification as a Foreman II, was established as a local agreement with the ARASA organization. An interview panel consisting of a Terminal Services management, Human Resources Department, and an ARASA representative. Though it was a difficult decision of selecting the second candidate to be given the opportunity for training, the panel selected the most qualified applicant.

However, this decision does not have any negative impact on your future efforts for career advancement. Please continue to maintain your good work record and pursuing future career advancements.

Sincerely,

Daryl K. Pesce
General Manager
Mid-Atlantic Division

cc:   Mike Kapela
      Tom Guerin
      Arlene Davis - Human Resources
      Frank Cover - ARASA

AN EQUAL OPPORTUNITY EMPLOYER

Amtrak/Whitley
02137

*JANE LADSON*
*8811 Gladeside Drive*
*Clinton, MD 20735*
*(301) 868-9247 - Home*
*(202) 906-2435 - Office*

August 3, 2000

Daryl K. Pesce
General Manager
Mid-Atlantic Division

Dear Mr. Pesce,

I am writing this letter because I believe that I am being disregarded and treated unfairly regarding Amtrak's recent selection of Foreman I employees who are being trained and promoted as Foreman II employees. The selection of those chosen for these training classes should be based on an employee's work performance experiences and qualifications.

During the course of my tenure at Amtrak, it has always been my knowledge and understanding that the qualifications for a person to be promoted to the position of Foreman II is for this person to have experience, as well as a mechanical background. If you take a look at my experiences, qualifications, and tenure they will show that I am well versed in my duties at Amtrak. I have provided Amtrak with merited service for 29 years, 10 of which were devoted to the position of a Carman. In this position, I performed mechanical duties and in fact, received mechanical training by Amtrak. I had hope that one day I would be able to utilize and improve upon these skills. Surely one would see that I have been qualified for a Foreman II position for the past several years. However, as I review the numerous times that I was not selected for a Forman II position this does not appear to be the case.

It is Amtrak's promise to provide satisfaction guaranteed. This is a wonderful concept however; this concept should start with the employees like myself whose job it is to make this promise a reality. How can one possibly feel respected and valued if they continue to be miss-treated unfairly and disregarded time and time again? If there is continued misuse of company policy, and disregard of long-standing and dedicated employees, the effects will eventually result in low employee moral and interruption of employee productivity.

Mr. Pesce, I strongly feel that there has been a un-justice done toward me. I am being disregarded and disrespected by Managers and Union Leaders and an explanation is long over due.

If additional information is needed I would gladly provide it so that we can resolve this matter as soon as possible. I can be reached in writing at the above address and telephone number.

Sincerely,


Jane Ladson
Foreman I
Station/Washington DC

Amtrak/Whitley
02138