```
                                                                  1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2
    - - - - - - - - - - - - - - - x
 3                                 :
    MAE L. WHITLEY,                :
 4                                 :
             Plaintiff,            :
 5                                 :
         vs.                       :     Civil Action No.
 6                                 :        1:03CV00636
    NATIONAL RAILROAD PASSENGER    :
 7  CORPORATION (AMTRAK),          :
                                   :
 8           Defendant.            :
                                   :
 9  - - - - - - - - - - - - - - - x

10                               Alexandria, Virginia

11                               Monday, October 27, 2003

12      Deposition of MAE L. WHITLEY, plaintiff, called

13  for examination by counsel for the defendant, pursuant

14  to notice, at the office of Keith S. Fischler, Esq.,

15  Young, Goldman & Van Beek, P.C., 510 King Street,

16  Suite 416, Alexandria, Virginia  22313, before Carol

17  A. Lowe, a Registered Professional Reporter and a

18  Notary Public in and for the State of Virginia,

19  beginning at 10:45 a.m., when were present on behalf

20  of the respective parties:

21

22


              PLATT & DAWSON, INC.  (703) 591-0007
```

47

1 I say, Mr. Cover is the chairman of the union.
2 Basically he is our union person that we actually talk
3 to right there.
4          I did had to call the Rockville office and
5 talk to a union rep which is over Mr. Cover; but
6 nothing ever happened, because it just go right back
7 to Mr. Cover again.
8     Q.    Okay.
9     A.    I complained to Mr. Bob Frank.  He's a
10 general foreman now.  At the time I think he was a --
11 maybe a Foreman III, Foreman II or -- Foreman III
12 probably.
13    Q.    And what did he say?
14    A.    Actually the '99 incident, I complained to
15 him concerning that incident.  And he said the same
16 thing as Mr. Pesce and all say; Frank does that all
17 the time, that's just being Frank, you know.
18    Q.    Okay.  Why don't we move to the 1999
19 incident.  Tell me what happened.
20    A.    Okay.  This particular morning -- we always
21 have our safety meeting in this particular room where
22 mechanical and coach cleaner, everybody pick up their

53

1  continue talking to me and yelling and cursing all the
2  time.
3      And he immediately say, well, what did he
4  say. And I told him what happened. And then the next
5  thing came out of his mouth, that's how Frank is,
6  Frank just like that, you know. And I believe
7  Mr. Bernard Campbell was in the office.
8    Q.   Mr. -- I'm sorry. Bernard?
9    A.   Yeah, Campbell. C-A-M-P-B-E-L-L.
10   Q.   Campbell. Okay.
11   A.   And I'm quite sure he was in the office,
12  because he shared the same office. And basically
13  Mr. Bob Frank didn't do anything basically.
14   Q.   Okay.
15   A.   So when I -- I left out the office Ron
16  Truitt --
17   Q.   Ron Truitt?
18   A.   Yes. At the time he -- he -- he was -- I
19  can't remember what craft he in. I don't know whether
20  car repairman or -- or electrician -- not -- he wasn't
21  electrician. I think he was a car repairman or
22  something.

54

```
 1          Anyway, he was standing there.  And he sort
 2  of like tried to, you know, calm me down and talk to
 3  me and stuff like that, because he know that Frank
 4  Cover goes off and -- and disrespect people like that.
 5          And when Mr. Bob Frank saw that I was really,
 6  really upset he told me to go home, take the rest of
 7  the day off, because he saw I wasn't in shape to
 8  continue working.  And so when I got home I called
 9  Darrell Pesce.
10     Q.   Okay.
11     A.   And I told him what happened.  And I also
12  told him I had been telling you that Frank was doing
13  these things and, you know, how he talk to me in the
14  morning time and all this stuff that he had been
15  doing.  I say now I can't take it any more.
16          So Darrell had just gotten a promotion.  So
17  he told me that he had to report this, because I call
18  him, and I got to report it this time.  So he report
19  it to the EEO within the company that handles a
20  situation before you go outside the company that deal
21  with it.
22     Q.   Okay.  Let me stop you.  And let me walk
```

98

```
 1   I -- oh, Mr. Cover, that's just the way he is, he does
 2   these things all the time?
 3       A.   No.  She just listened.  Peaches is a good
 4   listener.
 5       Q.   Okay.  And did she say anything?
 6       A.   To who?
 7       Q.   To you.
 8       A.   No more than she was sorry that I had to go
 9   through what I was going through.
10       Q.   Did she offer any suggestions of how to
11   handle this?
12       A.   No.
13       Q.   She just said I'm sorry that you have to go
14   through this.  And that was the end of it?
15       A.   Yeah, because I told her what I -- I had
16   already reported, you know.  I mean, I talked -- I
17   told Darrell and different people and stuff.  And now
18   I was afraid to even go up and say anything to anybody
19   else, because I was afraid for my job.
20       Q.   Who else did you tell?  You told me you told
21   Darrell Pesce.  Who else did you tell?
22       A.   I told Bob Frank about the '99 incident.  And
```

98

```
 1   I -- oh, Mr. Cover, that's just the way he is, he does
 2   these things all the time?
 3       A.   No.  She just listened.  Peaches is a good
 4   listener.
 5       Q.   Okay.  And did she say anything?
 6       A.   To who?
 7       Q.   To you.
 8       A.   No more than she was sorry that I had to go
 9   through what I was going through.
10       Q.   Did she offer any suggestions of how to
11   handle this?
12       A.   No.
13       Q.   She just said I'm sorry that you have to go
14   through this.  And that was the end of it?
15       A.   Yeah, because I told her what I -- I had
16   already reported, you know.  I mean, I talked -- I
17   told Darrell and different people and stuff.  And now
18   I was afraid to even go up and say anything to anybody
19   else, because I was afraid for my job.
20       Q.   Who else did you tell?  You told me you told
21   Darrell Pesce.  Who else did you tell?
22       A.   I told Bob Frank about the '99 incident.  And
```

99

1  I also said Mr. Bernard Campbell was sitting in there,
2  in the office with him.
3          And it was a couple times that I went to talk
4  to Mr. Bernard about some of the pressure and
5  harassing and stuff that I was going through.  You
6  know, I would go in his office.  And I would just talk
7  to him sometime.
8     Q.   So you also talked to Mr. Campbell.
9     A.   Yeah.
10    Q.   Okay.  Let me come back to -- you talked to
11 Mr. Frank.  You said that Mr. Frank sent you home for
12 the day.
13    A.   Bob Frank, yes.
14    Q.   Yeah.  The next day when you came back did he
15 ever check back with you?
16    A.   I didn't come back.  Darrell Pesce told me to
17 take off a few days --
18    Q.   Okay.
19    A.   -- until they could figure out where they
20 were going to put me, because they didn't want me to
21 go back and work in -- work with Frank.
22    Q.   Okay.  So there was a reaction to your

1  complaint.

2       A.   After that '99 incident.

3       Q.   Okay.  They told you they didn't want you to
4  work with Mr. Cover.

5       A.   Frank.  Until they try to figure out what
6  they were going to do.

7       Q.   Okay.  So what happened?  Were you paid for
8  those days?

9       A.   Yes.

10      Q.   Okay.  What happened?

11      A.   That's when they -- he told me he was going
12 to call -- her name was Saunji Fyffe, if I'm
13 pronouncing it correctly.  Saunji Fyffe.  She was in
14 charge of the EEO.  We call it in-house EEO.

15           And so he called me and told me that she
16 would be -- Darrell Pesce called me and told me that
17 she would be calling me later on that day to talk to
18 me about what had happened that morning.

19      Q.   Okay.  And did she call you?

20      A.   Yes, she did.

21      Q.   And what happened?

22      A.   She basically lied to me.  She --

```
 1  complaint.
 2      A.   After that '99 incident.
 3      Q.   Okay.  They told you they didn't want you to
 4  work with Mr. Cover.
 5      A.   Frank.  Until they try to figure out what
 6  they were going to do.
 7      Q.   Okay.  So what happened?  Were you paid for
 8  those days?
 9      A.   Yes.
10      Q.   Okay.  What happened?
11      A.   That's when they -- he told me he was going
12  to call -- her name was Saunji Fyffe, if I'm
13  pronouncing it correctly.  Saunji Fyffe.  She was in
14  charge of the EEO.  We call it in-house EEO.
15           And so he called me and told me that she
16  would be -- Darrell Pesce called me and told me that
17  she would be calling me later on that day to talk to
18  me about what had happened that morning.
19      Q.   Okay.  And did she call you?
20      A.   Yes, she did.
21      Q.   And what happened?
22      A.   She basically lied to me.  She --
```

1   Q.   You had a hearing?

2   A.   Yes.

3   Q.   Okay.  Let me go slowly.  You had this phone
4   conversation.  What happened next?

5   A.   Okay.  She told me she'd get back with me
6   after she go and talk to the employees.

7   Q.   Okay.  Did you file anything in writing?

8   A.   No.  She told me I didn't have to do it since
9   I had talked to Darrell Pesce.  He called her.  She
10  said I didn't have to put anything in writing.

11  Q.   Okay.  All right.  So she said she would get
12  back to you.

13  A.   Yes.

14  Q.   What happened next?

15  A.   She did.  There was a meeting.

16  Q.   She set up a meeting.

17  A.   There was a meeting set up.

18  Q.   Who was at the meeting?

19  A.   Myself; her, Saunji Fyffe.

20  Q.   I'm sorry.

21  A.   Saunji Fyffe.

22  Q.   Okay.  You said myself --

108

```
 1     A.    Myself.
 2     Q.    -- her --
 3     A.    I meant -- when I said "her", I went on and
 4  pronounced her name.
 5     Q.    Okay.  Thank you.  I just wanted to be clear
 6  that I wasn't confused.  Thank you.
 7     A.    Darrell Pesce, Bob Frank, Frank Cover, Mike
 8  Kapela, Wayne Brody.
 9     Q.    Is that it?
10     A.    Yes.
11     Q.    Okay.  And who is Mike Kapela?  That's a new
12  name.
13     A.    He's a manager that came from Wilmington.
14     Q.    Wilmington, Delaware?
15     A.    Yeah, Wilmington, Delaware.
16           He -- he work in there at the time.  Well,
17  he's -- he have a very -- he just got a big promotion
18  with Amtrak; but I -- I can't -- I don't know the
19  name.  It's like -- the exact title of the promotion.
20     Q.    Okay.  When did he get that promotion?
21     A.    I guess in the last couple -- few months.  He
22  just got the promotion.
```