MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 1

1
2             UNITED STATES DISTRICT COURT
3                FOR THE DISTRICT IF COLUMBIA
4   MAE L. WHITLEY
5        Plaintiff,
6   vs.                    C.A. No. 1:03CV00636
7   NATIONAL RAILROAD PASSENGER
8   CORPORATION (Amtrak)
9        Defendant.
10  - - - - - - - - - - - - - - - - - - - - - /
11               Volume I
                 Thursday, November 13, 2003
12               Washington, D.C.
13       The deposition of ALTHERA STIGGERS, called for
14  examination by counsel for the plaintiff, in the
15  above-entitled matter, pursuant to notice, held at
16  the offices of Gary T. Brown & Associates, 1400 K
17  Street, N.W., Suite 1000, Washington, D.C.,
18  convened at 2:15 p.m., before Jodi Scheffel, a
19  Notary Public in the District of Columbia, when
20  were present on behalf of the parties:
21
22

---

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 75

1    A.    No, it didn't.
2    Q.    -- or you didn't want to involve Ms.
3   Whitley in that part of it?
4    A.    No.
5    Q.    Now, do you recall the interview that you
6   had for the Foreman 2 position?
7    A.    Vaguely.
8    Q.    Was that an individual or a panel?
9    A.    It was an individual and a panel.
10   Q.    You were in there by yourself with a
11  group of people who were asking you questions?
12   A.    Correct.
13   Q.    Now, while you were in the training, were
14  there other things that you did that you -- while
15  you were in the Foreman 2 training, were there
16  other things that you had done in the FDA training
17  position that you continued to do although
18  Ms. Whitley was now in that position; do you
19  recall?
20   A.    No.
21   Q.    Were there any business trips that you
22  took?

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 82

1    FDA as an FDA trainer when it was decided that
2    there was too much work for one person to do and
3    Ms. Whitley came in as a trainer to fill in or help
4    you through some hard spots?
5        A.    I don't recall.
6        Q.    Do you recall working with her during the
7    time when you were -- before you were selected for
8    the Foreman 2 training, but when you were doing FDA
9    training, you would come in to help as an FDA
10   trainer?
11       A.    No.
12       Q.    Did you receive any other training for
13   the FDA trainer position, other than what you told
14   me about in Indiana?
15       A.    No.
16       Q.    The training for the FDA -- I'm sorry --
17   for the Foreman 2, that lasted about six months?
18       A.    Training for the Foreman 2, it lasted
19   longer than six months; about six, seven months.
20       Q.    What did you do after that? Did you
21   return to your prior position?
22       A.    No.  I returned to my prior position, I

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 83

1    guess, for a couple of weeks and then I bid on a
2    job.
3        Q.    What was that?
4        A.    The Foreman 2 position.
5        Q.    The Foreman 2 position.  Were you
6    selected for that?
7        A.    It wasn't a selection period.  You bid on
8    the job.
9        Q.    So there's no application necessary for
10   Foreman 2?
11       A.    No.  We bid on the position.
12       Q.    Foreman 1, I think you said, you need to
13   apply the first time?
14       A.    For the Foreman 2, that was a selection,
15   an interview process.
16       Q.    For the Foreman 2?
17       A.    For the Foreman 2 training.
18       Q.    The training.  Once you pass that, then
19   you were eligible?
20       A.    Yes.
21       Q.    And your bid was determined then -- the
22   success of your bid was determined on Foreman 2

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 84

```
 1   seniority?
 2        A.    Correct.
 3        Q.    So you would have needed to wait for a
 4   position where no current Foreman 2 people wanted
 5   it; is that right?
 6        A.    If they have five jobs on the board, you
 7   bid on all five of them.
 8        Q.    And what position did you get?
 9        A.    Vacation relief.
10        Q.    How long did you do that?
11        A.    For about two months, three months.
12        Q.    And then what happened?
13        A.    And then they put up the position for a
14   Foreman 3 and FDA and I interviewed for it.
15        Q.    So you were a Foreman 2 for about two or
16   three months?
17        A.    Uh-huh.
18        Q.    And then the FDA position that you had
19   held before was changed to a Foreman 3 position?
20        A.    Right.  Let me go back because I think I
21   know where you were going when you were saying
22   about Ms. Whitley doing the training part of it and
```

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 85

```
 1   did I participate in some of the training; yes, I
 2   did.  Ms. Whitley had a position that had new-hire
 3   people coming in and Ms. Whitley was not on the
 4   job.  So, yes, I came from the field and did a
 5   five-day training class with these people and then
 6   went back to my vacation relief job.  It wasn't one
 7   time.  It wasn't twice.  So, yes, I did go back and
 8   forth, back and forth.
 9        Q.    When you went back, how would you be
10   compensated; at a Foreman 1 position?
11        A.    No.  I would be compensated at my regular
12   eight-hour pay.  There was nothing given to me.
13        Q.    Well, you were a Foreman 2.
14        A.    I was a Foreman 2.
15        Q.    And that was a Foreman 1 job?
16        A.    That was a Foreman 1 job.  As a Foreman
17   1, I cannot go down in pay.
18        Q.    So once you got that Foreman 2 position,
19   you were being paid at a Foreman 2 position and at
20   that time it was a Foreman 1 job?
21        A.    Correct.
22        Q.    At some point, that job was abolished --
```

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS
NOVEMBER 13, 2003

Page 86

```
 1      A.   Yes.
 2      Q.   -- the Foreman 1 position?
 3      A.   Yes.
 4      Q.   And it was put back on the board as a
 5  Foreman 3 position?
 6      A.   Correct.
 7      Q.   Do you know what the reason was for that?
 8      A.   Because -- I can't answer that.  It was a
 9  management decision.
10      Q.   You bid on that Foreman 3 job?
11      A.   Uh-huh.
12      Q.   And were selected?
13      A.   Correct.
14      Q.   And do you know if there were other
15  people who were competing for that position?
16      A.   Yes, there were.
17      Q.   When you went back to that position, was
18  it the same job you had been doing before?
19      A.   It was the same job I was doing before,
20  but it had more duties.  It required another job.
21  It had the part for the chemicals and it had the
22  FDA part and the water pump audit.  You still
```

---

MAE L. WHITLEY
VS. NATIONAL RAILROAD PASSENGER CORPORATION

ALTHERA STIGGERS, VOL. 2
NOVEMBER 19, 2003

Page 182

```
 1      Q.   So it was after he became an assistant
 2  general manager that then he had authority enough
 3  over a broad enough area that you came under his
 4  command?
 5      A.   Correct.
 6      Q.   Do you recall what time period this is
 7  that we are talking about?
 8      A.   It was the early nineties.
 9      Q.   Were there any other managers at
10  AMTRAK with which you had a more than friendship
11  relationship with?
12      A.   No.
13      Q.   Just Mr. Wimbish during that time
14  period?
15      A.   Correct.
16      Q.   Let me ask you about, then, when you
17  became a Foreman 3, were there other female
18  Foreman 3 positions?  Were there other female
19  Foreman 3s?
20      A.   No.
21      Q.   So you were the only one at that
22  point?
```