---

MAE L. WHITLEY
vs. NATIONAL RAILROAD PASSENGER CORPORATION

BERNARD CAMPBELL
NOVEMBER 19, 2003

Page 1

```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

    -----------------------------
    MAE L. WHITLEY,
              Plaintiff,
         vs.                         CA No. 03-00636 (RCL)
    NATIONAL RAILROAD PASSENGER
    CORPORATION,
              Defendant.
    -----------------------------

                        Deposition of:
                        BERNARD CAMPBELL,
                        Washington, D.C.
                        Wednesday, November 19, 2003
```

a witness, called for examination by counsel for
the plaintiff, commencing at 1:10 p.m., at the
law offices of Gary T. Brown & Associates, 1400
K Street, N.W., Suite 1000, Washington, D.C.,
before Betty A. Chreky, a court reporter and
notary public in and for the District of
Columbia.

**ORIGINAL**

SLR REPORTING
301-340-0042

---

MAE L. WHITLEY
vs. NATIONAL RAILROAD PASSENGER CORPORATION

BERNARD CAMPBELL
NOVEMBER 19, 2003

Page 33

1  A    She used to date Tom.
2  Q    Do you know how long they did it?
3  A    They did what, date?
4  Q    How long they dated?
5  A    I don't know.
6  Q    Do you know what kind of relationship
7  Ms. Stiggers had with Mr. Kapela?
8  A    Ma'am, I don't know about anybody's
9  relationships.  I go work, I do my job and I go
10 home.
11 Q    Did Ms. Stiggers ever tell you about a
12 relationship with Mr. Kapela?
13 A    No.
14 Q    Did Mr. Kapela ever tell you about a
15 relationship with Ms. Stiggers?
16 A    No.
17 Q    Did you ever hear of Mr. Kapela asking
18 for directions to an address in Forestville that
19 happened to be Ms. Stiggers' address?
20 A    No.
21 Q    Did you ever hear of him asking
22 Mr. Wimbish those directions?

SLR REPORTING
301-340-0042

MAE L. WHITLEY
vs. NATIONAL RAILROAD PASSENGER CORPORATION

BERNARD CAMPBELL
NOVEMBER 19, 2003

Page 34

```
 1      A     That would be "no" again.
 2      Q     Did Ms. Whitley ever talk to you about
 3   Ms. Stiggers' and Mr. Kapela's relationship?
 4      A     Not exactly sure.  I know -- yes.
 5   Mary had said things like -- can I say it
 6   straight like it?
 7            MR. FISCHLER:  Answer the question.
 8            THE WITNESS:  "If I had did him, I
 9   might have got that job," things like that.
10            BY MS. MARCUS:
11      Q     What was your response to her?
12      A     I think I told Mary several times,
13   stop arguing with these people.  Sometimes put it
14   in the hand of god, things like that.  And I'm
15   sure Miss Mary will tell you I said things like
16   that to her.  I'm not here to be a judge and jury
17   to judge anybody.  I'm trying to do a job.
18      Q     What did you think about her comment?
19      A     I thought she was upset.  I don't know
20   if Mike was doing anybody.  Just because someone
21   perceives something as happening doesn't make it
22   reality, in my opinion.
```