**Tierney, Margaret A.**

From: Tierney, Margaret A.
Sent: Tuesday, December 14, 2004 12:29 PM
To: Campbell, Bernard
Cc: Graham, Pat
Subject: Return to Duty

Importance: High
Sensitivity: Confidential

RE: STEVENS, D.
SS#: 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

The above employee was scheduled by Jackie Cobb on December 13, 2004 at Concentra Medical Center for a return to duty physical and a Company Drug Screen. I was contacted yesterday afternoon that the employee was instructed that he must provide a specimen under direct observation but the employee left the clinic without completing the drug testing process.

I am preparing the memo concerning the employee's Refusal to test. Who should I fax the confirmation memo?

Thank you.

Visit Health Services' Web Site on Amtrak's Intranet:
<http://intranet.nrpc/employees/healthservices/index.htm>

Margaret Ann Tierney
Human Resources-Officer
HR-Health Services Drug and Alcohol Programs
60 Massachusetts Ave., NE
Washington, DC 20002
202 906.3145
202 906.2786 (fax)

***************************************************************
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient (s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
***************************************************************



Amtrak/Stevens
00301