APR-13-04    01:26PM    FROM-Concentra - Columbia                    81U381858S

## Unusual Collection Form

Donor Name: ~~Dvia Steven~~    SS# 261 - 47 - 4375

I, the undersigned donor, certify that I understand the following procedures that have been explained to me:

☐ **Inadequate Specimen Volume**
I understand that the first specimen I attempted to provide was not of adequate volume(<45mls). I have been advised that:
• I have been instructed to drink up to 40 ounces of fluid distributed evenly over a three (3) hour period. (Do not drink more than 2 (20 oz.) sodas or to drink more than 5 (8 oz. Cups).
• If any point during that three (3) hour period I feel that I am able to provide an adequate specimen, I will notify a staff member.
• If I cannot provide an adequate specimen with the time allotted, the collection process will be discontinued and my employer/prospective employer will be notified.
• I have been Instructed not to leave the testing site during this period. I understand that failure to remain at the testing site until the testing process is completed will be considered a refusal.

☒ **Specimen Temperature Out of Range**
I understand that the first specimen I attempted to provide was not within acceptable temperature range (90 to 100 degreesF). I have been advised that:
• A same gender collector will immediately collect a second urine sample under direct observation.

☐ **Signs of Tampering**
I understand that the collector has reason to believe that I may have or may attempt to alter my urine specimen. I have been advised that:
• A same gender will immediately collect a second sample under direct observation.

| | |
|---|---|
| _____ | 12/13/04 |
| Donor Name/Signature | Date |
| _____ | 12/13/04 |
| Collector Name/Signature | Date |

Note to the Collector: All information regarding the above circumstances should be documented on a Custody and Control Form.

EXHIBIT 42 Stevens
Depo
1/10/07 J. Gag

Amtrak/Stevens
00289

T-138  P.004/004  F-664                                    DEC-15-04  04:26AM  FROM-