COMPANY POLICY DRUG TESTING CUSTODY AND CONTROL FORM (NON FEDERAL TESTING)



NORTHWEST TOXICOLOGY
A DIVISION OF NWT, Inc.
1141 EAST 3900 SOUTH, SUITE A-110
SALT LAKE CITY, UTAH 84124
(801) 263-2300  FAX (801) 263-3605

SPECIMEN ID NO. 13020546

CLIENT ACCOUNT NO. ATK0421C
AMTRAK - MAD

**Amtrak**

LABORATORY ACCESSION NO.

### STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.  PH (215) 349-2389
TIMOTHY MCLAUGHLIN RN
AMTRAK CORP
HEALTH SERVICES
30TH & MARKET STS
PHILADELPHIA PA 19104

B. MRO Name, Address, Phone and Fax No.
DR. ROBERT MCLEA
EMPLOYEE HEALTH F    MS
P O BOX 1556
BETHESDA MD 208

C. Donor SSN or Employee I.D. No. 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   Donor ID verified: ☐ Photo ID ☐   Ph (800) 684-4449   (0)371-7168

D. Reason for Test: ☐ Pre-employment (Non Hours of Service) ☐ Random ☐ Reasonable Suspicion (Non Hours of Service) ☐ Rule Violation
☐ Accident / Incident  ☑ Return to Duty  ☐ Follow-Up  ☐ Fitness for Duty  ☐ Periodic

E. Drug Tests to be Performed: ☑ THC, COC, PCP, OPI, AMP   ☐ THC & COC Only   ☐ Other (specify) _____

F. Collection Site Address:
CONCENTRA MEDICAL CENTERS
4451 - G PARLIAMENT PLACE
LANHAM MD 20706

Collector Phone No. (301) 459 9113
Collector Fax No. (301) 459 1214

### STEP 2: COMPLETED BY COLLECTOR                            ||SPLIT SPECIMEN REQUIRED||

| Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☐ Yes ☑ No. Enter Remark | Specimen Collection: ☐ Split  ☐ Single  ☑ None Provided (Enter Remark)  ☐ Observed (Enter Remark) |

REMARKS 1st specimen not within limits #2 to follow observed

STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I certify that the specimen identified on this form is the specimen presented to me by the donor providing the certification on Copy 2 of this form, that it bears the same specimen identification number as that set forth above, and that it has been collected, labeled, sealed and released to the Delivery Service noted in accordance with Amtrak policy which corresponds to Federal statutes and requirements concerning specimen collection.

X _____  Time of Collection 2:04 AM/PM   SPECIMEN BOTTLE(S) RELEASED TO: Courier
Signature of Collector
_____  Date 12/13/04
(PRINT) Collector's Name (First, MI, Last)            Name of Delivery Service Transferring Specimen to Lab

RECEIVED AT LAB:
X _____
Signature of Accessioner

_____
(PRINT) Accessioner's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Primary Specimen Bottle Seal Intact
☐ Yes
☐ No, Enter Remark Below

SPECIMEN BOTTLE(S) RELEASED TO:

### STEP 5: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; that each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct. I authorize NWT Inc. to conduct validity testing and drug testing and to report results to my employer or potential employer who requires this testing.

X Dan B___   DAVID STEVENS   12/13/04
Signature of Donor   (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. ( ___ ) ___   Evening Phone No. (202) 544-1983   Date of Birth 3/30/64

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). — DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

### STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

My determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☑ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                    ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____                                   _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

### STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

My determination/verification for this split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

Amtrak/Stevens
00299

X _____                                   _____
Signature of Medical Review Officer



EXHIBIT 43 Stevens
Depo 1/10/07 G. Gang

PRESS HARD - YOU ARE MAKING MULTIPLE COPIES

DEC-15-04  04:27AM  FROM-  T-138  P.009/004  F-666