# AMTRAK
## PERSONNEL ACTION REQUEST

Conflict Of Interest? Yes ☐ No ☐
Training Required? ☐ Yes ☐ No

**Current Information** — Must Be Completed

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 04 | -- -- | 00054828 | Stevens | David | |

| Job Code | Position Title | Department | Personnel Area | Band/Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| C8102 | Coach Cleaner | Mechanical | EA3 | | 4253 | |

**Action Requested** — Must Be Completed

☐ New Hire  ☐ Transfer between Management/Union  ☐ Leave of Absence Paid (Management)  ☐ Termination
☐ Rehire/Reinstatement  ☐ Salary Change  ☐ Leave of Absence Unpaid  ☐ Retirement
☐ Transfer/Organization Change  ☐ Leave of Absence Paid (Union)  ☐ Return from Leave

**Action Reason Code**

| Code | Reason | Effective Date |
|---|---|---|
| 31 | Terminated (Dishonesty) | Month 2  Day 14  Year 2005 |

**New Job Code and Salary Information**

| Job Code | Position Title | CDL | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|
| | | ☐ Yes ☐ No | | | |

Hours of Service / Job Category: ☐ Not Applicable (0)  ☐ Engineer (1)  ☐ Trainmen (2)  ☐ Train Dispatchers/Director (3)
☐ Block Operator (4)  ☐ Signalman (5)  ☐ Cab Signal/ATS Electrician (6)  ☐ Locomotive Mover/Helper (7)

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month Day Year | $ | $ | |

**Job Assignment**

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Work Phone No. | ATS No. | Original RR Hire Date | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|
| | | Month Day Year | | | |

| Emp Sub Group | Vacation Eligibility Date | Craft Seniority Date | ARSA Hire Date |
|---|---|---|---|
| | Month Day Year | Month Day Year | Month Day Year |

**Performance Evaluation Information** — For Management Transactions Only

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month Day Year | Month Day Year |

**Termination Information/Allowances** — Must Complete For All Termination Actions

Allowances
Vacation Hours Due  0
Sick Hours Due
Severance Pay Due
Notice Pay Due

Eligible For Rehire? ☐ Yes  ☒ No (Explain In Remarks)
Outstanding Advance? ☐ Yes  ☐ No (Explain 'Yes' Answer In Remarks)
All Properties Collected? ☐ Yes  ☐ No (Explain In Remarks)
Fill Vacant Position? ☐ Yes  ☐ No

**For Human Resources Only**

Short-Term Disability Benefits
First ____ days at 100% pay
____ Days at 100% pay less RUIA  ____ Days at 80% pay less RUIA
RUIA Benefits at $ ____ per day

Relocations
Approved for Benefits: ☐ Yes  ☐ No
Level of Benefits: ☐ Tier I  ☐ Tier II  ☐ Tier III

**Remarks**

**Approval Signatures**

| Supervisor's Name B.L. Campbell Signature | [signed] B.L. Campbell | Phone No. 202 906 2826  Date 2/15/05 | Human Resources Approval | Date: |
|---|---|---|---|---|
| Department Approval R. M. Truitt | [signed] | Date 2/15/05 | Entered By | Date: |

Instructions: Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template
Amtrak is a registered service mark of the National Railroad Passenger Corporation.


EXHIBIT 64

Amtrak/Stevens
01362