

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite100
Washington, D.C. 20507
(202) 419-0721
FAX (202) 419-0739

November 18, 2004

Andrew McCallum
EEO Compliance Manager
Amtrak - National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

Re: David Stevens vs. Amtrak
EEOC Charge No. 100-2004-00629

Dear Mr. McCallum:

Enclosed please find David Stevens' Amendment to the above referenced Charge of Discrimination. Please submit by December 20, 2004, a statement of your position with respect to each of the allegation(s) contained in Mr. Stevens' Amended Charge, including copies of all supporting documentation.

Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge.

If you have any questions, comments, or need any additional information, please feel free to contact Investigator, Theresa B. Kerns, at (202) 419-0721.

Sincerely,

Dana Hutter
Acting Director
Washington Field Office

Enc: Amendment

EXHIBIT
59
2/9/07

Andrew McCallum

NOV 2 3 2004

Manager EEO Compliance

Amtrak/Stevens
00101



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
FAX (202) 419-0739

## AMENDMENT TO CHARGE OF DISCRIMINATION

David Stevens
Charge No. 100-2004-00629

I hereby amend my charge of discrimination to say the following:

I. After I filed an EEOC complaint, the Respondent participated in retaliatory actions against me. Specifically, Bernard Campbell harassed me about providing additional information regarding my disability, and he threatened to terminate my employment if I did not provide sufficient information. Further, the Respondent continuously denied my request for a reasonable accommodation to be transferred to another department.

II. I believe that the Respondent denied me a transfer, harassed, and threatened to terminated my employment in reprisal for my EEOC complaint of employment discrimination. As such, I believe that the Respondent has violated my rights of under Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

III. See attached.
IV. See attached.

I declare under penalty of perjury that the foregoing is true and correct

_____    11/17/04
David Stevens                      Date
Charging Party's Signature

Amtrak/Stevens
00106

III. On May 29, 2004, the Respondent engaged in another retaliatory action against me. When I visited Ivy City, the location of Respondent's administrative buildings, to pick up some medications I had left with a friend, Bernard Campbell approached me and threatened me with violence because I included him in my initial EEOC charge. He told me he would "destroy" me if I continue to pursue the complaint against him.

IV. On November 8, 2004, I believe that an employee of Respondent engaged in yet another retaliatory action against me. On that morning, I found on my apartment door, written in marker, the message "You will lose. You have AIDS."

I declare under penalty of perjury that the foregoing is true and correct.

_____    11/17/04
David Stevens                    Date
Charging Party's Signature