Claim Number:

## Concentra Medical Centers (MD)
4451 G Parliament Place Lanham, MD 20706
Phone: (301) 459-9113  Fax: (301) 459-1214

Service Date: 12/13/2004

# Non-Injury Status Report

Patient: Stevens, David B.
SSN: 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
Address: 114 F Street NE
WASHINGTON, DC 20002
Home: (202) 412-7438
Work:    Ext.:

Employer Location: Amtrak-PHYSICALS
Address: 30th Street Station Box 67,
Philadelphia, PA 19104
Auth. by:

Contact: Tim McLaughlin
Role: Primary Contact/Physicals
Phone: (215) 349-2389 Ext.:
Fax: (215) 349-4401

### This Visit:

Time In: 01:43 pm    Time Out: 05:13 pm    Visit Type: New

*Return to Duty*
Return to Work
Non Reg Collect UDS

### Result Status:

Able to perform essential functions
No medical restrictions



DEPOSITION EXHIBIT 80

Remarks: PATIENT'S 1ST URINE SPECIMEN OUT OF TEMP. RANGE LEFT CLINIC AND DID NOT DO 2ND COLLECTION SPOKE WITH MAGARET TIERNEY @ AMTRAK

Status - Non-Injury    © 1996 - 2004 Concentra Health Services, Inc All Rights Reserved    AA/EEO Employer Revision Date: 08/09/2001

This communication is confidential; intended only for the person named above. No other recipient is authorized to use the information. If received in error, call sender.

Amtrak/Stevens
00003