**MPANY POLICY DRUG TESTING CUSTODY AND CONTROL FORM** (ITEM 1-62)

13020546

CLIENT ACCOUNT NO. ATK0421C
AMTRAK - MAD

**Amtrak®**

A DIVISION OF NWT, INC.
1141 EAST 3900 SOUTH, SUITE A-110
SALT LAKE CITY, UTAH 84124
(801) 263-2300  FAX (801) 263-3505

SPECIMEN ID NO.                                                                 LABORATORY ACCESSION NO.

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

Employer Name, Address, I.D. No.   PH: (215)349-2365        B. MRO Name, Address, Phone and Fax No.
TIMOTHY MCLAUGHLIN RN                                       DR. ROBERT MCLEA
AMTRAK CORP                                                 EMPLOYEE HEALTH _  MS
HEALTH SERVICES                                             P O BOX 1556
30TH & MARKET STS
PHILADELPHIA PA 19104                                       BETHESDA MD 208__

1. Donor SSN or Employee I.D. No. _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_   Donor ID verified: Ph:(909)694-4649  (O)371-7168

2. Reason for Test: ☐ Pre-employment (Non Hours of Service) ☐ Random ☐ Reasonable Suspicion (Non Hours of Service) ☐ Rule Violation
   ☐ Accident / Incident  ☒ Return to Duty  ☐ Follow-Up  ☐ Fitness for Duty  ☐ Periodic

3. Drug Tests to be Performed: ☒ THC, COC, PCP, OPI, AMP  ☐ THC & COC Only  ☐ Other (specify) _____

4. Collection Site Address:
   CONCENTRA MEDICAL CENTERS                                Collector Phone No. (301) 459 9113
   4451 - G PARLIAMENT PLACE
   LANHAM MD 20706                                          Collector Fax No. (301) 459 1214

**STEP 2: COMPLETED BY COLLECTOR**                          **||SPLIT SPECIMEN REQUIRED||**

Read specimen temperature within 4 minutes. Is temperature  Specimen Collection:
between 90° and 100° F? ☐ Yes ☒ No. Enter Remark            ☒ Split ☐ Single ☐ None Provided (Enter Remark) ☐ Observed (Enter Remark)

REMARKS _1st specimen not within temp HQ no collected obsv 2nd_

STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)
**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen identified on this form was presented to me by the donor providing the certification on Copy 2 of this form, that it bears the same specimen identification number as that set forth above, and that it has been collected, labeled, sealed and released to the Delivery Service noted in accordance with Amtrak policy which corresponds to Federal statutes and requirements concerning specimen collection.

Signature of Collector    Time of Collection 2:04 AM        SPECIMEN BOTTLE(S) RELEASED TO:
                          Date 10/13/04                     _Courier_
(PRINT) Collector's Name (First, MI, Last)                  Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:**                                        Primary Specimen            SPECIMEN BOTTLE(S) RELEASED TO:
X                                                           Bottle Seal Intact
Signature of Accessioner                                    ☐ Yes
(PRINT) Accessioner's Name (First, MI, Last) Date (Mo/Day/Yr) ☐ No. Enter Remark Below

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; that each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct. I authorize NWT Inc. to conduct validity testing and drug testing and to report results to my employer or potential employer who requires this testing.

X _(signature)_           DAVID STEVENS              10/13/04
Signature of Donor        (PRINT) Donor's Name (First, MI, Last)  Date (Mo/Day/Yr)

Daytime Phone No. _____   Evening Phone No. (202) 544-1963  Date of Birth 3/30/64

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescription and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). — DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

My determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                   ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____                              _____                              _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)  Date (Mo/Day/Yr)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

My determination/verification for this split specimen (if tested) is:

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____                              _____                              _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)  Date (Mo/Day/Yr)

DEPOSITION EXHIBIT 81

Amtrak/Stevens
00303