Phone: (301) 459-9113    Fax: (301) 459-1214

# Return to Work Evaluation

| | | | |
|---|---|---|---|
| **Patient:** David B. Stevens | **Address:** 114 F Street NE | **Employer:** Amtrak-PHYSICALS | **Contact:** Tim McLaughlin |
| **SSN:** 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 | | **Address:** 30th Street Station Box 67, | **Role:** Primary Contact/Physicals |
| **DOB:** 03/30/1964 | WASHINGTON, DC 20002 | Philadelphia, PA 19104 | **Phone:** (215) 349-2389  **Ext.:** |
| **Gender:** M | **Phone:** (202) 412-7438 | **Auth. by:** | **Fax:** (215) 349-4401 |

**Race:** ASIAN   BLACK   HISPANIC   INDIAN   WHITE   OTHER

**Reason for evaluation:** _____

☐ Occupational with other provider     ☐ Non-Occupational

**Requested by:** _____
**Special attention to:** _____
**Treating provider:** _____

## Authorization for Examination

Permission is hereby granted to the authorities of Concentra Medical Centers for any examination deemed necessary by the physician. In addition, I authorize the release of any information acquired in the course of this examination.

_David B. Stevens_  (Patient Signature)          _1/27/04_ Date

## Examination

**Temp:** 98.6   **Blood Pressure:** 110/78   **Pulse:** 86   **Ht:** 69"   **Wt:** 175

**Other:** _____

**Medical History:** [illegible handwriting: patient out due to chronic pneumonia and implant abuse. Report from therapy — good progress, medication review.]

**Present Complaint:** N/A

**Findings/Recommendations:** [illegible handwriting] ...A. Stable. O.K. to RTW...

_Physician's Signature_          _1-27-04_ Date

DEPOSITION EXHIBIT 84   3-2-07  JB

Evaluation - Non-Work-Related Injury/Illness          Page 1 of 1          Revision Date: 11/05/2002
© 1996 - 2004 Concentra Health Services, Inc. All Rights Reserved.

Amtrak/Stevens
00022