NATIONAL RAILROAD PASSENGER CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002

AMTRAK

June 3, 2004

Richard McKewen
Georgetown University Law Center
Institute for Public Representation
600 New Jersey Ave., N.W. Suite 312
Washington, D.C. 20001-2075

    Re:    David Stevens

Dear Mr. McKewen:

I wanted to confirm our telephone call yesterday in response to your letter of May 21, 2004.

As I told you, Mr. Stevens' internal complaint has been transferred from the Dispute Resolution Office ("DRO") to our EEO office for the completion of the investigation. Mr. Stevens should be receiving a letter reflecting this transfer from Mr. McCallum, the EEO Manager who will complete the investigation, shortly.

According to your letter of May 21, 2004, Mr. Stevens' complaint to DRO was that he was being subjected to a hostile environment by his co-workers because of his "perceived or actual disability." If Mr. Stevens believes that he suffers from a disability and is in need of a reasonable accommodation, he can apply to Amtrak's ADA Panel for such an accommodation. Enclosed please find a copy of the ADA Reasonable Accommodation application. Mr. Stevens can return the form and any supporting medical documentation directly to: Dr. Malva Reid, Director of Health Services, Amtrak, 60 Massachusetts Ave., N.E., Washington, D.C. 20002. Of course, as we discussed, any job reassignment either as a result of the ADA Panel granting a request for reasonable accommodation or otherwise is restricted by and subject to the terms of the collective bargaining agreements that Amtrak has with its unionized employees.

You can contact me directly if you have any questions.

Sincerely,

*Melissa B. Rogers*
*Associate General Counsel*