IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **David B. Stevens, et. Al,** ) | ) |
|  ) | ) |
|  **Plaintiffs,** ) | ) |
|  ) | ) |
| v.  ) | ) Civil Action No. 1:05CV01924-RCL |
|  ) | ) |
| **National Railroad Passenger Corporation** ) | ) |
| **("Amtrak"),** ) | ) |
|  ) | ) |
|  **Defendant.** ) | ) |

## Notice Of Filing

Plaintiff Stevens and Whitley filed their Opposition to Defendant's Motion for Summary Judgment on May 10, 2007. In error, counsel mistakenly filed incorrect versions of certain original documents, and omitted some of the many exhibits intended. Plaintiffs hereby corrects those errors by re-filing the following documents as replacements for those documents previously filed in error.

The documents corrected are:

A)  Docket Entry No. 50 –Plaintiff Whitley's Brief in Opposition to Defendant's Motion for Summary Judgment. A clean brief has been submitted in place of the draft that was mistakenly attached to the first filing. Several record references have been corrected, and a corrected signature block has been incorporated;

51-2-WHITLEY' Response to Statement of Undisputed Facts- Title of document corrected, formatting corrected; signature block corrected to reflect the correct address; font was harmonized

B)  Docket Entry No. 51- Plaintiff Stevens' Brief in Opposition to Defendant's Motion for Summary Judgment. Record references have been corrected.

c)  Docket Entry No. 51-19 --Plaintiff Stevens' Statement of Material Facts in Dispute. Record references have been corrected.

d)  Docket Entry No. 51-2 – Exhibits to Mr. Stevens' Affidavit that were referenced in the brief were mistakenly omitted, and have been included herewith.

e)  Docket Entry No. 51, additional exhibit is missing an Exhibit, namely the Transcript of Margaret Tierney's Deposition

f)  Docket Entry 51 is also missing an exhibit deposition- Campbell

g)  Docket Entry 51 is also missing an exhibit deposition- Beaty, Hudley, Campbell, Tierney

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

*[signature]*

_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens