| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: PERS-42<br>PAGE: 1 of 19<br>LATEST ISSUE DATE: October 19, 1998 |
| **WORKPLACE VIOLENCE** | ISSUED BY: *Lorraine A. Green*<br>APPROVED BY: George D. Warrington |

| SUBJECT | See Pages (s) |
|---|---|

Introduction .................................. 2

    Policy Statement ......................... 2
    Purpose ................................ 2
    Scope .................................. 2
    Responsibility .......................... 2
    Definition .............................. 2
    Discipline .............................. 3
    Report Behavior ......................... 3
    Threat Assessment and Response Team
        (TART) .............................. 3

Guidelines .................................. 4
    Identification of a Workplace Violence-
        Related Incident ..................... 4
    Role of Employees ....................... 5
    Role of Supervisor or Line Manager ...... 5
    Role of Manager ......................... 6
    Role of Human Resources ................. 6
    Role of Labor Relations ................. 7
    Role of Law Department .................. 7
    Role of Police Department ............... 7
    Role of Employee Assistance Program ..... 7
    Role of Medical Director ................ 8
    Role of Union Representative ............ 8

Appendices
    Appendix A - Workplace Violence Supervisor
        Checklist ............................ 9

    Appendix B - Threat Assessment and
        Response Team (TART) ................. 12

    Appendix C - Flow Chart ................. 16

    Appendix D - Judicial Court Orders and
        Notification by Health Care Professionals . 17

Amtrak/Stevens
01070

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | SECTION: | PERS-42 |
| | PAGE: | 2 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

## INTRODUCTION

**Policy Statement:** Amtrak has zero tolerance for threats and violence. Amtrak is committed to providing its employees a workplace free from acts or threats of violence and to effectively respond in the event that workplace violence does occur.

**Purpose:** To establish guidelines and protocols for the handling of threats or acts of violence in the Amtrak Workplace.

**Scope:** All Amtrak Employees

**Responsibility:** The Corporate Vice President of Human Resources shall be responsible for the interpretation, application, and administration of this policy.

**Definition:** Workplace violence is any intentional verbal or physical conduct affecting the workplace that causes any individual to reasonably fear for his or her personal safety, the safety of his or her family, friends, coworkers, and/or property.

Examples of workplace violence include, but are not limited to, one or all of the following:

a. Physically or verbally threatening another individual.
b. Intentionally destroying company property or an individual's property.
c. Harassing or threatening phone calls, letters, e-mails or other written communications.
d. Stalking.
e. Threatening physical harm or similar intimidation either directly or indirectly.
f. Advocating the illegal use of firearms, bombs, or weapons.
g. Threatening or attempting to commit suicide.
h. Instigating, goading, or encouraging violent behavior.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 3 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

***Discipline:*** Any person who exhibits threatening behavior, threatens to commit and/or actually commits a violent act on Company property may be removed from the worksite as quickly as safety permits, and may be asked to remain away from the worksite pending the outcome of an investigation into the incident. Off-duty and off- property conduct that violates this policy will be dealt with in accordance with appropriate policies, work rules, labor agreements, laws, and within management's discretion to preserve the integrity of a safe work environment.



Violations of this policy may lead to disciplinary actions up to and including termination of employment. In addition, Amtrak will contact appropriate law enforcement authorities as necessary.

***Reporting Behavior:***
Amtrak employees should notify a supervisor of any threats, which they have witnessed, received, or have been told that another person has witnessed or received. Even without an actual threat, employees should report any behavior they have witnessed which they regard as threatening or violent, when that behavior may impact an Amtrak worksite, occurs on a Company-controlled site, or may result in violent behavior on a Company-controlled site. Employees should make this report regardless of the relationship between the individual who initiated the threat or threatening behavior and the person or persons who were threatened or were the focus of the threatening behavior. Employees reporting such behavior should be discreet and respectful in order to protect individual privacy and dignity, but should act swiftly. Employee reports will be kept confidential to the extent possible.

***Threat Assessment and Response Team (TART):*** When threatening behavior is exhibited or an individual commits an act of violence, an evaluation of any decisions regarding the individual will be made by local management together with a team that reviews workplace incidents. This team will consist of appropriately selected representatives from the Employee Assistance Program, Human Resources, Labor Relations, Police, Employee Relations, Health Services, and Law Departments.

Amtrak/Stevens
01072