11/01/04 MON 09:33 FAX 202 906 2821        AMTRAK LAW DEPT.                                    ☒002



RECEIVED
Amtrak

OCT 20 2004

MELISSA B. ROGERS
ASSOCIATE GENERAL COUNSEL

**WHITMAN-WALKER CLINIC**

October 14, 2004

*Andy*

VIA FACSIMILE & FEDERAL EXPRESS

**MAIN FACILITY**
1407 S STREET, NW
WASHINGTON, DC 20009
202-797-3500
TDD 202-797-3547
FAX 202-797-3504

Ms. Theresa B. Kerns
Investigator
U.S. Equal Employment Opportunity Commission
1801 L Street, NW, Suite 100
Washington, DC 20507

**Theodore M. Campbell**

OCT 2 5 2004

**ELIZABETH TAYLOR MEDICAL CENTER**
1701 14TH STREET, NW
WASHINGTON, DC 20009
202-745-7000
FAX 202-745-0238

Re:   David Stevens
      CHARGE NO. 100-2004-00629
      Entry of appearance

**Senior Manager EEO Compliance**

**MAX ROBINSON CENTER OF WHITMAN-WALKER CLINIC**
2301 M L KING, JR. AVENUE, SE
WASHINGTON, DC 20020
202-678-8877
FAX 202-678-8098

Dear Ms. Kerns:

I am writing to enter my appearance as representative of the complainant, Mr. David Stevens, in his charge against the National Railroad Passenger Corporation (Amtrak), under Title I of the Americans with Disabilities Act and the D.C. Human Rights Act. Please direct any further correspondence in this matter toward me.

**WHITMAN-WALKER CLINIC OF NORTHERN VIRGINIA**
5232 LEE HIGHWAY
ARLINGTON, VA 22207-1621
703-237-4900
TTY 703-237-9340
FAX 703-237-5757

**Andrew McCallum**

Thank you for your attention to this matter.

Very truly yours,

OCT 2 5 2004

**WHITMAN-WALKER CLINIC OF SUBURBAN MARYLAND**
7676 NEW HAMPSHIRE AVENUE
SUITE 411-A
TAKOMA PARK, MD 20912
301-408-8000
TDD 301-408-5041
FAX 301-439-2983

Patrick L. Wojahn, Esq.
Legal Services Program
Whitman-Walker Clinic
1701 14th Street, NW
Washington, DC 20009
(202) 939-7626
(202) 939-7651 (fax)

**Manager EEO Compliance**

cc:   Richard McKewen, Esq., Georgetown University Law Center Institute
      for Public Representation
      Melissa Rogers, Esq., National Railroad Passenger Corporation
      (Amtrak)

WWW.WWC.ORG

Amtrak/Stevens
00097