**Concentra Medical Centers**
4451 G Parliament Place  Lanham, MD  20706
Phone: (301) 459-9113   Fax: (301) 459-1214

## NON-INJURY FLOWSHEET

X-ray Number: _____   Case Date: 01/27/2004

Patient: Stevens, David B.
SSN: 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   Age: 39
Address: 114 F Street NE
WASHINGTON, DC 20002
Home: (202) 412-7438
Work: _____ Ext.: _____

Employer Location: Amtrak-PHYSICALS
Address: 30th Street Station Box 67, Philadelphia, PA 19104
Auth. by: _____

Contact: Tim McLaughlin
Role: Primary Contact/Physicals
Phone: (215) 349-2389  Ext.:
Fax: (215) 349-4401

**Previous Cases:**

| Case Date | Case Description | Employer Location | Center |
|---|---|---|---|
| 02/25/2003 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| 02/12/2002 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| 07/28/2000 | Non-Injury: Non Reg Collect UDS (Amtrak) | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| 03/15/1999 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| 09/24/1997 | Non-Injury: Fitness for Duty PE w/ Non Reg UD | Amtrak-PHYSICALS | CMC - BAL-Lanham |

**Employer Notes:**
DO NOT USE THESE PROTOCOLS, MUST USE PROTOCOL PACKET IN FILE AT FRONT DEST. Must fax M-1s to Tim  12/30/02 per hsm--PPD for On Board Food Servers Only on both physicals-kb Location Notes: 11/5/03 Amtrak Health Services-Alcohol & Drug Program Cell # 202-641-0248 use when primary contact unavailable per emp staff-kb

**Protocol Notes:**
-PMD release REQUIRED
-Non Reg Collect-Split
-Lab-SMKL (Form ID AMI700020) 4-14-99
-MRO-Dr Robert McLean Fax 301-571-0067 then mail
-Pt must bring Amtrak MED 1 auth form for any service. DO NOT accept CMC auth forms.
-FAX MED 1 TO Tim/Mayilyn@ 215-349-4401@ check out
-Compare flow sheet w/MED 1 form to make sure correct components are complete.
-Mail results to Amtrak Med Dept, Attn:Tim McLaughlin at 30th Street Station #67, Phil. Pa  19104

| Non-Injury Flow | Time | Initials | | Time | Initials |
|---|---|---|---|---|---|
| Sign-In | 11:45 am | | Registration Completed | | |
| Admit | 11:48 am | | Treatment Initiated | | |

Protocol: Return to Duty
Non Reg Collect UDS
Return to Work

1218  MRB

1082

35215851

Check Out _____

Remarks: _____

| ServiceID: | 1622 79928 | Concentra Medical Centers | | Service Date: | 01/27/2004 |
|---|---|---|---|---|---|
| X-ray Number: | | 4451 G Parliament Place Lanham, MD 20706<br>Phone: (301) 459-9113  Fax: (301) 459-1214 | | Case Date: | 01/27/2004 |

## NON-INJURY FLOWSHEET

**Patient:** Stevens, David B.
**SSN:** 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  **Age:** 39
**Address:** 114 F Street NE
WASHINGTON, DC 20002
**Home:** (202) 412-7438
**Work:**  **Ext.:**

**Employer Location:** Amtrak-PHYSICALS
**Address:** 30th Street Station Box 67, Philadelphia, PA 19104
**Auth. by:**

**Contact:** Tim McLaughlin
**Role:** Primary Contact/Physicals
**Phone:** (215) 349-2389 **Ext.:**
**Fax:** (215) 349-4401

| Previous Cases: | Case Date | Case Description | Employer Location | Center |
|---|---|---|---|---|
| | 01/27/2004 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| | 02/25/2003 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| | 02/12/2002 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| | 07/28/2000 | Non-Injury: Non Reg Collect UDS (Amtrak) | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| | 03/15/1999 | Non-Injury: Return to Duty | Amtrak-PHYSICALS | CMC - BAL-Lanham |
| | 09/24/1997 | Non-Injury: Fitness for Duty PE w/ Non Reg UD | Amtrak-PHYSICALS | CMC - BAL-Lanham |

**Employer Notes:**
DO NOT USE THESE PROTOCOLS, MUST USE PROTOCOL PACKET IN FILE AT FRONT DEST. Must fax M-1s to Tim   12/30/02 per hsm--PPD for On Board Food Servers Only on both physicals-kb Location Notes: 11/5/03 Amtrak Health Services-Alcohol & Drug Program Cell # 202-641-0248 use when primary contact unavailable per emp staff-kb

**Protocol Notes:**
**DER number is 202-641-0248**

| Non-Injury Flow | Time | Initials | | Time | Initials |
|---|---|---|---|---|---|
| Sign-In | 11:45 am | *[signature]* | Registration Completed | | |
| Admit | 11:50 am | | Treatment Initiated | | *MKB* |
| **Protocol: Breath Alcohol Test** | | | | | |
| Breath Alcohol Test (BAT) | | .000 | | | |

2682

**Check Out**

**Remarks:** _____

**Concentra Medical Centers**
4451 G Parliament Place  Lanham, MD 20706
Phone: (301) 459-9113    Fax: (301) 459-1214

Service Date: 01/27/2004

## Return to Work Evaluation

| | | | |
|---|---|---|---|
| **Patient:** David B. Stevens | **Address:** 114 F Street NE | **Employer:** Amtrak-PHYSICALS | **Contact:** Tim McLaughlin |
| **SSN:** 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 | | **Address:** 30th Street Station Box 67, | **Role:** Primary Contact/Physicals |
| **DOB:** 03/30/1964 | WASHINGTON, DC 20002 | Philadelphia, PA 19104 | **Phone:** (215) 349-2389  **Ext.:** |
| **Gender:** M | **Phone:** (202) 412-7438 | **Auth. by:** | **Fax:** (215) 349-4401 |

**Race:**  ASIAN  BLACK  HISPANIC  INDIAN  WHITE  OTHER

**Reason for evaluation:** _____

☐ Occupational with other provider     ☐ Non-Occupational

**Requested by:** _____
**Special attention to:** _____
**Treating provider:** _____

### Authorization for Examination

Permission is hereby granted to the authorities of Concentra Medical Centers for any examination deemed necessary by the physician. In addition, I authorize the release of any information acquired in the course of this examination.

X _[signature]_ David B Stevens                X 1/27/04
Patient Signature                               Date

### Examination

**Temp:** 98.6    **Blood Pressure:** 110/78    **Pulse:** 86    **Ht:** 69"    **Wt:** 175
**Other:** _____

**Medical History:** _[handwritten notes]_

**Present Complaint:** N/A

**Findings/Recommendations:** _[handwritten notes]_

_[signature]_                                   1-27-04
Physician's Signature                           Date

Evaluation - Non-Work-Related Injury/Illness    Page 1 of 1    Revision Date: 11/05/2002
© 1996 - 2004  Concentra Health Services, Inc. All Rights Reserved.

# Amtrak® STATEMENT OF DISABILITY

**Employee: Complete This Section** *Type or Print*

| | |
|---|---|
| Name: DAVID STEVENS | SS#: 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 |
| Address: 1114 F St NE #3 WDC 20002 | Position: Mechanical ___ Department: |
| Supervisor's Name: BL CAMPBELL | Supervisor's Tel. No. (202) 906-3447 |
| Supervisor's Address: 900 2nd St NE WDC 20002 | |

I authorize you to release to Amtrak's Regional Medical Director any information including the date my disability began, my history, diagnosis and records of any treatment or examination rendered to me during the period from _____ to _____ and my prognosis and anticipated return-to-work date. ☆☆ *The information must be updated every 30 days or my leave will expire.*

Employee's Signature: X [signature]    Date: X 01/10/04

**Physician: Complete This Section** *Type or Print*

PHYSICIAN: To permit your patient to receive medical leave of absence benefits, please provide a detailed narrative medical summary that includes:

Date Disability Began: March 01, 2003    Anticipated Return-to-Work Date: 01/10/04

Diagnosis: 296.89 - bipolar II disorder; cocaine dependence; AIDS.

Reason Why Disabled: (State specifically how patient is impaired)
see above + axis IV axis IV → bereavement; axis III — HIV d. pneumonia. 

Is return to work possible? All Dx are currently in remission

Does employee claim that disability is work related?  ☐ Yes  ☑ No

Treatment Plan: Continued wkly psychotherapy for 3 mos th [unclear] to monthly + monthly medmgmt

Prognosis: Fair to good. Pt has completed intensive OP SA Tx + been compliant c all [unclear] Tx + meds.

Comments: In addition, NA/AA 4x wk.

Physician's Name (Print): Eric LeBot LICSW, BCD + Abdel El Bahri MD, PA

Address: 

Physician's Signature: [signature] LICSW — [signature] El Bahri    Date: 01/10/04

Physician's Telephone No.:

---

**This completed statement should be returned to the appropriate Amtrak Health Services Department:**

Manager of Health Services - NEC
30th Street Station Box 67, Philadelphia, PA 19104
Telephone: Bell 215-349-2389  ATS 728-2389
FAX: Bell 215-349-4401  ATS 728-4401

Manager of Health Services - Wilmington/Bear
4001 Vandever Avenue, Wilmington, DE 19802
Telephone: Bell 302-429-6382  ATS 736-6382
FAX: Bell 302-661-6939  ATS 736-6939

Manager of Health Services - Intercity
210 South Canal Street, Chicago, IL 60606
Telephone: Bell 312-655-2409  ATS 821-2409
FAX: Bell 312-655-2496  ATS 821-2496

Manager of Health Services - Beech Grove
202 Walter Barrick Way, Beech Grove, IN 46107
Telephone: Bell 317-263-0447  ATS 825-0447
FAX: Bell 317-630-0297  ATS 825-0297

Manager of Health Services - Amtrak West
2472 East 8th St., Los Angeles, CA 90021
Telephone: Bell 213-683-6760  ATS 761-6760
FAX: Bell 213-683-6999  ATS 761-6999

Corporate Medical Director
60 Massachusetts Ave., NE, Washington, DC 20002
Telephone: Bell 202-906-2811  ATS 777-2811
FAX: Bell 202-906-3253  ATS 777-3253

NRPC 2717 (9/99)

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

NOT FEDERAL

NORTHWEST DRUG TESTING
DIVISION OF NWT, Inc.
1141 EAST 3900 SOUTH, SUITE A-110
SALT LAKE CITY, UTAH 84124
(801) 293-2300  FAX (801) 263-3605

SPECIMEN ID NO. 35215851
CLIENT ACCOUNT NO. ATK0421C
CLIENT NAME AMTRAK - NEC (DOT)
LOCATION CODE

LABORATORY ACCESSION NO.

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

**A. Employer Name, Address, I.D. No.**  Ph: (215)349-2389
MARIANNE LETTERIO RN
AMTRAK - NEC (DOT)
2005 MARKET ST STE 510
PHILADELPHIA PA 19103

**B. MRO Name, Address, Phone and Fax No.**
DR. ROBERT MCLEAN
EMPLOYEE HEALTH PROGRAMS
P O BOX 1556
BETHESDA MD 20827
Ph:(800)684-4443 Fax:(800)371-7162

**C. Donor SSN or Employee I.D. No.** 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

**D. Reason for Test:** ☐ Pre-employment ☐ Random ☐ Reasonable Suspicion/Cause ☐ Post Accident
☒ Return to Duty ☐ Follow-up ☐ Other (specify) _____

**E. Drug Tests to be Performed:** ☒ THC, COC, PCP, OPI, AMP ☐ THC & COC Only ☐ Other (specify) _____

**F. Collection Site Address:**
CONCENTRA MEDICAL CENTER
4451-G PARLIAMENT AVE
LANHAM MD 20706

Collector Phone No. (301)459-9113
Collector Fax No. (301)459-1214

## STEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark

Specimen Collection: ☒ Split ☐ Single ☐ None Provided (Enter Remark) ☐ Observed (Enter Remark)

REMARKS: Not federal test

STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

## STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I certify that the specimen given to me by the donor identified in the certification section on Copy 1 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

X M. Brown    1214 PM    1/27/04
Signature of Collector | Time of Collection | Date (Mo./Day/Yr.)
(PRINT) Collector's Name: M. BROWN

SPECIMEN BOTTLE(S) RELEASED TO: Airborne

**RECEIVED AT LAB:**
X _____
Signature of Accessioner
(PRINT) Accessioner's Name | Date (Mo./Day/Yr.)

Primary Specimen Bottle Seal Intact
☐ Yes
☐ No, Enter Remark Below

SPECIMEN BOTTLE(S) RELEASED TO:

## STEP 5: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor
(PRINT) Donor's Name: DAVID STEVENS
Date: 1/27/04

Daytime Phone No. (202) 412-7438
Evening Phone No. (202) 3 SAME
Date of Birth: 3/30/64

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). —DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE ☐ POSITIVE ☐ TEST CANCELLED ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE ☐ ADULTERATED ☐ SUBSTITUTED

REMARKS _____

X _____
Signature of Medical Review Officer | (PRINT) Medical Review Officer's Name | Date (Mo./Day/Yr.)

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED ☐ FAILED TO RECONFIRM - REASON _____

X _____
Signature of Medical Review Officer | (PRINT) Medical Review Officer's Name | Date (Mo./Day/Yr.)

# Alcohol Testing Form (Non-DOT)

*(The instructions for completing this form are on the back of Copy 3)*

**STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

A: Employee Name: David Stevens
(Print) (First, M.I., Last)

B: SSN or Employee ID No.: 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

C: Employer Name: Amtrak

Street: 30th St. Station Box 67.

City, ST ZIP: Philadelphia PA 19104

DER Name and Telephone No.: Tim McLaughlin 215-349-2361
DER Name / DER (Area Code & Phone Number)

D: Reason for Test: ☐ Random ☐ Reasonable Susp. ☐ Post-Accident ☒ Return to Duty ☐ Follow-up ☐ Pre-employment

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

Signature of Employee: [signed]
Date: 1 / 27 / 04

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT   DEVICE: ☐ SALIVA ☒ BREATH*   15-Minute Wait: ☐ Yes ☒ No

SCREENING TEST: *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp. Date | Activation Time | Reading Time | Result |
|---|---|---|---|---|---|
| | | | | | |

CONFIRMATION TEST: *Results MUST be affixed to each copy of this form or printed directly onto the form.*

REMARKS: _____

Alcohol Technician's Company: UC
Company Street Address: 4451 G. Parliament Pl
Company City, State, Zip: Lanham, MD 20706

(PRINT) Alcohol Technician's Name (First, M.I., Last):
Phone Number (Area Code & Number): 301-459-9113

Signature of Alcohol Technician: M. Brown
Date: 1 / 27 / 04

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee: _____
Date: ___ / ___ / ___

471-FS-C3 (Rev. 6/01) 6363



# Authorization for Examination or Treatment

## Confidential

### General Information

| Social Security Number | Appointment Time and Date | Hours of Service | CDL |
|---|---|---|---|
| 261 - 47 - 4375 | ☐ AM ☐ PM   1 / 26 / 2004 | ☐ Yes ☒ No | ☐ Yes ☒ No |

| Employee/Applicant Last Name | First Name | M.I. | Position | Work Location City | State |
|---|---|---|---|---|---|
| Stevens | David | | Coach Cleaner | Mechanical | |

| Name of Medical Facility | CONCENTRA MEDICAL CENTER |
|---|---|
| Address of Medical Facility | 4451 PARLIAMENT PL., LAHNHAM, MD 20706 |
| Facility Telephone Number | 301 - 459 - 9113   Facility Fax Number   301 - 459 - 1214 |

### Physical Examination and Laboratory Test(s) Required

Note: **_ALL DRUG SCREENS REQUIRE SPLIT SPECIMEN COLLECTIONS!_**

- ☐ Pre-Employment with Federal Drug Screen for Hours of Service (HOS) Positions
- ☐ Pre-Employment DOT Exam with Federal Drug Screen for Commercial Drivers License (CDL) positions
- ☐ Pre-Employment DOT Exam with Company Drug Screen for CMV driver positions without CDL
- ☐ Pre-Employment with Company Drug Screen for all other positions
- ☐ Pre-Employment with Federal Drug Screen for "Change of Position" from a non-hours of service to an HOS position
- ☐ Pre-Employment with Company Drug Screen for "Change of Position" from an HOS position to another HOS position (i.e. any HOS position to locomotive engineer position)
- ☒ Return to Duty Physical with Company Drug Screen
- ☐ Return to Duty Company Drug Screen only (no physical exam required)
- ☐ Periodic with Company Drug Screen for HOS and certain Management Positions
- ☐ Periodic DOT Exam with Company Drug Screen for CDL driver positions
- ☐ Periodic DOT Exam for Non-CDL driving positions (no drug screen required)
- ☐ Respirator Clearance Examination (no drug screen required)
- ☐ Treatment/Evaluation of Injury *(no drug/alcohol screen required unless requested below)*
- ☐ Fitness for duty with lab exams note below *(only when authorized by Regional Medical Director)*
- ☐ Physical Exam not required in conjunction with laboratory tests, as specified below

### Laboratory Tests Required

| ☐ Visual Acuity | ☐ Color Vision | ☒ Company Breath Alcohol Screen | ☐ Company Drug Screen |
| ☐ EKG | ☐ TB | ☐ Blood Led Level (Pb) | ☐ Asbestos Exam |
| ☐ Audiogram | ☐ PFT | ☐ Federal Breath Alcohol Screen | ☐ Federal Drug Screen |

Comments

### Authorized By

| Name | Signature | Telephone Number | ATS Number |
|---|---|---|---|
| JACKIE COBB | | 202 - 906 - 1308 | 777 - 1308 |
| Department | ResCen | Fax Number | ATS Fax Number |
| MECHANICAL | 4254 | 202 - 906 - 1519 | 777 - 1519 |

### To Be Completed By Medical Examiner

I am a board-certified physician and have personally examined the above-named person and have reviewed the results of any requested Lab and/or X-Ray procedures. I have determined this person:
- Does meet medical standards    ✓ Does meet medical standards pending drug screen results
- Does not meet medical standards. (The Amtrak Health Services Department makes all final determinations.)

To ensure compliance with Federal regulations, I have made certain the correct drug and/or alcohol testing forms, as indicated above, were used.

Signature of Medical Examiner _____   Date 1/27/04

### Instructions
Requesting Department: Complete form, obtain signature and fax to medical facility and Amtrak's regional Health Services Office. Retain copy for your department's records.
Medical Facility: Upon completion, fax and then mail to respective regional Amtrak Health Services Office.

NRPC MED-1 (06/03)
Amtrak is a registered service mark of the National Railroad Passenger Corporation.

Government of the
District of Columbia
Department of Human Service

26 47437    3/30/6
00083429    7001688

DAVID STEVENS

10/14/0

# CONCENTRA

Patient Information                    DATE 1/27/04
                                       TIME ___

(Please Print Legibly So That We May Serve You More Efficiently)

Last Name **DAVId StEVENS**   First Name **DAVId**   Initial **B**

Social Security Number **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**   Date of Birth **3-30-64**   Age **39**

Address **1114 F St N·E**

City **WASh**   State **D.C.**   Zip Code **20002**

Home Phone **202 412-7438**   Work Phone **(906) 1536**   Ext ___

Gender: Male ☒   Female ☐          Marital Status:   Single ☐   Married ☒

---

Employer **AMTRAK**                         Hire date: **2-28-90**

Employer's Address **1401 W St NE**          Phone **(202) 906-1308**

Location/Store # _____ Supervisor _____

PURPOSE OF VISIT:

Injury on the Job?:  Yes ☐   No ☒          Non-Injury Purposes: Yes ☐   No ☐

Date of Accident: ___ At What Time: ___     Reason: ☐   Pre-Placement
                                                    ☐   Annual/Biannual
Where were you (at work) when the accident occurred?: ☐   HazMat/Environmental
_____         ☐   Random
                                                    ☐   Post Accident
Area of body injured: ___
Right___ Left___

How did the accident occur?:
_____               What:  ☐   Physical
_____                      ☒   DOT (CDL)
_____                      ☒   Drug Screen only
_____                      ☐   Physical and Drug Screen
                                                 ☐   Other___

**Concentra Health Services, Inc**

**Authorization for the Use and Disclosure of Protected Health Information**

1. I hereby authorize Concentra Health Services, Inc. ("CHS") to use and disclose protected health information from the record(s) of:

   Patient's Name:     David B Stevens
   Address:            114 F Street NE , WASHINGTON DC 20002
   Birth date:         03/30/1964
   Social Security No: 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

2. Copies of the following records shall be used and disclosed:

   medical records relevant to the purpose of services rendered on 01/27/2004 and all other records related to that visit.

3. I understand that copies of the records indicated above will be:

   A. Used by members of CHS' workforce; and

   B. Communicated to:
      Name of Employer/Company: Amtrak-NE Corridor
      Address:      30th Street Station # 67
      City:         PHILADELPHIA
      State:        PA              Zip Code:   19104
      Fax Number:   - -
      Confirmation Telephone Number:  410-291-4224

4. I understand that to the extent any Recipient of this information, as identified above, is not a "Covered Entity" under Federal law, the information may no longer be protected by Federal privacy law once it is disclosed to the Recipient and, therefore, may be subject to re-disclosure by the Recipient.

5. I understand that the purpose of the use and disclosure of my medical record is per the request of my employer.

6. I understand that I may revoke this authorization in writing at any time except to the extent that CHS has already relied on this authorization. I understand that I may revoke this authorization by sending or faxing a written notice stating my intent to revoke this authorization to:

   Name of contact person at CHS:   Center Administrator
   CHS address:    4451 G Parliament Place Lanham MD 20706
   CHS fax number: 301-459-1214

7. Unless otherwise revoked, I understand that the specific date or event upon which this authorization expires is:

   01/27/2005

8. I understand that CHS may not condition treatment on my completion of this authorization form except when the provision of health care is solely for the purpose of creating protected health information for disclosure to a third party. For example, CHS may have a contract with a third party (e.g., employer) to provide fitness for duty exams. CHS may refuse to conduct the exam if you do not sign this authorization to permit CHS to release the applicable results of the exam to the employer.

Signature of Patient or Patient's Personal Representative: *[signature]*   Date: 1/27/04
Printed Name of Personal Representative (if any):
Representative's Authority to Act for Patient:



## Concentra Medical Centers
4451 G Parliament Place   Lanham, MD  20706
Phone: (301) 459-9113   Fax: (301) 459-1214

Service Date: 01/27/2004

# Consent for Substance Abuse Screening

| | | | |
|---|---|---|---|
| **Patient:** | Stevens, David B. | **Gender:** | M |
| **SSN:** | 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 | **Date of Birth:** | 03/30/1964 |
| **Address:** | 114 F Street NE | **Work Phone:** | |
| | WASHINGTON, DC  20002 | **Home Phone:** | (202) 412-7438 |
| **Employer:** | Amtrak-PHYSICALS | | |

**Driver's License Number:** _____  **State:** _____

I consent to the taking of specimens for drug/alcohol screening as part of an examination in connection with possible employment or as a condition of my employment with the Employer, and authorize the release of those results to the Employer.

Doy mi consentimiento para que se tomen muestras para pruebas de drogas/alcohol como parte de un examen en conexión con un posible empleo o como condición de mi empleo con el patrón, y autorizo la emisión de dichos resultados al patrón.

**Signature** X _[signed]_____   **Date** X 1/27/04
Firma    of employee/applicant (de empleado/applicante)   Fecha   of screen (del Examen)

**Signature** _____   **Date** _____
Firma   parent/guardian (if applicable) [padre/guardiano (si aplicable)]   Fecha

**Witness** _____
Testigo

---

## EMPLOYEE CERTIFICATION
CERTIFICATION DE EMPLEADO

I acknowledge that samples accompanying this form are my own and that I have observed them being sealed in a container which I have initialed.

Yo soy testigo que las muestra(s) que acompaña(n) esta forma es/son mia(s) y que he observado que se la(s) ha(n) sellado en una bolsa en que firmé mis iniciales.

**Signature** _____
Firma   of employee/applicant

**Witness** _____
Testigo   collector

Consent - Substance Abuse    © 1996 - 2004  Concentra Health Services, Inc. All Rights Reserved.    Revision Date: 11/15/2002



# Concentra Health Services, Inc.
# Notice of Privacy Practices

Your name and signature on this cover sheet indicate that you have received a copy of CHS' Notice of Privacy Practices on the date and time indicated. If you have any questions regarding the information set forth in CHS' Notice of Privacy Practices, please do not hesitate to contact Dona-Marie Geoffrion, Vice President and Privacy Officer at 615-778-4290.

Name: (please print) DAVID B STEVENS

Signature: David B St

Date and Time Notice Received: 1/27/04

# Concentra Medical Centers (MD)

4451 G Parliament Place  Lanham, MD  20706
Phone: (301) 459-9113   Fax: (301) 459-1214

## Non-Injury Status Report

**Patient:** Stevens, David B.
**SSN:** 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
**Address:** 114 F Street NE
WASHINGTON, DC  20002
**Home:** (202) 412-7438
**Work:**           **Ext.:**

**Employer Location:** Amtrak-PHYSICALS
**Address:** 30th Street Station Box 67, Philadelphia, PA  19104
**Auth. by:**

**Contact:** Barbara Sommons
**Role:** Primary Contact
**Phone:** (215) 349-2389  **Ext.:**
**Fax:** (215) 349-4401

### This Visit:

**Time In:** 01:43 pm    **Time Out:** 05:13 pm    **Visit Type:** New

*Return to Duty*
  Return to Work
  Non Reg Collect UDS

### Result Status:

Able to perform essential functions
No medical restrictions

**Remarks:** PATIENT'S 1ST URINE SPECIMEN OUT OF TEMP. RANGE LEFT CLINIC AND DID NOT DO 2ND COLLECTION SPOKE WITH MAGARET TIERNEY @ AMTRAK