# INDIVIDUAL DETAIL DISCIPLINE

## AMTRAK

| LAST NAME | VIOLATION DATE | ID | M OF E FILE NUMBER | ODI FILE NUMBER | FIRST NAME | MI | CRAFT |
|---|---|---|---|---|---|---|---|
| STEVENS | 12/13/2004 | | 211 04.202--BLC/S | 04.465 | DAVID | B. | CCL |

| EMPLOYEE ID NUMBER | DEPARTMENT | STREET ADDRESS | CITY AND STATE | ZIP CODE | VIOLATION |
|---|---|---|---|---|---|
| 261474375 | TSSN | 1114 "F" STREET, NE, APT. #3 | WASHINGTON, D.C. | 20002 | RULE G WAIVER VIOLATION |

**SPECIFICS**
EMPLOYEE PROVIDED ADULTERATED URINE SPECIMEN AND REFUSED RE-TEST AT RETURN TO DUTY PHYSICAL, THEREBY VIOLATING 3/10/03 RULE G WAIVER AGREEMENT. HEARING CONCLUDED 1/31/2005.

**INFRACTIONS (ATTENDANCE)**
N/A

| WAIVER | WAIVER DATE | CHARGING OFFICER | RESCEN | DISCHARGED | WARNING | TYPE OF WARNING |
|---|---|---|---|---|---|---|
| ☐ | | M. W. TALLEY | 4253 | ☑ | ☐ | |

**DISCIPLINE**
TERMINATION IN ALL CAPACITIES, EFF. 2/14/2005.

| STATUS | ACTIVE EMPLOYEE |
|---|---|
| CLOSED | ☐ |

Saturday, April 02, 2005

Amtrak/Stevens
001185

Page 1 of 7