# ᐳ AMTRAK

## MECHANIC . DEPARTMENT--TURNAROUND SERVICING
## HUMAN RESOURCE FILE ATTACHMENT

PLEASE RETURN THIS SIGNED RECEIPT
TO 1   S. HOWARD--MECHANICAL--    OR
TRK 7/UNION STATION
FAX TO:  X 3141

| ID | First Name | MI | Last Name | Craft | RESCEN: | |
|---|---|---|---|---|---|---|
| 226 | DAVID | | STEVENS | CCL | 4253 | |

Employee ID Number: 26147437#/00054826

Charges: 6 OF E DRUGS AND ALCOHOL AND PERS. 19

Violation Date: 12/13/2004

Charging Officer: M. W. TALLEY

Infractions (Attendance): N/A

Waiver Date, If Applicable: N/A

**SPECIFICS OF FILE:**

*EMPLOYEE PROVIDED ADULTERATED URINE SPECIMEN AND REFUSED RE-TEST AT RETURN TO DUTY PHYSICAL, THEREBY VIOLATING 3/10/03 RULE G WAIVER AGREEMENT.HEARING CONCLUDED 1/31/2005.*

| ODI File Number: | M of E File Number: | Prior Discipline | Intent Date: |
|---|---|---|---|
| 04.465 | 04.202--BLC/S | | N/A |

Type of Warning, If Applicable: ☐ Warning ☐

Prior Discipline 2

DISCIPLINE: ☑ TERMINATED  ☑ VERDICT--GUILTY?

TERMINATION IN ALL CAPACITIES, EFF. 2/14/2005

Prior Discipline 3

Status: CLOSED

THE ATTACHED DISCIPLINARY INFORMATION MUST BE ATTACHED TO AND MADE A PERMANENT PART OF THE AMTRAK HUMAN RESOURCES EMPLOYMENT FILE OF THE ABOVE NAMED EMPLOYEE

HUMAN RESOURCES DEPARTMENT ACKNOWLEDGEMENT

RECEIVED THIS _____ DAY OF _____ 20 ___
FROM MECHANICAL DEPARTMENT--TURNAROUND SERVICING

PRINTED NAME/ HR REPRESENTATIVE:

SIGNATURE/HR REP:

☑ CC: MECHANICAL ASSIGNMENTS OFFICE

Amtrak/Stevens
01372