IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David B. Stevens )
)
and )
)
Mae Whitley, )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:05CV01924-RCL
)
National Railroad Passenger Corporation )
("Amtrak"), )
)
Defendant. )

### NOTICE OF DEPOSITIONS

Plaintiff Eve Ferguson will take the following depositions at the office of Leizer Z. Goldsmith, 5335 Wisconsin Avenue, NW Ste 440, Washington, D.C. 20015, commencing at 11:30 a.m., at the designated times, before a person authorized to administer oaths, for all purposes permitted by law. The deposition will continue from day to day until completed.

Please also take notice that all deponents shall bring to his/her deposition any and all documents and tangible things within his or her custody and control that relate in any way to the allegations contained in the Complaint which have not already been produced to Plaintiff by the time of the deposition in response to previously propounded discovery requests. Please also note that Plaintiff's understanding is that all witnesses other than Ms. Hudley and Ms. Beaty are employees of AMTRAK, and that


EXHIBIT A

AMTRAK counsel will provide for their attendance without the necessity of a subpoena.

The depositions are noted as follows:

| # | Name | Date | Time |
|---|------|------|------|
| 1. | Bernard Campbell | December 11, 2006 | 10:00 AM |
| 2. | Demetria Hudley | December 13, 2006 | 9:30 AM |
| 3. | Ebonie Beaty | December 13, 2006 | 1:00 PM |
| 4. | Margaret Tierney | December 14, 2006 | 10:00 AM |
| 5. | Gary Louers | December 15, 2006 | 10:00 AM |
| 6. | Robert Frank | December 18, 2006 | 9:30 AM |
| 7. | L.W. Ice | December 18, 2006 | 1:00 PM |
| 8. | L. Freeman | December 20, 2006 | 9:30 AM |

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-6235
Attorney For Plaintiffs Whitley & Stevens