1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
                                              MAR 1 4 2007
 3
 4   DAVID B. STEVENS and        )
                                 )    ORIGINAL
 5   MAE WHITLEY,                )
                                 )
 6           Plaintiffs,         )
                                 )
 7       vs.                     )    Civil Action No.
                                 )
 8   NATIONAL RAILROAD           )    1:05CV01924-RCL
                                 )
 9   PASSENGER CORPORATION       )
                                 )
10   ("AMTRAK"),                 )
                                 )
11           Defendant.          )
12         *         *         *         *         *
13
14
15        The deposition of MAE (MARY) JONES WHITLEY
16   was taken on Tuesday, February 27, 2007, commencing
17   at 10:17 a.m., at the offices of National Railroad
18   Passenger Corporation, 60 Massachusetts Avenue,
19   N.E., Washington, D.C., before Victoria L. Wilson,
20   Notary Public.
21
22         *         *         *         *         *
```

M.A.R. REPORTING GROUP                              PLATT & DAWSON
         Professional Court Reporters
            www.mar-reporting.com
               (703) 534-1225



EXHIBIT B

1   get my story mixed up.  Oh, yes.  That's when I -- I
2   was -- when I saw Mr. Robert, that's when I really
3   got -- I was really hurt, and I was a little
4   disturbed, too, because, you know, by getting all
5   these congratulations and all this stuff like this,
6   I really thought I had the job, you know.  So I
7   did -- I called personnel and I talked to Mr. Taylor
8   in reference to what happened to me.  I put in for
9   the job; what happened?  And -- okay.
10      Q.   And what did he tell you?
11      A.   That's when he said -- that's when he was
12  telling me that if he had known that I had been
13  charged for the shampoo wand or if he known that I
14  had something on my record, that he would have never
15  interviewed me from the beginning.
16      Q.   You said there was a second interview that
17  you think was sometime around September of 2004?
18      A.   Yes, I'm -- I'm wanting to say in that time
19  frame, September 4th.
20      Q.   Okay.  And that was Mr. Frank, Mr. Freeman
21  and Mr. Tana?
22      A.   Yes.  That was my last interview.