# KRUCHKO & FRIES
### COUNSELORS AT LAW

| | | |
|---|---|---|
| Suite 400<br>502 Washington Avenue<br>Baltimore, Maryland 21204<br>----<br>(410) 321-7310 | Suite 560<br>1750 Tysons Boulevard<br>McLean, Virginia 22102<br>----<br>Telephone: (703) 734-0554<br>Telecopier: (703) 734-0876 | Suite 900<br>601 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>----<br>(202) 347-6550 |

KEITH FISCHLER                                              kfischler@kruchkoandfries.com

January 3, 2007

**BY FACSIMILE AND FIRST-CLASS MAIL**

Leizer Z. Goldsmith, Esq.
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC 20015

RE: Stevens v. National Railroad Passenger Corporation

Dear Mr. Goldsmith:

By notice of deposition, dated December 27, 2006 (served on December 28, 2006), you noticed twelve depositions to take place between January 8 and January 16, 2007 in the above-referenced case. According to Rule 30(a)(2) of the Federal Rules of Civil Procedure, a party cannot take more than ten depositions in a case without the stipulation of the parties or leave of the court.

National Railroad Passenger Corporation ("Amtrak") initially noted its objection to the number of depositions proposed on December 28, 2006. Amtrak is not willing to consent to additional depositions in this case. Therefore, please let me know which ten deposition you plan to conduct.

Please give me call if you wish to discuss this issue further.

Sincerely,

Keith Fischler

cc: Desmond McIlwain, Esq.


EXHIBIT C