IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David B. Stevens, et. al,** | ) <br> ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | ) Civil Action No. 1:05CV01924-RCL <br> ) |
| **National Railroad Passenger Corporation ("Amtrak"),** | ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) |

## ORDER

The Unopposed Motion to File Stevens' Brief *Nunc Pro Tunc* is before the Court. The Motion is hereby GRANTED. Docket Entry No. 52 is accepted and will be treated as timely.

_____
Judge
United States District Court