**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
**David B. Stevens, et. al,**                           )
                                                        )
                                                        )
            **Plaintiffs,**                             )
                                                        )
      **v.**                                            ) **Civil Action No. 1:05CV01924–RCL**
                                                        )
**National Railroad Passenger Corporation**             )
**("Amtrak"),**                                         )
                                                        )
            **Defendant.**                              )
_____ )

## <u>ORDER</u>

    Defendant's Motion for Summary Judgment as to the claims of Ms. Whitley is

before this Court.  The Motion is hereby DENIED.

 

_____
Judge
United States District Court