IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David B. Stevens, et. al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01924-RCL |
| ) | |
| **National Railroad Passenger Corporation** ) | |
| **("Amtrak"),** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Defendant's Motion for Summary Judgment as to the claims of Mr. Stevens is before this Court. The Motion is hereby DENIED.

_____
Judge
United States District Court