UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS<br><br>and<br><br>MAE WHITLEY,<br><br>      Plaintiffs,<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>      Defendant. | Civil Action No. 05-1924 (RCL) |

### ORDER GRANTING MOTION TO QUASH SUBPOENA

Upon consideration of Non-Party Concentra Health Services, Inc.'s Motion to Quash Subpoena [37] and the opposition thereto and the record herein, it is hereby

ORDERED that the Movant's Motion [37] is GRANTED. The subpoenas are hereby quashed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 26, 2007.