UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS <br><br> and <br><br> MAE WHITLEY, <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br><br>　　　　Defendant. | Civil Action No. 05-1924 (RCL) |

**ORDER DENYING PLAINTIFFS' MOTION FOR DISCOVERY**

Upon consideration of the Plaintiffs' Motion [40] for Discovery to permit additional depositions beyond the ten initially permitted in accordance with Fed. R. Civ. P. 30(a)(2)(A) and the opposition thereto and the record herein, it is hereby

ORDERED that the Plaintiffs' Motion [40] is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 26, 2007.