UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DAVID B. STEVENS** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **MAE WHITLEY,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1924 (RCL) |
| | ) | |
| **NATIONAL RAILROAD PASSENGER** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the defendant's Motions for Summary Judgment [43, 44], the plaintiffs' memoranda [50, 51, 52] in opposition to defendant's Motions [43, 44], the defendant's replies [53, 54], the applicable law and the entire record in this case, it is this 18th day of June, 2007, hereby

ORDERED that the defendant's Motions [43, 44] be and hereby are, GRANTED. Summary Judgment is hereby entered for the defendant. This action shall be DISMISSED WITH PREJUDICE.

SO ORDERED

Signed Royce C. Lamberth, United States District Judge, June 26, 2007