# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

David Stevens and Mae Whitley
_____
Plaintiff

vs.                                    Civil Action No. 1:05CV01924-RCL

National Railroad Passenger Corporation ) ("Amtrak")
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 2nd day of July, 20 07, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 26th day of June, 20 07

in favor of National Railroad Passenger Corporation ) ("Amtrak")

against said David Stevens and Mae Whitley

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Keith Fischler, Esq.
Kruchko & Fries,
1750 Tysons Boulevard
Suite 560
McLean, Virginia 22102