IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID B. STEVENS and MAE WHITLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. |
| NATIONAL RAILROAD PASSENGER CORPORATION | ) ) ) | 1:05CV01924-RCL |
| Defendant. | ) ) ) | |

NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Keith Fischler will withdrawal as counsel for

Defendant National Railroad Passenger Corporation in this case. Defendant National

Railroad Passenger Corporation will continue to be represented by John G. Kruchko,

Kruchko & Fries, 1750 Tysons Boulevard, Suite 560, McLean, VA 22102.

Respectfully submitted,

Respectfully submitted,

KRUCHKO & FRIES

By:_____/s/_____
        John G. Kruchko

By:_____/s/_____
        Keith Fischler

Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

Dated: July 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2007, I caused a copy of the foregoing

Notice of Appearance to be served electronically on

       Leizer Z. Goldsmith, Esq.
       Adam W. Marker, Esq.
       The Goldsmith Law Firm, LLC
       5335 Wisconsin Avenue, N.W.
       Suite 440
       Washington, DC 20015

                                  John G. Kruchko