IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. STEVENS and MAE WHITLEY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>Defendant. | Civil Action No.<br>1:05CV01924-RCL |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant National Railroad Passenger Corporation will continue to be represented by John G. Kruchko, Kruchko & Fries, 1750 Tysons Boulevard, Suite 560, McLean, VA 22102.

Respectfully submitted,

                          Respectfully submitted,

                          KRUCHKO & FRIES

                          By:_____/s/_____
                              John G. Kruchko

                          Counsel for Defendant
                          National Railroad Passenger Corporation

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

Dated: July 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2007, I caused a copy of the foregoing Notice of Appearance to be served electronically on

> Leizer Z. Goldsmith, Esq.
> Adam W. Marker, Esq.
> The Goldsmith Law Firm, LLC
> 5335 Wisconsin Avenue, N.W.
> Suite 440
> Washington, DC 20015

_____
John G. Kruchko