IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David B. Stevens )<br>)<br>)<br>and )<br>Mae Whitley )<br>      Plaintiffs )<br>)<br>    v. )<br>)<br>National Railroad Passenger Corporation )<br>("Amtrak") )<br>      Defendant. )<br>) | Civil Action No. 1:05CV01924-RCL |

## AMENDED NOTICE OF APPEAL

This is to amend the Notice of Appeal, filed on July 2, 2007 (Docket Entry # 64), in which both David Stevens and Mae Whitley appealed the Court's Order (Docket Entry #63) granting Defendant's Motions for Summary Judgment. Plaintiff-Appellants also appeal the Court's Order (Docket Entry # 61) denying Plaintiffs' Motion to Allow Additional Depositions and the implicit denial of their Motion to Strike the Affidavits of Witnesses Frank and Freeman.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

/s/

_____
Leizer Z. Goldsmith
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015
Telephone: (202) 895-1506
Facsimile: (202) 318-0798
Attorney For Plaintiffs Whitley & Stevens

1