**KRUCHKO & FRIES**
COUNSELORS AT LAW

| Suite 400 | Suite 560 | Suite 900 |
|---|---|---|
| 502 Washington Avenue | 1750 Tysons Boulevard | 601 Pennsylvania Avenue, N.W. |
| Baltimore, Maryland 21204 | McLean, Virginia 22102 | Washington, D.C. 20004 |
| ---- | ---- | ---- |
| (410) 321-7310 | Telephone: (703) 734-0554 | (202) 347-6550 |
|  | Telecopier: (703) 734-0876 |  |
|  | www.KruchkoandFries.com |  |

Desmond McIlwain, Esq.
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002

Stevens and Whitley v. Amtrak; Case No. 2005-CA-005195B (D.C. Sup. Ct. 2005) (Retaliation and employment Discrimination)

Itemized Statement

1200-002

|  | Hrs/Rate | Amount |
|---|---|---|
| Case copies – 2,277 | 0.20 | 455.40 |
| Total Costs |  | $455.40 |

# M.A.R. Reporting Group, L.L.C.
200 Little Falls Street
Suite 410
Falls Church, VA 22046

## Invoice

| Today's Date | Invoice No. |
|---|---|
| 3/14/2007 | 61446 |

**PAID**

TO:

Kruchko & Fries
Keith Fischler, Esquire
1750 Tysons Blvd., Ste. 560
McLean, VA 22102

IN RE:

*US Dist Court - Eastern Dist of Virginia*
*David B. Stevens & Mae Whitley*
*vs.*
*Natl. Railroad Passenger Corp.*
*Civil Action No. 1:05CV01924-RCL*

| TERMS | DUE DATE |
|---|---|
| Net 30 | 4/13/2007 |

| PROFESSIONAL SERVICES | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Court Reporting Services | | | |
| Deposition of: DAVID B. STEVENS<br>Date of Proceedings: March 1, 2007<br>10-Day Delivery of Original Transcript | 152 | 3.80 | 577.60 |
| Condensed Transcript of Proceedings<br>Including Word Index | | 0.00 | 0.00 |
| Fee for Diskette or e-Transcript | | 0.00 | 0.00 |
| Local Delivery - Courier/Handling Fee | | 20.00 | 20.00 |
| Thank you for your business. | | | |

*Please make checks payable to M.A.R. REPORTING GROUP, LLC*
*Federal Tax ID: 54-1869181   Phone: (703) 534-1225*
*\*\* Remit payment to the above address \*\**
*A late penalty fee may be applied per month against any unpaid balances due.*

**TOTAL DUE:** **$597.60**

# M.A.R. Reporting Group, L.L.C.

200 Little Falls Street
Suite 410
Falls Church, VA 22046

**Invoice**

| Today's Date | Invoice No. |
|---|---|
| 3/14/2007 | 61441 |

**PAID**

TO:

Kruchko & Fries
Keith Fischler, Esquire
1750 Tysons Blvd., Ste. 560
McLean, VA 22102

IN RE:

US Dist Court - Eastern Dist of Virginia
David B. Stevens & Mae Whitley
vs.
Natl. Railroad Passenger Corp.
Civil Action No. 1:05CV01924-RCL

| TERMS | DUE DATE |
|---|---|
| Net 30 | 4/13/2007 |

| PROFESSIONAL SERVICES | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Court Reporting Services | | | |
| Deposition of: MAE (MARY) JONES WHITELEY<br>Date of Proceedings: February 27, 2007<br>10-Day Delivery of Original Transcript | 225 | 3.80 | 855.00 |
| Condensed Transcript of Proceedings<br>Including Word Index | | 0.00 | 0.00 |
| Fee for Diskette or e-Transcript | | 0.00 | 0.00 |
| Rough Draft ASCII Diskette<br>Delivered at the Deposition or via e-mail | 218 | 1.50 | 327.00 |
| Local Delivery - Courier/Handling Fee | | 20.00 | 20.00 |

Thank you for your business.

*Please make checks payable to M.A.R. REPORTING GROUP, LLC*
*Federal Tax ID: 54-1869181   Phone: (703) 534-1225*
*\*\* Remit payment to the above address \*\**
*A late penalty fee may be applied per month against any unpaid balances due.*

**TOTAL DUE:** $1,202.00

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127987 *** | 03/09/2007 | 01-23476 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/28/2007 | BAKEJU | 1:05CV01924-R |

**CASE CAPTION**

David B. Stevens, et al. v. National Railroad Passenger Corp

**TERMS**

Due upon receipt

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
    Ebonie Denae Beaty                  112 Pages @    3.40/Page      380.80
         ASCII Disk - No Charge                                          n/c
         Compressed Transc - N/C                                         n/c
         Postage/Delivery                                              25.90
         COD ONLY-GIVE TO DUANE**                                        n/c
         SALES TAX                                                       1.49

                                    TOTAL  DUE  >>>>                   408.19
                            AFTER 04/08/2007 PAY                       414.29
```

TAX ID NO.: 53-0261591                          (202) 895-1506    Fax (202) 318-6235

*Please detach bottom portion and return with payment.*

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

Invoice No.:  127987 ***
Date       :  03/09/2007
**TOTAL DUE** :      408.19
AFTER 4/8/2007 PAY : 414.29

Job No.    :  01-23476
Case No.   :  1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:   Ace-Federal Reporters, Inc.
            1401 New York Avenue
            Suite 1230
            Washington, DC 20005

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128077 *** | 03/13/2007 | 01-23451 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/20/2007 | HAWKDA | 1:05CV01924-R |

**CASE CAPTION**

David B. Stevens, et al. v. National Railroad Passenger Corp

**TERMS**

Due upon receipt

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
    Ron Truitt                              135 Pages @        3.40/Page        459.00
        ASCII Disk - No Charge                                                    n/c
        Compressed Transc - N/C                                                   n/c
        Postage/Delivery                                                         25.90
        SALES TAX                                                                 1.49
                                                                            -----------
                                   TOTAL   DUE   >>>>                           486.39
                              AFTER 04/12/2007 PAY                              493.66
```

TAX ID NO.: 53-0261591                              (202) 895-1506    Fax (202) 318-6235

*Please detach bottom portion and return with payment.*

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
Invoice No.:  128077 ***
Date       :  03/13/2007
TOTAL DUE  :      486.39
AFTER 4/12/2007 PAY :  493.66


Job No.    :  01-23451
Case No.   :  1:05CV01924-RCL
David B. Stevens, et al. v. National
```

Remit To:    Ace-Federal Reporters, Inc.
             1401 New York Avenue
             Suite 1230
             Washington, DC 20005

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127419 *** | 01/23/2007 | 01-23143 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/08/2007 | HOFFDA | 1:05CV01924-R |

**CASE CAPTION**

David B. Stevens, et al. v. National Railroad Passenger Corp

**TERMS**

Due upon receipt

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
   Sarah Ray                                253 Pages @     3.40/Page      860.20
        COD ONLY-GIVE TO DUANE**                                              n/c
        Postage/Delivery                                                    25.90
        SALES TAX                                                            1.49

                                        TOTAL  DUE  >>>>                   887.59
                                   AFTER 02/22/2007 PAY                    900.88
```

TAX ID NO.: 53-0261591                            (202) 895-1506    Fax (202) 318-6235

*Please detach bottom portion and return with payment.*

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

Invoice No.: 127419 ***
Date       : 01/23/2007
TOTAL DUE  :     887.59
AFTER 2/22/2007 PAY :  900.88

Job No.  : 01-23143
Case No. : 1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:   Ace-Federal Reporters, Inc.
            1401 New York Avenue
            Suite 1230
            Washington, DC 20005

Ace-Federal Reporters, Inc.
1401 New York Avenue
Suite 1230
Washington, DC 20005
(202) 347-3700   Fax (202) 737-3638

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| KRUCMC01 | 06/07/2007 |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 254.31 |
| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
| .00 | .00 | 254.31 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 03/13/2007 | 128021 | 254.31 | 03/02/2007 | Demetria Hudley | David B. Stevens, et al. v. Na |

TAX ID NO.:   53-0261591

*Please detach bottom portion and return with payment.*

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

Account No.: KRUCMC01
Date        : 06/07/2007

**TOTAL DUE** : 254.31

Remit To:   **Ace-Federal Reporters, Inc.**
            **1401 New York Avenue**
            **Suite 1230**
            **Washington, DC 20005**

**Beta Court Reporting**
1140 CONNECTICUT AVENUE, NW, SUITE 600
WASHINGTON, DC 20036
P 202.464.2400
F 202.464.0999

Job #: 070314MH
Job Date: 03/14/2007
Order Date: 03/14/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Past Due**
Past Due Date: 05/01/2007
Invoice #: 62064
Inv.Date: 03/28/2007
Balance: $478.74

Bill To:
Keith Fischler, Esq
Kruchko & Fries
1750 Tysons Blvd, Ste 560
McLean, VA 22102

Action: Stevens, David
vs
Amtrak
Action #:
Rep: MH
Cert:

| Item | Proceeding/Witness | Description |
|---|---|---|
| 1 | Joseph Tana | Copy-Transcript (10 Day) Delivery |
| 2 | Joseph Tana | Condensed Transcript & Disk |
| 3 | | Shipping/Handling-Non-Government |

Comments:

Sub Total: $474.00
Tax: N/A
**Total Invoice**: $474.00
Finance Charge: $4.74
Payment: $0.00
**Balance Due**: $478.74

Federal Tax I.D.: 54-1714655
Terms: Upon Receipt 1% Charge After 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
Keith Fischler, Esq
Kruchko & Fries
1750 Tysons Blvd, Ste 560
McLean, VA 22102

Deliver To:
Keith Fischler, Esq
Kruchko & Fries
1750 Tysons Blvd, Ste 560
McLean, VA 22102

**Past Due**



1140 CONNECTICUT AVENUE, NW, SUITE 600
WASHINGTON, DC 20036
info@betareporting.com   betareporting.com

Invoice #: 62064
Inv.Date: 03/28/2007
Balance: $478.74
Job #: 070314MH
Job Date: 03/14/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**ACE·FEDERAL**

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127800 | 02/21/2007 | 01-23371 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/06/2007 | WILSVI | 1:05CV01924-R |

| CASE CAPTION |
|---|
| David B. Stevens, et al. v. National Railroad Passenger Corp |

| TERMS |
|---|
| Due upon receipt |

Kevin B. McCoy, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
    Garry Louers                         105 Pages @     2.25/Page         236.25
        ASCII Disk - No Charge                                                n/c
        Condensed Trans/4-Pg-N/C                                              n/c
        FedEx                                                               26.66
                                                                      _____
                                        TOTAL   DUE   >>>>                 262.91
                                   AFTER 03/23/2007 PAY                    266.85
```

TAX ID NO.: 53-0261591                                      (703) 734-0554   Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due
date, or the highest amount allowed by law.

Kevin B. McCoy, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
Invoice No.: 127800
Date        : 02/21/2007
TOTAL DUE   :     262.91
AFTER 3/23/2007 PAY : 266.85


Job No.     : 01-23371
Case No.    : 1:05CV01924-RCL
              David B. Stevens, et al. v. National
```

Remit To:   Ace-Federal Reporters, Inc.
            1120 G Street, N.W., Suite 500
            Washington, DC 20005

We Accept VISA and Mastercard # _____ _____ _____ Exp. _____

Signature _____

**ACE·FEDERAL**
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127885 | 02/27/2007 | 01-23381 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/12/2007 | SMITCA | 1:05CV01924-R |
| CASE CAPTION | | |
| David B. Stevens, et al. v. National Railroad Passenger Corp | | |
| TERMS | | |
| Due upon receipt | | |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
   Michael Kapela                   157 Pages @      2.25/Page        353.25
        ASCII Disk - No Charge                                           n/c
        Compressed Transc - N/C                                          n/c
        FedEx                                                          32.12
                                                                     --------
                                  TOTAL   DUE   >>>>                   385.37
                              AFTER 03/29/2007 PAY                     391.15
```

TAX ID NO.: 53-0261591                                    (703) 734-0554    Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Post due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

Invoice No.: 127885
Date        : 02/27/2007
**TOTAL DUE** :     385.37
AFTER 3/29/2007 PAY : 391.15

Job No.   : 01-23381
Case No.  : 1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:   Ace-Federal Reporters, Inc.
            1120 G Street, N.W., Suite 500
            Washington, DC 20005

We Accept VISA and Mastercard #_____  _____  _____  _____   Exp. _____

Signature_____

**ACE·FEDERAL**

Court Reporters · Legal Videographers
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127940 | 02/28/2007 | 01-23380 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/09/2007 | WASSEL | 1:05CV01924-R |
| **CASE CAPTION** | | |
| David B. Stevens, et al. v. National Railroad Passenger Corp | | |
| **TERMS** | | |
| Due upon receipt | | |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
    Bernard Campbell                    274 Pages @       2.25/Page         616.50
       ASCII Disk - No Charge                                                  n/c
       Compressed Transc - N/C                                                 n/c
       FedEx                                                                 29.45

                              TOTAL   DUE  >>>>                             645.95

                     AFTER 03/30/2007 PAY                                   655.64
```

TAX ID NO.: 53-0261591                                  (703) 734-0554   Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

Invoice No.:  127940
Date        :  02/28/2007
**TOTAL DUE** :     645.95
AFTER 3/30/2007 PAY :  655.64

Job No.     :  01-23380
Case No.    :  1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:   Ace-Federal Reporters, Inc.
            1120 G Street, N.W., Suite 500
            Washington, DC 20005

We Accept VISA and Mastercard #_____ _____ _____ _____   Exp. _____

Signature _____

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C. 20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

Page 1

**Payable Upon Receipt**

KRUMC
KRUCHKO & FRIES
INVOICE 8750 TYSONS BOULEVARD
TO SUITE 560
MCLEAN VA 22102
ATTN: KEITH FISCHLER, ESQ.

INVOICE NO. 40135
INVOICE DATE 02/01/07

D-U-N-S 04-832-7464
Federal Id. #52-1195809

*DAVID B STEVENS v AMTRAK*

DEPO: MARGARET TIERNEY           WORKSHEET: 11057

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| 1/10/07 | COPY SALE PAGES 1-78 | 78.0 | 2.45 | 191.10 |
| | FINANCE CHARGE -- 1.5% PER MONTH AFTER 30 DAYS. | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| 191.10 | .00 | .00 | 20.00 | 211.10 |

Member National Shorthand Reporters Assn.

---

MILLER REPORTING COMPANY, INC.
735 - 8th Street SE
Washington, D.C. 20003-2802
(202) 546-6666

Page 1

KRUCHKO & FRIES
KRUMC

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02/01/07 | 40135 |

PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT.

| INVOICE TOTAL |
|---|
| 211.10 |

NATIONAL RAILROAD PASS..  .R CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002



October 26, 2006

<u>VIA OVERNIGHT DELIVERY</u>

<u>PRIVILEGED AND CONFIDENTIAL</u>
<u>ATTORNEY-CLIENT COMMUNICATION</u>
Keith Fischler, Esquire
Kruchko and Fries
1750 Tysons Boulevard
Suite 560
McLean, VA  22102

  Re: <u>Stevens and Whitley v. NRPC</u>

Dear Keith:

Enclosed are the original and one copy of the CD of discovery documents in this matter which were scanned by IKON last week. The total cost was $559.22: File Folder Capture $10.20; Image Capture $524.02; CD $25.00.

Please give me a call at 202.906.2733 if you have any questions.

            Very truly yours,

            *Linda*

            Linda A. Damiano
            Legal Assistant

Enclosure