# KRUCHKO & FRIES
COUNSELORS AT LAW

| | | |
|---|---|---|
| Suite 400<br>502 Washington Avenue<br>Baltimore, Maryland 21204<br>----<br>(410) 321-7310 | Suite 560<br>1750 Tysons Boulevard<br>McLean, Virginia 22102<br>----<br>Telephone: (703) 734-0554<br>Telecopier: (703) 734-0876<br>www.KruchkoandFries.com | Suite 900<br>601 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>----<br>(202) 347-6550 |

Desmond McIlwain, Esq.
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002

Stevens and Whitley v. Amtrak; Case No. 2005-CA-005195B (D.C. Sup. Ct. 2005) (Retaliation and employment Discrimination)

Itemized Statement

1200-002

|  | Hrs/Rate | Amount |
|---|---|---|
| Case copies – 2,277 | 0.20 | 455.40 |
| Total Costs | | $455.40 |

# M.A.R. Reporting Group, L.L.C.

200 Little Falls Street
Suite 410
Falls Church, VA 22046

**Invoice**

| Today's Date | Invoice No. |
|---|---|
| 3/14/2007 | 61446 |

PAID

TO:

Kruchko & Fries
Keith Fischler, Esquire
1750 Tysons Blvd., Ste. 560
McLean, VA 22102

IN RE:

US Dist Court - Eastern Dist of Virginia
David B. Stevens & Mae Whitley
vs.
Natl. Railroad Passenger Corp.
Civil Action No. 1:05CV01924-RCL

| | | TERMS | DUE DATE |
|---|---|---|---|
| | | Net 30 | 4/13/2007 |
| **PROFESSIONAL SERVICES** | **Quantity** | **Rate** | **Amount** |
| Professional Court Reporting Services | | | |
| Deposition of: DAVID B. STEVENS<br>Date of Proceedings: March 1, 2007<br>10-Day Delivery of Original Transcript | 152 | 3.80 | 577.60 |
| Condensed Transcript of Proceedings<br>Including Word Index | | 0.00 | 0.00 |
| Fee for Diskette or e-Transcript | | 0.00 | 0.00 |
| Local Delivery - Courier/Handling Fee | | 20.00 | 20.00 |
| Thank you for your business. | | | |

*Please make checks payable to M.A.R. REPORTING GROUP, LLC*
*Federal Tax ID: 54-1869181  Phone: (703) 534-1225*
*\*\* Remit payment to the above address \*\**
*A late penalty fee may be applied per month against any unpaid balances due.*

| **TOTAL DUE:** | **$597.60** |
|---|---|

# M.A.R. Reporting Group, L.L.C.

200 Little Falls Street
Suite 410
Falls Church, VA 22046

## Invoice

| Today's Date | Invoice No. |
|---|---|
| 3/14/2007 | 61441 |

**PAID**

TO:

Kruchko & Fries
Keith Fischler, Esquire
1750 Tysons Blvd., Ste. 560
McLean, VA 22102

IN RE:

US Dist Court - Eastern Dist of Virginia
David B. Stevens & Mae Whitley
vs.
Natl. Railroad Passenger Corp.
Civil Action No. 1:05CV01924-RCL

| TERMS | DUE DATE |
|---|---|
| Net 30 | 4/13/2007 |

| PROFESSIONAL SERVICES | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Court Reporting Services | | | |
| Deposition of: MAE (MARY) JONES WHITELEY<br>Date of Proceedings: February 27, 2007<br>10-Day Delivery of Original Transcript | 225 | 3.80 | 855.00 |
| Condensed Transcript of Proceedings<br>Including Word Index | | 0.00 | 0.00 |
| Fee for Diskette or e-Transcript | | 0.00 | 0.00 |
| Rough Draft ASCII Diskette<br>Delivered at the Deposition or via e-mail | 218 | 1.50 | 327.00 |
| Local Delivery - Courier/Handling Fee | | 20.00 | 20.00 |

Thank you for your business.

Please make checks payable to M.A.R. REPORTING GROUP, LLC
Federal Tax ID: 54-1869181  Phone: (703) 534-1225
\*\* Remit payment to the above address \*\*
A late penalty fee may be applied per month against any unpaid balances due.

**TOTAL DUE:** $1,202.00

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127987 *** | 03/09/2007 | 01-23476 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/28/2007 | BAKEJU | 1:05CV01924-R |

**CASE CAPTION**

David B. Stevens, et al. v. National Railroad Passenger Corp

**TERMS**

Due upon receipt

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

---

```
10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
   Ebonie Denae Beaty               112 Pages @    3.40/Page      380.80
        ASCII Disk - No Charge                                       n/c
        Compressed Transc - N/C                                      n/c
        Postage/Delivery                                           25.90
        COD ONLY-GIVE TO DUANE**                                     n/c
        SALES TAX                                                   1.49

                                 TOTAL DUE >>>>                   408.19
                              AFTER 04/08/2007 PAY                414.29
```

TAX ID NO.: 53-0261591                              (202) 895-1506   Fax (202) 318-6235

*Please detach bottom portion and return with payment.*

---

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

Invoice No.: 127987 ***
Date        : 03/09/2007
**TOTAL DUE** :     408.19
AFTER 4/8/2007 PAY : 414.29

Job No.   : 01-23476
Case No.  : 1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:   Ace-Federal Reporters, Inc.
            1401 New York Avenue
            Suite 1230
            Washington, DC 20005

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128077 *** | 03/13/2007 | 01-23451 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/20/2007 | HAWKDA | 1:05CV01924-R |

**CASE CAPTION**

David B. Stevens, et al. v. National Railroad Passenger Corp

**TERMS**

Due upon receipt

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
    Ron Truitt                              135 Pages @      3.40/Page        459.00
        ASCII Disk - No Charge                                                  n/c
        Compressed Transc - N/C                                                 n/c
        Postage/Delivery                                                       25.90
        SALES TAX                                                               1.49
                                                                          ----------
                                        TOTAL  DUE  >>>>                      486.39
                                   AFTER 04/12/2007 PAY                       493.66
```

TAX ID NO.: 53-0261591                                    (202) 895-1506   Fax (202) 318-6235

*Please detach bottom portion and return with payment.*

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
Invoice No.:  128077 ***
Date       :  03/13/2007
TOTAL DUE  :     486.39
AFTER 4/12/2007 PAY :  493.66

Job No.    :  01-23451
Case No.   :  1:05CV01924-RCL
David B. Stevens, et al. v. National
```

Remit To:   Ace-Federal Reporters, Inc.
            1401 New York Avenue
            Suite 1230
            Washington, DC 20005

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127419 *** | 01/23/2007 | 01-23143 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/08/2007 | HOFFDA | 1:05CV01924-R |

**CASE CAPTION**

David B. Stevens, et al. v. National Railroad Passenger Corp

**TERMS**

Due upon receipt

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF:
   Sarah Ray                       253 Pages @      3.40/Page       860.20
       COD ONLY-GIVE TO DUANE**                                        n/c
       Postage/Delivery                                              25.90
       SALES TAX                                                      1.49
                                                                 ----------
                             TOTAL  DUE  >>>>                       887.59
                       AFTER 02/22/2007 PAY                         900.88
```

TAX ID NO.: 53-0261591                    (202) 895-1506    Fax (202) 318-6235

*Please detach bottom portion and return with payment.*

Leizer Z. Goldsmith, Esq.
Goldsmith Law Firm
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20036

```
Invoice No.:  127419 ***
Date        :  01/23/2007
TOTAL DUE   :     887.59
AFTER 2/22/2007 PAY :  900.88


Job No.     :  01-23143
Case No.    :  1:05CV01924-RCL
David B. Stevens, et al. v. National
```

Remit To:   Ace-Federal Reporters, Inc.
            1401 New York Avenue
            Suite 1230
            Washington, DC 20005

Ace-Federal Reporters, Inc.
1401 New York Avenue
Suite 1230
Washington, DC 20005
(202) 347-3700   Fax (202) 737-3638

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| KRUCMC01 | 06/07/2007 |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 254.31 |
| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
| .00 | .00 | 254.31 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 03/13/2007 | 128021 | 254.31 | 03/02/2007 | Demetria Hudley | David B. Stevens, et al. v. Na |

TAX ID NO.: 53-0261591

*Please detach bottom portion and return with payment.*

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

Account No.: KRUCMC01
Date        : 06/07/2007

TOTAL DUE : 254.31

Remit To:   Ace-Federal Reporters, Inc.
            1401 New York Avenue
            Suite 1230
            Washington, DC 20005

**Beta Court Reporting**

1140 CONNECTICUT AVENUE, NW, SUITE 600
WASHINGTON, DC 20036

P 202.464.2400
F 202.464.0999

Job #: 070314MH
Job Date: 03/14/2007
Order Date: 03/14/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Past Due**

Past Due Date: 05/01/2007
Invoice #: 62064
Inv. Date: 03/28/2007
Balance: $478.74

| Bill To: | Action: | Stevens, David |
|---|---|---|
| Keith Fischler, Esq | | vs |
| Kruchko & Fries | | Amtrak |
| 1750 Tysons Blvd, Ste 560 | Action #: | |
| McLean, VA 22102 | Rep: | MH |
| | Cert: | |

| Item | Proceeding/Witness | Description |
|---|---|---|
| 1 | Joseph Tana | Copy-Transcript (10 Day) Delivery |
| 2 | Joseph Tana | Condensed Transcript & Disk |
| 3 | | Shipping/Handling-Non-Government |

Comments:

| | | |
|---|---|---|
| | Sub Total | $474.00 |
| | Tax | N/A |
| | **Total Invoice** | $474.00 |
| | Finance Charge | $4.74 |
| | Payment | $0.00 |
| | **Balance Due** | $478.74 |

Federal Tax I.D.: 54-1714655

Terms: Upon Receipt 1% Charge After 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
Keith Fischler, Esq
Kruchko & Fries
1750 Tysons Blvd, Ste 560
McLean, VA 22102

Deliver To:
Keith Fischler, Esq
Kruchko & Fries
1750 Tysons Blvd, Ste 560
McLean, VA 22102

**Past Due**



1140 CONNECTICUT AVENUE, NW, SUITE 600
WASHINGTON, DC 20036
info@betareporting.com    betareporting.com

Invoice #: 62064
Inv. Date: 03/28/2007
Balance: $478.74
Job #: 070314MH
Job Date: 03/14/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**ACE·FEDERAL**

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127800 | 02/21/2007 | 01-23371 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/06/2007 | WILSVI | 1:05CV01924-R |

| CASE CAPTION |
|---|
| David B. Stevens, et al. v. National Railroad Passenger Corp |

| TERMS |
|---|
| Due upon receipt |

Kevin B. McCoy, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -   CERTIFIED TRANSCRIPT COPY OF:
    Garry Louers                       105 Pages @      2.25/Page          236.25
        ASCII Disk - No Charge                                                n/c
        Condensed Trans/4-Pg-N/C                                              n/c
        FedEx                                                               26.66
                                                                          -------
                                       TOTAL   DUE   >>>>                  262.91
                                   AFTER 03/23/2007 PAY                    266.85
```

TAX ID NO.: 53-0261591                                  (703) 734-0554   Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Kevin B. McCoy, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
Invoice No.:  127800
Date       :  02/21/2007
TOTAL DUE  :     262.91
AFTER 3/23/2007 PAY :  266.85


Job No.    :  01-23371
Case No.   :  1:05CV01924-RCL
              David B. Stevens, et al. v. National
```

Remit To:   Ace-Federal Reporters, Inc.
            1120 G Street, N.W., Suite 500
            Washington, DC 20005

We Accept VISA and Mastercard # _____  _____  _____  Exp. _____

Signature _____

**ACE·FEDERAL**

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127885 | 02/27/2007 | 01-23381 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/12/2007 | SMITCA | 1:05CV01924-R |

| CASE CAPTION |
|---|
| David B. Stevens, et al. v. National Railroad Passenger Corp |

| TERMS |
|---|
| Due upon receipt |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
   Michael Kapela                    157 Pages @      2.25/Page         353.25
       ASCII Disk - No Charge                                              n/c
       Compressed Transc - N/C                                             n/c
       FedEx                                                             32.12

                                     TOTAL   DUE   >>>>                 385.37
                                     AFTER 03/29/2007 PAY               391.15
```

TAX ID NO.: 53-0261591                                        (703) 734-0554   Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Post due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

Invoice No.: 127885
Date       : 02/27/2007
**TOTAL DUE** :     385.37
AFTER 3/29/2007 PAY : 391.15

Job No.  : 01-23381
Case No. : 1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:  Ace-Federal Reporters, Inc.
           1120 G Street, N.W., Suite 500
           Washington, DC 20005

We Accept VISA and Mastercard # _____ _____ _____ _____  Exp. _____

Signature _____

**ACE·FEDERAL**

Court Reporters · Legal Videographers

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700  Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127940 | 02/28/2007 | 01-23380 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/09/2007 | WASSEL | 1:05CV01924-R |

| CASE CAPTION |
|---|
| David B. Stevens, et al. v. National Railroad Passenger Corp |
| TERMS |
| Due upon receipt |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
   Bernard Campbell                       274 Pages @       2.25/Page       616.50
       ASCII Disk - No Charge                                                  n/c
       Compressed Transc - N/C                                                 n/c
       FedEx                                                                 29.45
                                                                           -------
                          TOTAL   DUE   >>>>                                645.95

                          AFTER 03/30/2007 PAY                              655.64
```

TAX ID NO.: 53-0261591                              (703) 734-0554    Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Past due accounts will be subject to a service charge of 1-1/2% per month from due date, or the highest amount allowed by law.

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
Invoice No.:  127940
Date       :  02/28/2007
TOTAL DUE  :     645.95
AFTER 3/30/2007 PAY :  655.64

Job No.    :  01-23380
Case No.   :  1:05CV01924-RCL
David B. Stevens, et al. v. National
```

Remit To:  Ace-Federal Reporters, Inc.
1120 G Street, N.W., Suite 500
Washington, DC 20005

We Accept VISA and Mastercard # _____ _____ _____ _____ Exp. _____

Signature _____

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C. 20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

Page 1

D-U-N-S 04-832-7464
Federal Id. #52-1195809

**Payable Upon Receipt**

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| KRUMC<br>KRUCHKO & FRIES<br>750 TYSONS BOULEVARD<br>SUITE 560<br>MCLEAN VA 22192<br>ATTN: KEITH FISCHLER, ESQ. | 40135 | 02/01/07 |

*DAVID B STEVENS v AMTRAK* (circled)

DEPO: MARGARET TIERNEY    WORKSHEET: 11057

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| 1/30/07 | COPY SALE PAGES 1-78 | 78.0 | 2.45 | 191.10 |
| | FINANCE CHARGE - 1.5% PER MONTH AFTER 30 DAYS. | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| 191.10 | .00 | .00 | 20.00 | 211.10 |

Member National Shorthand Reporters Assn.

---

MILLER REPORTING COMPANY, INC.
735 - 8th Street SE
Washington, D.C. 20003-2802
(202) 546-6666

Page 1

| INVOICE DATE | | INVOICE NO. |
|---|---|---|
| 02/01/07 | KRUCHKO & FRIES<br>KRUMC | 40135 |

PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT.

**INVOICE TOTAL** 211.10

NATIONAL RAILROAD PASS.    .R CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002



October 26, 2006

**VIA OVERNIGHT DELIVERY**

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**
Keith Fischler, Esquire
Kruchko and Fries
1750 Tysons Boulevard
Suite 560
McLean, VA  22102

    Re:    Stevens and Whitley v. NRPC

Dear Keith:

Enclosed are the original and one copy of the CD of discovery documents in this matter which were scanned by IKON last week.  The total cost was $559.22: File Folder Capture $10.20; Image Capture $524.02; CD $25.00.

Please give me a call at 202.906.2733 if you have any questions.

                              Very truly yours,

                              Linda

                              Linda A. Damiano
                              Legal Assistant

Enclosure