IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **David B. Stevens** | ) |
| | ) |
| and | ) Civil Action No. 1:05CV01924-RCL |
| | ) |
| **Mae Whitley** | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| **National Railroad Passenger Corporation** | ) |
| **("Amtrak")** | ) |
|     Defendant. | ) |

## AFFIDAVIT OF DAVID B. STEVENS

1. My name is David B. Stevens. I am a Plaintiff in the above-captioned civil action.

2. I was an employee of Amtrak between 1990 and 2004.

3. In early 2005, I was ultimately terminated from Amtrak.

4. While working at Amtrak, I was making approximately $30,000 per year, plus health insurance benefits. The hourly rate was $15.40.

5. Following my termination from Amtrak, I have been unable to locate work.

6. I have been forced to be completely dependent on SSDI and HUD's Shelter Plus Care, which provides benefits to me such as rental assistance and job search assistance.

7. At present, I have no income other than the governmental assistance I just described.

8. In other words, I have no other personal assets.

9. I have incurred numerous bills for certain basic expenses, such as medical bills, credit card bills for basic necessities like food, and phone bills, many of which I still owe.

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
David B. Stevens                                    7/27/07
                                                              Date