# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127988 | 03/09/2007 | 01-23476 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/28/2007 | BAKEJU | 1:05CV01924-R |
| CASE CAPTION | | |
| David B. Stevens, et al. v. National Railroad Passenger Corp | | |
| TERMS | | |
| Due upon receipt | | |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -   CERTIFIED TRANSCRIPT COPY OF:
   Ebonie Denae Beaty                     112 Pages @       2.25/Page           252.00
       Condensed Trans/4-Pg-N/C                                                    n/c
       Etrans ==>Email                                                             n/c
       MSWord Disk                                                                 n/c
       Postage/Delivery                                                          25.90
                                                                             ─────────
                                 TOTAL   DUE   >>>>                             277.90
```

TAX ID NO.: 53-0261591                                  (703) 734-0554    Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

Invoice No.: 127988
Date        : 03/09/2007
**TOTAL DUE** :       277.90

Job No.   : 01-23476
Case No.  : 1:05CV01924-RCL
David B. Stevens, et al. v. National

Remit To:  Ace-Federal Reporters, Inc.
           1401 New York Avenue
           Suite 1230
           Washington, DC 20005


EXHIBIT A

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 128078 | 03/13/2007 | 01-23451 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/20/2007 | HAWKDA | 1:05CV01924-R |
| **CASE CAPTION** | | |
| David B. Stevens, et al. v. National Railroad Passenger Corp | | |
| **TERMS** | | |
| Due upon receipt | | |

Kevin B. McCoy, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
   Ron Truitt                          135 Pages @      2.25/Page        303.75
        ASCII Disk - No Charge                                              n/c
        Compressed Transc - N/C                                             n/c
        FedEx                                                             26.54
                                                                       --------
                                      TOTAL  DUE  >>>>                   330.29
                                 AFTER 04/12/2007 PAY                    335.24
```

TAX ID NO.: 53-0261591                                (703) 734-0554   Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Kevin B. McCoy, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
Invoice No.:  128078
Date       :  03/13/2007
TOTAL DUE  :    330.29
AFTER 4/12/2007 PAY :  335.24


Job No.    :  01-23451
Case No.   :  1:05CV01924-RCL
David B. Stevens, et al. v. National
```

Remit To:   **Ace-Federal Reporters, Inc.**
            **1401 New York Avenue**
            **Suite 1230**
            **Washington, DC 20005**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 127420 | 01/23/2007 | 01-23143 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/08/2007 | HOFFDA | 1:05CV01924-R |
| **CASE CAPTION** | | |
| David B. Stevens, et al. v. National Railroad Passenger Corp | | |
| **TERMS** | | |
| Due upon receipt | | |

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
10 DAY DELIVERY -  CERTIFIED TRANSCRIPT COPY OF:
   Sarah Ray                            253 Pages @      2.25/Page         569.25
       COD ONLY-GIVE TO DUANE**                                               n/c
       FedEx                                                                35.35
                                                                         --------
                          TOTAL  DUE  >>>>                                 604.60
                      AFTER 02/22/2007 PAY                                 613.67
```

TAX ID NO.: 53-0261591                              (703) 734-0554   Fax (703) 734-0876

*Please detach bottom portion and return with payment.*

Keith Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, VA 22102

```
Invoice No.:  127420
Date       :  01/23/2007
TOTAL DUE  :      604.60
AFTER 2/22/2007 PAY : 613.67


Job No.    :  01-23143
Case No.   :  1:05CV01924-RCL
David B. Stevens, et. al. v. National
```

Remit To:   **Ace-Federal Reporters, Inc.**
            **1401 New York Avenue**
            **Suite 1230**
            **Washington, DC 20005**

| 8/1/2007 | Kruchko & Fries | |
|---|---|---|
| 10:13 AM | Slip Listing | Page 1 |

---

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: 1200-002 |
| Acti.Selection | Include: CO; Copies |
| Slip.Billed | Yes |

---

| Slip ID / Dates and Time / Status / Description | | Timekeeper / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 53500 6/1/2006 Billed Copies | EXP 6/29/2006 | KAR CO 1200-002 | 58 | 0.20 | 11.60 |
| 54978 8/31/2006 Billed Copies | EXP | YHZ CO 1200-002 | 37 | 0.20 | 7.40 |
| 58530 2/28/2007 Billed Copies | EXP | KAR CO 1200-002 | 1078 | 0.20 | 215.60 |
| 59136 3/31/2007 Billed Copies | EXP | DLR CO 1200-002 | 1019 | 0.20 | 203.80 |
| 59850 5/31/2007 Billed Copies | EXP | KLN CO 1200-002 | 85 | 0.20 | 17.00 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 455.40 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 455.40 |

EXHIBIT B